UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ROBERT BROOKS HOEL,**
Plaintiff,
v.
**DEPUTY ALEXANDER PROUSE, ID #5368;**
**OFFICER JOSEPH CARTER, ID #121;**
**DOE 1;**
**CITY OF PROCTOR;**
**ST. LOUIS COUNTY,**
Defendants.

Case No. 25-cv-2342-ECT/LIB

RECEIVED
JUN 04 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## EXHIBIT A

**St. Louis County Sheriff's Office – Police Report**
(March 10, 2022 Incident – Midway Township, MN)

Submitted in support of Plaintiff's
**Verified Complaint for Damages and Injunctive Relief**

**Filed by:**
Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401
Plaintiff, In Propria Persona, Sui Juris

**Date:** June 4th, 2025

SCANNED
JUN 0 5 2025
U.S. DISTRICT COURT ST. PAUL

```
05/07/2025 14:28        St. Louis County Sheriff's Office - Duluth Office        Page 1 of 3
1116                                  POLICE REPORT                              Version 2.0.2
```

REPORTED DATE: 03/10/2022   REPORTED TIME: 22:01   ICR#:   22032259

---

Statute/Ordinance: 609.50.1(1)       MOC: X3080      GOVT-OBSTRUCT LEGAL PROCESS-NO FORCE-I
Occurence Start Date: 03/10/2022     Time: 22:01     Officer: PROUSE, ALEXANDER       05368
Status: Referred                     Offense Level: Misdemeanor

Address: 5678 OLD HWY 61, MN; ARTESIAN WELL          Location:

Township: Midway Twp    Patrol Area:   Grid:
Assisting Agencies:                                  Companion Cases:
    SO         St. Louis County Sheriff's Office

========== PARTY INVOLVEMENT ==========

**Citation Issued:** HOEL, ROBERT BROOKS             DOB 09/29/1975   Race: W        Sex: M
Address: 1738 WARREN AVE, DULUTH, MN, 55811          Location:
Phone:                                               PSN:  1                         Adu/Juv A
POB: MN        Hair: GRY      Eye: BRO      Hgt: 6 00         Wgt: 200    Bld:

| ISN | PT | Statute     | Description       | MOC   | Description       | Disposition  | Citation #   |
|-----|----|-------------|-------------------|-------|-------------------|--------------|--------------|
| 1   | CI | 609.50.1(1) | GOVT-OBSTRUCT LE  | X3080 | GOVT-OBSTRUCT LE  | Adult Arrest | 690088206901 |
| 2   | PS | N/A         | Suspicious Vehicle| 9817  | Suspicious Vehicle|              |              |

**Driver #1:**   CHHIT, UOKSOPHEA                   DOB 05/10/1982   Race: A         Sex: F
Address: 1160 COUNTY ROAD B, SAINT PAUL, MN, 55109-2516    Location:
Phone:                                               PSN:  2                         Adu/Juv A
POB:           Hair: BLK      Eye: BRO      Hgt: 5 04         Wgt: 125    Bld:  SLM

| ISN | PT | Statute | Description        | MOC  | Description        | Disposition | Citation # |
|-----|----|---------|--------------------|------|--------------------|-------------|------------|
| 2   | D1 | N/A     | Suspicious Vehicle | 9817 | Suspicious Vehicle |             |            |

========== PROPERTY ==========

Item Number: X1

Property Type: X     Disp: X      Cat: AUTO       Article: AUTO    Brand:          Model:
VIN:  2T2HK31U59C113957
Year: 2009            Make: Lexus                  Model: RX350            Style: Carry-All (SUV)
License Number: CSZ469              State: MN
Description: 2009 LEXUS RX 350
   Qty Stolen:                      Value Stolen:
   Qty Recovered:                   Value Recovered:

| PSN | Type | Name                 |
|-----|------|----------------------|
| 1   | CI   | HOEL, ROBERT BROOKS  |
| 1   | PS   | HOEL, ROBERT BROOKS  |
| 2   | D1   | CHHIT, UOKSOPHEA     |

========== NARRATIVE ==========

```
Report#   1
St. Louis County Sheriff's Office
Duluth Office
Reported Date: 03/10/2022 Time: 22:01 Case No.: 22032259
Code: 609.50.1(1) Crime: GOVT-OBSTRUCT LEGAL PROCESS-NO FORCE-MISD
```

Copy To :    Co. Att. _____    City Att. _____    Juv. Att. _____    Court _____   Other _____

05/07/2025 14:28    St. Louis County Sheriff's Office - Duluth Office    Page 2 of 3
1116    **POLICE REPORT**    Version 2.0.2

REPORTED DATE: 03/10/2022    REPORTED TIME: 22:01    ICR#:    22032259

Location: 5678 Old Hwy 61 Duluth MN 55810
============================== NARRATIVE ==========================

On 03/10/2022 at 2201 hours, I, Deputy Prouse with the St. Louis County Sheriff's Office, was on routine patrol in a fully marked squad car in the area of Old Highway 61 and Midway Road. I was driving east on Old Hwy 61 to the east of Midway Road when I observed a vehicle parked at the artesian well with its lights on. I was aware several thefts had occurred during the night hours in the area of Old Hwy 61, so I drove into the artesian well's lot to make contact with any occupants of the vehicle.

I pulled up behind the vehicle, a gray Lexus RX SUV, and observed it bore Minnesota license plates: CSZ469. There was a male outside of the vehicle appearing to fill some milk jugs with water from the well. I exited my squad to speak with the male, who advised me he was just filling up on water and would not be answering any other questions. I asked the male what his name was, but he advised me he would not be giving that information out.

Upon returning to my squad car, I observed 911 dispatchers had attached information from the query of the vehicle's license plate. I observed Minnesota license plates: CSZ469 was registered to a 'Jonathan Haapala,' and it showed a registration expiration of 05/2021. The physical license plate on the rear of the vehicle bore a 2022 registration sticker. Upon observing the 2022 registration sticker on the vehicle, I believed the vehicle may be displaying stolen registration stickers.

I approached the vehicle again and made contact with the male, who was just getting into the passenger seat of the vehicle. The male advised me he did not know anything about the registration of the vehicle, and he directed me to speak with the female driver. The female driver advised me the vehicle's registration should be current, and she did not know anything about it being expired. The female driver provided me with her driver's license, identifying herself as UOKSOPHEA CHHIT (DOB: 05/10/1982). While speaking with CHHIT, I observed a strong odor of marijuana emitting from inside of the vehicle. I asked CHHIT how much marijuana was inside of the vehicle, and she stated there shouldn't be any.

I returned to my squad car to run a query on CHHIT. I observed an active Domestic Abuse No Contact Order (DANCO) listing CHHIT as the respondent and a 'Richard Johnson' as the protected person. There was also an active Harassment Restraining Order (HRO) listing CHHIT as the respondent and a 'Adam Moran' as the protected person. Based on these active protection orders, I returned to the vehicle to identify the male passenger to ensure no court orders were currently being violated.

Proctor Police Department Officer Carter, who had arrived on scene to assist, joined me in making contact with the male passenger. I advised the male passenger of my intent to identify him due to me investigating a possible order violation. The male passenger advised me he did not wish to identify himself. I advised the male passenger to come with me back to my squad car area so we could speak further. The male passenger did step out of the vehicle, but he told me he did not understand why it was necessary for him to come back to my squad car. At one point the male passenger began sitting back in the vehicle while stating something to the effect of, "I'm not sure I want to go back to your squad."

I advised the male passenger I was going to detain him in handcuffs. The male passenger

Copy To :   Co. Att. _____   City Att. _____   Juv. Att._____   Court _____   Other_____

complied, as he stepped out of the vehicle and turned around while putting his hands behind his back after I advised him to do so. As I began grabbing the male's arms to place him in handcuffs, the male quickly shoved his left hand in his front pants pocket while noticeably tensing his arm muscles. Using my hands, I pulled the male's left hand behind his back while applying pressure to the male's leg and upper back with my knee and shoulder to push the male up against the vehicle. I did this to prevent the male from accessing any items in his front pants pocket. I advised the male to stop resisting my efforts to handcuff him, and the male advised he was not resisting. I handcuffed the male, and I placed him in the rear of my squad car.

After the male was detained in the rear of my squad, I approached the vehicle again to speak with CHHIT. I asked CHHIT what the male's name was. CHHIT advised me the male's name was a 'Robert Hole' or ROBERT HOEL, and he was her ex-boyfriend. CHHIT also stated the vehicle she was driving was owned by her current boyfriend, Jonathan Haapala. I returned to my squad car and searched the name ROBERT HOEL in the Shield database. I was able to positively identify the male I had detained in my squad as ROBERT BROOKS HOEL (DOB: 09/29/1975) by viewing prior booking photos in Shield.

As I ran and attached HOEL's name to the call, I observed there was an active Gross Misdemeanor DWI warrant out of Wright County for HOEL's arrest. The warrant, however, was a Promise to Appear (PTA) Warrant and 911 dispatchers later verified Wright County would not extradite HOEL. As the warrant information was being aired over the radio, HOEL congratulated me from the rear of my squad on catching someone with a DWI warrant.

Through further investigation, the 2022 registration sticker on the Lexus was found to be owned by Jonathan Haapala, but it was supposed to be on one of his other vehicles. I explained the situation to CHHIT and the incorrect 2022 stickers were removed from the Lexus. A vehicle search was conducted based on the odor of marijuana. Marijuana, drug pipes, and grinders were seized from the vehicle.

HOEL was issued citation#: 690088206901 for Obstruction of Legal Process. I explained the citation to HOEL, and he advised he understood it. HOEL was released from my squad car and sent on his way along with CHHIT.

The seized marijuana and paraphernalia were disposed of.

End of report.

Deputy Prouse /#5368

AR 03/14/2022

| Report# : 1 | Officer: 05368 | Date: 03/14/2022 | |
|---|---|---|---|
| | Typed by: | Date: 03/14/2022 | Time: 08:10 |
| | Approved by: 1093 | Date: 03/14/2022 | |

Copy To :   Co. Att. _____   City Att. _____   Juv. Att. _____   Court _____   Other _____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ROBERT BROOKS HOEL**,
Plaintiff,
v.
**DEPUTY ALEXANDER PROUSE, ID #5368;**
**OFFICER JOSEPH CARTER, ID #121;**
**DOE 1;**
**CITY OF PROCTOR;**
**ST. LOUIS COUNTY,**
Defendants.

Case No. _____

---

# EXHIBIT B

**Citation Data Summary – State v. Robert Brooks Hoel**
**St. Louis County Court File No. 69DU-CR-22-695**
Citation Number 690088206901
Offense Date: March 10, 2022

This document is a certified extract from the Minnesota Judicial Branch showing that on **March 10, 2022**, Plaintiff was issued a criminal citation by **Deputy Alexander Prouse (Badge #05368)** of the **St. Louis County Sheriff's Office** in **Midway Township**, Minnesota. The citation charged Plaintiff with **Obstructing Legal Process (Minn. Stat. § 609.50.1(1))**, classified as a **misdemeanor** offense. The citation was issued **in person**, and the officer noted "See report" under comments. No fingerprints were taken. The citation was later **dismissed without prejudice** on September 13, 2024, as reflected in **Exhibit D**.

Submitted in support of Plaintiff's
**Verified Complaint for Damages and Injunctive Relief**

---

Filed by:
Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401
Plaintiff, In Propria Persona, Sui Juris

Date: June 4th, 2025

## Citation Data Summary

| | | | |
|---|---|---|---|
| Citation Number | 690088206901 | Offense Date | 03/10/2022 |
| Ticket Date | 03/10/2022 | Offense Time | 10:51 PM |
| Name | HOEL, ROBERT BROOKS | | |
| Involvement | Citee | Case Type | Crim/Traf Mandatory |
| Address | 1738 WARREN AVE<br>Duluth, MN 55811 | | |
| Date of Birth | 09/29/1975 | Issuing Agency | St. Louis County Sheriff's Office - Duluth |
| Eye Color | Brown | Community of Offense | Midway Township |
| Weight | 200 | Prosecuting Agency | Midway Township Attorney |
| Height | 6'" | | |
| Driver's License State | Minnesota | | |
| Driver's License Number | A671053539914 | CN/ICR | 22032259 |
| Fingerprints Taken | No | Officer Name | ALEXANDER PROUSE |
| Issuing Method | In Person | Officer Badge Number | 05368 |
| | | Location of Violation | 5678 OLD HWY 61, Midway Township |
| Officer Comments | See report | | |

## Citation Vehicle Summary

| | |
|---|---|
| Commercial Vehicle | No |
| Hazardous Vehicle | No |

## Citation Charge Data

| | | | |
|---|---|---|---|
| Charge Number | 1 | Description | GOVT-OBSTRUCT LEGAL PROCESS-NO FORCE-MISD |
| Statute Number | 609.50.1(1) | | |
| Degree | Misdemeanor | | |
| MOC | X3080 | | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ROBERT BROOKS HOEL,**
Plaintiff,
v.
**DEPUTY ALEXANDER PROUSE, ID #5368;**
**OFFICER JOSEPH CARTER ID #121;**
**DOE 1;**
**CITY OF PROCTOR;**
**ST. LOUIS COUNTY,**
Defendants.

Case No. _____

---

# EXHIBIT C

**Dismissal of Citation – State v. Robert Brooks Hoel**
**St. Louis County Court File No. 69DU-CR-22-695**
Filed September 13, 2024

This document is a copy of the official court record issued by the State of Minnesota, Sixth Judicial District, dismissing without prejudice the obstruction charge brought against Plaintiff Robert Brooks Hoel on March 10, 2022. The dismissal was entered **pursuant to Rule 30.01** of the Minnesota Rules of Criminal Procedure and signed by Assistant St. Louis County Attorney Annika T. Beck, in the **interest of justice**. No explanation was provided for the dismissal. Plaintiff was **not in custody** at the time of dismissal.

Submitted in support of Plaintiff's
**Verified Complaint for Damages and Injunctive Relief**

---

**Filed by:**
Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401
Plaintiff, In Propria Persona, Sui Juris

**Date:** June 4th, 2025

STATE OF MINNESOTA                    DISTRICT COURT-CRIMINAL DIVISION

COUNTY OF ST LOUIS                    SIXTH JUDICIAL DISTRICT

---

**STATE OF MINNESOTA,**

        PLAINTIFF,             **DISMISSAL OF COMPLAINT/CITATION PURSUANT TO RULE 30.01**

v.

**ROBERT BROOKS HOEL,**              DISTRICT COURT FILE NO.
        DEFENDANT.             69DU-CR-22-695

---

The State of Minnesota, prosecuting authority herein, hereby dismisses the Complaint/citation in the above-entitled matter without prejudice in the interest of justice.

**The Defendant is not in custody.**

Dated at Duluth, Minnesota: September 13, 2024

Respectfully submitted,

ST. LOUIS COUNTY ATTORNEY

BY: _____
Annika T. Beck (Reg. No. 0403488)
Assistant St. Louis County Attorney
100 N. 5th Ave. W., #501
Duluth, MN 55802
Telephone: (218) 726-2323

tb

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ROBERT BROOKS HOEL**,
Plaintiff,
v.
**DEPUTY ALEXANDER PROUSE, ID #5368;**
**OFFICER JOSEPH CARTER, ID #121;**
**DOE 1;**
**CITY OF PROCTOR;**
**ST. LOUIS COUNTY,**
Defendants.

Case No. _____

## EXHIBIT D

Cell phone video footage recorded by Plaintiff at or near the scene of the June 5, 2024 incident. The video captures portions of the interaction between Plaintiff and one or more law enforcement officers and is relevant to Plaintiff's claims regarding unlawful detention, search, and seizure. The video was subsequently recovered by Plaintiff but is not presently accessible due to technical or evidentiary limitations.

Plaintiff respectfully reserves the right to supplement the record with a copy of this video once it becomes accessible, or upon request by the Court or opposing parties.

**Filed by:**
Robert Brooks Hoel
General Delivery
Minneapolis, MN 55401
Plaintiff, In Propria Persona, Sui Juris

**Date:** June 4th, 2025