RECEIVED
JUN 04 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
JUN 05 2025
U.S. DISTRICT COURT ST. PAUL

# JS 44 (Rev. 10/20) – Civil Cover Sheet

The JS-44 Civil Cover Sheet and the information contained herein neither replace nor supplement the filings and service of pleadings or other papers as required by law.

25-cv-2342-ECT/LIB

### I. (a) PLAINTIFFS

**Robert Brooks Hoel**
General Delivery
Minneapolis, MN 55401
(in propria persona, Sui Juris)

### (b) DEFENDANTS

- Deputy Alexander Prouse (St. Louis County Sheriff's Office)
- Officer Carter (City of Proctor Police Department)
- Doe 1
- City of Proctor
- St. Louis County

### (c) County of Residence of First Listed Plaintiff

**Hennepin County**, Minnesota
(Note: In U.S. plaintiff cases, only the first-listed plaintiff's county is used.)

**County of Residence of First Listed Defendant**
**St. Louis County**, Minnesota

### II. BASIS OF JURISDICTION

☑ 3. Federal Question (U.S. Government not a party)

**Plaintiff Defendant**
Citizen of this State ☑    ☑

## IV. NATURE OF SUIT

☑ 440 – Civil Rights: Other
☑ 550 – Prisoner: Civil Rights (if jail conditions or confinement raised)
☑ 1983 – Civil rights claim

## V. ORIGIN

☑ 1 – Original Proceeding

## VI. CAUSE OF ACTION

**42 U.S.C. §§ 1983, 1985, 1986** – Deprivation of rights under color of law; conspiracy to interfere with civil rights; neglect to prevent civil rights violation. Plaintiff alleges unlawful arrest, excessive force, malicious prosecution, conspiracy, destruction of property, and deprivation of liberty and due process.

## VII. REQUESTED IN COMPLAINT

☑ Jury Demand: ☑ Yes
☑ Monetary Damages: ☑ Yes
☑ Injunctive/Declaratory Relief: ☑ Possibly

## VIII. RELATED CASE(S), IF ANY

None known at time of filing

**DATE: June 4th, 2025**

**SIGNATURE OF ATTORNEY OF RECORD**
/s/ Robert Brooks Hoel (in propria persona, Sui Juris)