**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RECEIVED
JUN 04 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**Case No. [To be assigned]** 25-cv-2342-ECT/LIB

**ROBERT BROOKS HOEL,**
Plaintiff,

v.

**DEPUTY ALEXANDER PROUSE, ID #5368;**
**OFFICER JOSEPH CARTER, ID #121;**
**DOE 1;**
**CITY OF PROCTOR;**
**ST. LOUIS COUNTY,**
Defendants.

---

# APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

**(Short Form)**

I am a plaintiff in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

**In support of this application, I answer the following questions under penalty of perjury:**

---

1. **Are you currently incarcerated? No**

---

2. **Do you have any dependents? No**

---

3. **Do you have any income from a business, profession, or other form of self-employment, or from rent, interest, dividends, retirement or annuity payments, or other sources? No**

---

4. **Do you have any cash, checking or savings account, or other financial resources?** No

SCANNED
JUN 05 2025 CK
U.S. DISTRICT COURT ST. PAUL

5. **Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? No**

6. **Do you expect any major changes to your monthly income, expenses, assets, or liabilities during the next 12 months? No**

7. **Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?**
   ☑ Yes
   If yes, how much? **$0 (self-represented; some administrative/copying costs only)**

8. **Do you have any debts or financial obligations (including credit card debt, student loans, child support, alimony, or other debts)?**
   ☑ Yes
   If yes, describe below:

- Outstanding personal loan debts
- Basic living expenses in arrears

## Declaration:

I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

**Date:** June 4th, 2025

**Signature:** Robert-Brooks: Hoel
**Printed Name:** Robert Brooks Hoel
**Mailing Address:** General Delivery, Minneapolis, MN 55401