**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-2342 (ECT/LIB)<br><br><br><br>**ORDER** |

---

This matter comes before the undersigned United States Magistrate Judge pursuant to a general assignment made in accordance with the provision of 28 U.S.C. § 636, and upon Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application"), [Docket No. 2].

Upon review of Plaintiff's IFP Application, the Court finds that Plaintiff qualifies financially for IFP status, and therefore, based on all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1. The application to proceed in forma pauperis filed by Plaintiff Robert Brooks Hoel, [Docket No. 2], is **GRANTED**.
2. Plaintiff must submit properly completed U.S. Marshal Service Forms (Form USM-285) for the following Defendants: Alexander Prouse, Joseph Carter, and the City of Proctor. If Plaintiff fails to complete and return the forms within 30 days of this Order's date, the Court will recommend dismissal of this action without prejudice for failure to prosecute. The Court will provide the necessary forms to Plaintiff.
3. After the completed U.S. Marshal Service Forms are returned, the Clerk of Court is directed to seek waivers of service from Defendants Prouse and Carter (as sued in their

individual capacities), in accordance with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If a defendant fails, without good cause, to sign and return a waiver of service within 30 days of the date the waiver is mailed, the Court will impose on that defendant the costs later incurred to effect service of process. Unless good cause is shown, reimbursement of service costs is mandatory in all cases where a defendant does not return a signed waiver-of-service form. See Fed. R. Civ. P. 4(d)(2).

5. After the completed U.S. Marshal Service Forms are returned, the U.S. Marshals Service is directed to effect service of process on Defendant City of Proctor in accordance with Rule 4(j)(2) of the Federal Rules of Civil Procedure.

6. The U.S. Marshals Service is directed to effect service of process on Defendant St. Louis County, as well as on Defendants Prouse and Carter (as sued in their official capacities with St. Louis County), in accordance with Rule 4(j)(2) of the Federal Rules of Civil Procedure.

Dated: June 6, 2025

s/Leo I. Brisbois
Hon. Leo I. Brisbois
United States Magistrate Judge