AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
JUN 13 2025
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25-cv-02342-ECT-LIB

Alexander Prouse et al

Defendant(s),

## SUMMONS IN A CIVIL ACTION

To: Joseph Carter

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Deliver
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 9, 2025

SCANNED
JUN 13 2025
U.S. DISTRICT COURT DULUTH

AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:25-cv-02342-ECT-LIB

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Joseph Carter
was received by me on *(date)* 6/9/25 .

I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* __________ *; or*

I left the summons at the individual's residence or usual place of abode with *(name)* __________
______________________, a person of suitable age and discretion who resides there,
on *(date)* __________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Quinn Carlson, who is
designated by law to accept service of process on behalf of *(name of organization)* St. Louis County
__________ on *(date)* 6/9/25 ; or

I returned the summons unexecuted because ______________________; or

Other *(specify)*:

My fees are $ ~~65.00~~ 0 for travel and $ 65.00 for services, for a total of $ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 6/9/25

[signature]
*Server's signature*

DUSM Beith
*Printed name and title*

Duluth, MN
*Server's address*

Additional information regarding attempted service, etc:

[redacted]



# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
JUN 13 2025
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25-cv-02342-ECT-LIB

Alexander Prouse et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To: Alexander Prouse

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Deliver
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 9, 2025

SCANNED
JUN 13 2025
U.S. DISTRICT COURT DULUTH

Civil Action No. 0:25-cv-02342-ECT-LIB

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Alexander Prouse
was received by me on *(date)* 6/9/25.

☐ I personally served the summons on the individual at *(place)* ____________________ on *(date)* __________; *or*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Quinn Carlson, who is designated by law to accept service of process on behalf of *(name of organization)* St. Louis County on *(date)* 6/9/25; or

☐ I returned the summons unexecuted because ____________________; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 6/9/25

[signature]
*Server's signature*

DUSM Belzin
*Printed name and title*

Duluth, MN
*Server's address*

Additional information regarding attempted service, etc:

[redacted]



# UNITED STATES DISTRICT COURT

for the

District of Minnesota

RECEIVED
JUN 13 2025
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

Robert Brooks Hoel

Plaintiff(s),

v.

Case No. 0:25-cv-02342-ECT-LIB

Alexander Prouse et al

Defendant(s),

**SUMMONS IN A CIVIL ACTION**

To: St. Louis County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Brooks Hoel
General Deliver
Minneapolis, MN 55401

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

By: K. M. Fogarty

Kate M. Fogarty, Clerk of Court

Date of Issuance: June 9, 2025

SCANNED
JUN 13 2025
U.S. DISTRICT COURT DULUTH

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Robert Brooks Hoel | COURT CASE NUMBER<br>25-cv-2342 ECT/LIB |
| DEFENDANT<br>Alexander Prouse et al | TYPE OF PROCESS<br>Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
St. Louis County Auditor's Office, St. Louis County Court House
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
100 North 5th Avenue West, Duluth, MN 55802

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 651-848-1100 | 6/9/25 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 41 | No. 41 | [signature] | 6-9-2025 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)*<br>Quinn Carlson, Deputy Auditor | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)* | Date<br>6/9/25 | Time<br>3:00 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy<br>[signature] | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 0 | | 65.00 | | **$0.00** |

REMARKS:

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

Civil Action No. 0:25–cv–02342–ECT–LIB

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* St. Louis County
was received by me on *(date)* 6/9/25.

I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________ *; or*

I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

I served the summons on *(name of individual)* Quinn Carlson, who is designated by law to accept service of process on behalf of *(name of organization)* St. Louis County on *(date)* __________; or

I returned the summons unexecuted because ______________________; or

Other *(specify)*:

My fees are $ ~~65.00~~ 0 for travel and $ 65.00 for services, for a total of $ 65.00.

I declare under penalty of perjury that this information is true.

Date: 6/9/25

Server's signature

DUSM Belich

Printed name and title

Duluth, MN

Server's address

Additional information regarding attempted service, etc: