UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Brooks Hoel, Case No. 25-CV-2342 ECT/LIB

Plaintiff,

v.

Deputy Alexander Prouse, ID #5368;
Officer Joseph Carter, ID #121;
Doe 1;
City of Proctor;
St. Louis County,

Defendants.

---

**NOTICE OF APPEARANCE**

---

The undersigned attorneys hereby notify the Court and parties/counsel for the parties that Stephanie A. Angolkar and Carlos Soto-Quezada, IVERSON REUVERS, shall appear as counsel of record for Defendants City of Proctor and Officer Carter in this case.

Dated: June 25, 2025

s/Stephanie A. Angolkar

Stephanie A. Angolkar, #388336
Carlos Soto-Quezada, #505571
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
stephanie@iversonlaw.com
carlos@iversonlaw.com
*Attorneys for Defendants City of Proctor and Officer Carter*