**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

# NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Nathan N. LaCoursiere shall appear as counsel of record in this case for Defendants St. Louis County and Alexander Prouse, former Deputy of the St. Louis County Sheriff's Office, in his individual and official capacities.

Dated: June 30, 2025

Respectfully submitted,

KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nathan N. LaCoursiere

Nathan N. LaCoursiere (#0388349)
Assistant County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802-1298
(218) 726-2323
lacoursieren@stlouiscountymn.gov

Attorney for Defendants St. Louis County and Alexander Prouse in his individual and official capacities