## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Brooks Hoel, | Case No.: 0:25-cv-02342 (ECT/LIB) |
| Plaintiff, | |
| v. | |
| Deputy Alexander Prouse, Officer Joseph Carter, Doe #1, the City of Proctor, and St. Louis County, | |
| Defendants. | |

### DEFENDANTS CITY OF PROCTOR AND OFFICER JOSEPH CARTER'S MOTION TO DISMISS THE COMPLAINT

TO:   Plaintiff, Robert Brooks Hoel, General Delivery, Minneapolis, MN 55401

**PLEASE TAKE NOTICE** that Defendants City of Proctor and Officer Joseph Carter move to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). This motion is based on the records and file of this case, including Defendants' Memorandum of Law that are being served and filed in accordance with the Local Rules for the United States District Court for the District of Minnesota.

Dated: July 23, 2025                           s/<u>Carlos Soto-Quezada</u>
                                               Stephanie A. Angolkar #388336
                                               Carlos Soto-Quezada #505571
                                               IVERSON REUVERS
                                               9321 Ensign Avenue South
                                               Bloomington, MN 55438
                                               (952) 548-7200
                                               stephanie@iversonlaw.com
                                               carlos@iversonlaw.com

                                               *Attorneys for the City of Proctor
                                               and Officer Joseph Carter*