**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,

Plaintiff,

v.

Deputy Alexander Prouse, Officer Joseph Carter, Doe #1, the City of Proctor, and St. Louis County,

Defendants.

Case No.: 0:25-cv-02342 (ECT/LIB)

---

**DEFENDANTS' NOTICE OF HEARING ON MOTION**

---

TO: Plaintiff Robert Brooks Hoel, General Delivery, Minneapolis, MN 55401:

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 12(b)(6), Defendants City of Proctor and Officer Joseph Carter move to dismiss Plaintiff's Complaint and bring a motion for hearing before the Honorable Eric C. Tostrud, United States District Judge, pursuant to the Rules of Civil Procedure, at a date and time to be determined by the court. Said motion shall be upon all the files, arguments of counsel and affidavits herein.

Dated: July 23, 2025

s/Carlos Soto-Quezada

Stephanie A. Angolkar #388336
Carlos Soto-Quezada #505571
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
stephanie@iversonlaw.com
carlos@iversonlaw.com

*Attorneys for Defendants City of Proctor and Officer Joseph Carter*