**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,

Plaintiff,

v.

Deputy Alexander Prouse, Officer Joseph Carter, Doe #1, the City of Proctor, and St. Louis County,

Defendants.

Case No.: 0:25-cv-02342 (ECT/LIB)

---

**LOCAL RULE 7.1(a)(1) MEET AND CONFER STATEMENT**

---

I, Stephanie A. Angolkar, representing the City of Proctor, MN, and Officer Joseph Carter, hereby certify I notified Plaintiff of Defendants' intent to file this Motion to Dismiss on June 23, 2025, and requested voluntary dismissal. As of the time of filing this Motion, I have not received a response.

Dated: July 23, 2025

s/Stephanie A. Angolkar
Stephanie A. Angolkar, #388336
Carlos Soto-Quezada, #505571
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
*Attorneys for Defendants City of Proctor and Officer Joseph Carter*