UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Brooks Hoel, | Case No.: 0:25-cv-02342 (ECT/LIB) |
| Plaintiff, | |
| v. | |
| Deputy Alexander Prouse, Officer Joseph Carter, Doe #1, the City of Proctor, and St. Louis County, | |
| Defendants. | |

**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1**

Carlos Soto-Quezada, attorney for the below listed Defendants, certifies this Memorandum of Law complies with the length limitation and with the type size limitation contained in Local Rule 7.1 as follows:

There are 4,607 words in this Memorandum of Law, the word count of the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. The word processing software used to prepare this brief was MS Word.

| | |
|---|---|
| Dated: July 23, 2025 | s/<u>Carlos Soto-Quezada</u><br>Stephanie A. Angolkar #388336<br>Carlos Soto-Quezada #505571<br>IVERSON REUVERS<br>9321 Ensign Avenue South<br>Bloomington, MN 55438<br>(952) 548-7200<br>stephanie@iversonlaw.com<br>carlos@iversonlaw.com<br><br>*Attorneys for the City of Proctor and Officer Joseph Carter* |