**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Deputy Alexander Prouse, Officer Joseph Carter, Doe #1, the City of Proctor, and St. Louis County,<br><br>Defendants. | Case No.: 0:25-cv-02342 (ECT/LIB) |

---

**PROPOSED ORDER**

---

On ____________, 2025, the above-entitled matter came on before the undersigned United States District Court Judge.

The Court, having heard the arguments of counsel, being fully advised on the premises, and upon the pleadings, motions, and memoranda filed herein, makes the following Order:

IT IS HEREBY ORDERED that Defendants City of Proctor and Officer Joseph Carter's Motion to Dismiss [ECF Doc. No. 15] is hereby granted and that judgment be entered herein in Defendants City of Proctor and Officer Joseph Carter's favor dismissing the claims against the City of Proctor and Officer Joseph

Carter, with costs and disbursements to be taxed in favor of Defendants City of Proctor and Officer Joseph Carter and against the Plaintiff.

Dated: ________________________ BY THE COURT:

______________________________
The Hon. Eric C. Tostrud