**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**MOTION OF DEFENDANTS ST. LOUIS COUNTY AND ALEXANDER PROUSE TO DISMISS THE COMPLAINT UNDER FED. R. CIV. P. 12(c) and 12(h)(2)(B)**

St. Louis County and Alexander Prouse, in his official and individual capacities (the "county defendants"), move the Court for an order dismissing Plaintiff's Complaint against them for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(c) and 12(h)(2)(B) (2025).

This motion is based on the county defendants' memorandum of law in support of their motion to dismiss and all files, records, and proceedings herein.

Dated: August 20, 2025

Respectfully submitted,
KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nathan N. LaCoursiere
Nathan N. LaCoursiere (#0388349)
Assistant County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802-1298
Telephone: (218) 726-2323
Fax: (218) 726-2332
lacoursieren@stlouiscountymn.gov

Attorneys for Defendants St. Louis County and Alexander Prouse, in his individual and official capacities