**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**NOTICE OF HEARING ON RULE 12(c) MOTION TO DISMISS BY DEFENDANTS ST. LOUIS COUNTY AND ALEXANDER PROUSE**

Please take notice that, pursuant to Fed. R. Civ. P. 12(c) and 12(h)(2)(B) (2025), Defendants St. Louis County and Alexander Prouse, in his official and individual capacities, move to dismiss Plaintiff's Complaint at a hearing before the Honorable Eric C. Tostrud, United States District Court Judge, at a date and time to be determined by the Court.

Said motion shall be made upon the briefing and arguments of counsel and all files, records, and proceedings herein.

Dated: August 20, 2025

Respectfully submitted,
KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nathan N. LaCoursiere

Nathan N. LaCoursiere (#0388349)
Assistant County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802-1298
Telephone: (218) 726-2323
Fax: (218) 726-2332
lacoursieren@stlouiscountymn.gov

Attorneys for Defendants St. Louis County and Alexander Prouse, in his individual and official capacities