**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**CERTIFICATE OF COMPLIANCE UNDER D. MINN. 7.1(f)(2)**

I, Nathan N. LaCoursiere, affirm that Defendants' Memorandum of Law in Support of Their Motion to Dismiss under Fed. R. Civ. P. 12(c), 12(h)(2)(B), and 28 U.S.C. § 1367(c)(3) complies with the word-count limits in D. Minn. LR 7.1(f) and the type-size limits in D. Minn. LR 7.1(h). The memorandum contains 1,066 words. In calculating the number of words in the memorandum, I relied on the word-count function of my word-processing software, Microsoft Word 2025. I certify that the function was applied specifically to include all text, including headings, footnotes, and quotations.

Dated: August 20, 2025

Respectfully submitted,
KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nathan N. LaCoursiere
Nathan N. LaCoursiere (#0388349)
Assistant County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802-1298
Telephone: (218) 726-2323
Fax: (218) 726-2332
lacoursieren@stlouiscountymn.gov

Attorneys for Defendants St. Louis County and Alexander Prouse, in his individual and official capacities