**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**MEET-AND-CONFER STATEMENT OF**
**DEFENDANTS ST. LOUIS COUNTY AND ALEXANDER PROUSE**

I, Nathan N. LaCoursiere, representing St. Louis County and Alexander Prouse, in his individual and official capacities, hereby certify that I notified Plaintiff of Defendants' intent to file this Motion to Dismiss on August 18, 2025, and requested voluntary dismissal.

As of the time of filing this Motion, I have not received a response, and the parties have not agreed on the resolution of any part of this Motion.

Dated: August 20, 2025

Respectfully submitted,
KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nathan N. LaCoursiere

Nathan N. LaCoursiere (#0388349)
Assistant County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802-1298
Telephone: (218) 726-2323
Fax: (218) 726-2332
lacoursieren@stlouiscountymn.gov

Attorneys for Defendants St. Louis County and Alexander Prouse, in his individual and official capacities