**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**PROPOSED ORDER**

On _______________, 2025, the above-entitled matter came on before the undersigned United States District Court Judge. The Court, having heard the arguments of counsel, being fully advised on the premises, and upon the pleadings, motions, and memoranda filed herein, makes the following Order:

IT IS HEREBY ORDERED that the Motion to Dismiss under Fed. R. Civ. P. 12(c) and 12(h)(2)(B) filed by Defendants St. Louis County and Alexander Prouse, in his individual and official capacities (ECF No. 25), is hereby granted. Judgment shall be entered in favor of Defendants St. Louis County and Alexander Prouse, in his individual and official capacities, dismissing the claims against them, and costs and disbursements shall be taxed in favor of Defendants and against the Plaintiff.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: _______________

BY THE COURT:

______________________________
The Hon. Eric C. Tostrud