**LR 7.1(f) Word Count Compliance Certificate**

I, Robert Brooks Hoel, certify that Plaintiff’s Memorandum of Law in Opposition to Defendants Carter and City of Proctor’s Motion to Dismiss (ECF No. 15) complies with the type-volume limitation of Local Rule 7.1(f). This memorandum contains **481 words**, including all text, headings, footnotes, and quotations, but excluding the caption, signature block, and this certificate.

Dated: August 22, 2025

/s/ Robert Brooks Hoel
Robert Brooks Hoel
Plaintiff, in propria persona