**LR 7.1(f) Word Count Compliance Certificate**

I, Robert Brooks Hoel, certify that Plaintiff's Memorandum of Law in Opposition to Defendants Prouse and St. Louis County's Motion for Judgment on the Pleadings (ECF No. 21) complies with the type-volume limitation of Local Rule 7.1(f). This memorandum contains **494 words**, including all text, headings, footnotes, and quotations, but excluding the caption, signature block, and this certificate.

Dated: August 22, 2025

/s/ Robert Brooks Hoel
Robert Brooks Hoel
Plaintiff, in propria persona