**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Brooks Hoel,

Plaintiff,

v.

Deputy Alexander Prouse, Officer Joseph Carter, Doe #1, the City of Proctor, and St. Louis County,

Defendants.

Case No.: 0:25-cv-02342 (ECT/LIB)

---

**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1**

---

Carlos Soto-Quezada, attorney for the below listed Defendants, certifies this Reply Memorandum of Law complies with the length limitation and with the type size limitation contained in Local Rule 7.1 as follows:

There are 733 words in this Reply Memorandum of Law, the word count of the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations. The word processing software used to prepare this brief was MS Word.

Dated: September 3, 2025

s/Carlos Soto-Quezada

Stephanie A. Angolkar #388336
Carlos Soto-Quezada #505571
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
stephanie@iversonlaw.com
carlos@iversonlaw.com
*Attorneys for the City of Proctor and Officer Joseph Carter*