# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Robert Brooks Hoel, | | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| Plaintiff, | Case No: | 25-cv-02342 (ECT/LIB) |
| v. | | |
| Alexander Prouse, et al., | | |
| Defendant(s) | | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Defendants St. Louis County and Alexander Prouse, in his individual and official capacities, have appointed Assistant County Attorney Nick D. Campanario to substitute as counsel for Assistant County Attorney Nathan N. LaCoursiere in this case.

Dated: October 31, 2025

/s/ Nick D. Campanario

Nick D. Campanario (#0316179)
Assistant County Attorney – Civil Division Head
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802-1298
(218) 726-2323
campanarion@stlouiscountymn.gov

Dated: October 31, 2025

/s/ Nathan N. LaCoursiere

Nathan N. LaCoursiere (#0388349)
Assistant County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501 Duluth, Minnesota 55802-1298
(218) 726-2323
lacoursieren@stlouiscountymn.gov