**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Deputy Alexander Prouse, Officer Joseph Carter, Doe #1, the City of Proctor, and St. Louis County,<br><br>Defendants. | Case No.: 0:25-cv-02342 (ECT/LIB) |

---

# DEFENDANTS' STATEMENT OF THE CASE

---

Pursuant to this Court's Pretrial Scheduling Notice and Order (*ECF 34*), Defendants City of Proctor and former Officer Joseph Carter submit this Statement of the Case.

This case arises from Officer Joseph Carter's minimal involvement in an investigatory detention of Plaintiff Robert Brooks Hoel. In March 2022 at midnight, Plaintiff was at a well just outside of Proctor, MN. St. Louis County Deputy Alexander Prouse approached the scene and asked for identification, as the area was known for its high crime. Plaintiff refused and instead got inside a Lexus on the passenger side. Deputy Prouse ran the vehicle's registration and noticed an irregularity. He spoke with the driver and then identified two DANCO's listing

the driver as the Respondent. Officer Carter then arrived on scene to assist Deputy Prouse in identifying Plaintiff to ensure no DANCO was being violated.

Plaintiff stepped out and placed his hands behind his back, after initially refusing. As Deputy Prouse grabbed Plaintiff's arms, Plaintiff quickly attempted to reach for something in his front pockets and tensed his arm muscles. Deputy Prouse told Plaintiff to stop resisting and used his knee and shoulder to apply pressure to Plaintiff's body to prevent him from accessing his front pockets out of a serious concern for officer safety. Plaintiff was eventually handcuffed and placed in Deputy Prouse's police vehicle. Plaintiff was eventually identified as Robert Brooks Hoel. Plaintiff had an active misdemeanor Promise to Appear warrant, but Wright County would not extradite him. The Lexus was searched due to the odor of marijuana, and marijuana, drug pipes and grinders were seized and disposed of. Plaintiff was cited for Obstruction of Legal Process and released from the police vehicle.

In his First Amended Complaint, Plaintiff asserts 1) unlawful seizure, 2) excessive force, 3) unlawful search, 4) first amendment retaliation, 5) failure to intervene/failure to supervise, and 6) malicious prosecution. Defendants deny violating Plaintiff's constitutional rights and submit Plaintiff has failed to support any of his claims. Indeed, the allegations of Officer Carter's involvement are minimal, and do not support liability under any claim. Officer Carter is entitled to

qualified immunity. Finally, Plaintiff fails to establish any liability against the City of Proctor under a failure to train/failure to supervise theory or malicious prosecution.

Dated: December 4, 2025

s/Carlos Soto-Quezada
Stephanie A. Angolkar #388336
Carlos Soto-Quezada #505571
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
stephanie@iversonlaw.com
carlos@iversonlaw.com

*Attorneys for the City of Proctor and Officer Joseph Carter*