**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Deputy Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-2342 (ECT/LIB) |

**COUNTY DEFENDANTS' STATEMENT OF THE CASE**

Alexander Prouse and St. Louis County (collectively, "County Defendants") respectfully submit this statement of the case in accordance with the Pretrial Scheduling Notice and Order (ECF No. 34).

Robert Brooks Hoel commenced this action against County Defendants and other defendants in June 2025. (ECF No. 1.) In October 2025, the Court issued an order granting in part and denying in part the defendants' motions to dismiss and for judgment on the pleadings and dismissing without prejudice several claims in the complaint. (ECF No. 31.) A few weeks later, Hoel amended the complaint with the defendants' written consent under Fed. R. Civ. P. 15(a)(2). (ECF No. 35.)

As it relates to County Defendants, the amended complaint asserts claims under 42 U.S.C. § 1983 for alleged violations of the First, Fourth, and Fourteenth Amendments to the U.S. Constitution against Prouse in his individual capacity and St. Louis County. (ECF No. 35.) All claims arise from Hoel's interactions with law-enforcement officers, including Prouse, on March 10, 2022. (*Id.*) The relevant facts

are summarized in a police report prepared by Prouse shortly after the interactions occurred. The report is attached to the amended complaint as Exhibit A (*id.* at 13–16) and to this statement as well.

County Defendants' defenses include, without limitation, that Prouse is entitled to qualified immunity on all claims asserted against him, as he did not commit a violation of any clearly established constitutional right. Furthermore, no alleged violation was caused by a county policy or custom, as required to establish a claim against the county under *Monell v. Department of Social Services*, 436 U.S. 658 (1978), and related precedents.

Dated: December 8, 2025

Respectfully submitted,

KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nick D. Campanario
Nick D. Campanario (#0316179)
Assistant County Attorney – Civil Division Head
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802-1298
(218) 726-2323
campanarion@stlouiscountymn.gov

Attorney for Alexander Prouse and St. Louis County