# EXHIBIT A

## POLICE REPORT

St. Louis County Sheriff's Office

March 10, 2022

05/07/2025 14:28
1116

# St. Louis County Sheriff's Office - Duluth Office

## POLICE REPORT



REPORTED DATE: 03/10/2022 REPORTED TIME: 22:01 **ICR#: 22032259**

Statute/Ordinance: 609.50.1(1) MOC: X3080 GOVT-OBSTRUCT LEGAL PROCESS-NO FORCE-I

Occurence Start Date: 03/10/2022 Time: 22:01 Officer: PROUSE, ALEXANDER 05368

Status: Referred Offense Level: Misdemeanor

Address: 5678 OLD HWY 61, MN; ARTESIAN WELL Location:

Township: Midway Twp Patrol Area: Grid:

Assisting Agencies: Companion Cases:

SO St. Louis County Sheriff's Office

**========== PARTY INVOLVEMENT ==========**

**Citation Issued:** HOEL, ROBERT BROOKS DOB 09/29/1975 Race: W Sex: M

Address: 1738 WARREN AVE, DULUTH, MN, 55811 Location:

Phone: PSN: 1 Adu/Juv A

POB: MN Hair: GRY Eye: BRO Hgt: 6 00 Wgt: 200 Bld:

| ISN | PT | Statute | Description | MOC | Description | Disposition | Citation # |
|---|---|---|---|---|---|---|---|
| 1 | CI | 609.50.1(1) | GOVT-OBSTRUCT LE | X3080 | GOVT-OBSTRUCT LE | Adult Arrest | 690088206901 |
| 2 | PS | N/A | Suspicious Vehicle | 9817 | Suspicious Vehicle | | |

**Driver #1:** CHHIT, UOKSOPHEA DOB 05/10/1982 Race: A Sex: F

Address: 1160 COUNTY ROAD B, SAINT PAUL, MN, 55109-2516 Location:

Phone: PSN: 2 Adu/Juv A

POB: Hair: BLK Eye: BRO Hgt: 5 04 Wgt: 125 Bld: SLM

| ISN | PT | Statute | Description | MOC | Description | Disposition | Citation # |
|---|---|---|---|---|---|---|---|
| 2 | D1 | N/A | Suspicious Vehicle | 9817 | Suspicious Vehicle | | |

**========== PROPERTY ==========**

Item Number: X1

Property Type: X Disp: X Cat: AUTO Article: AUTO Brand: Model:

VIN: 2T2HK31U59C113957

Year: 2009 Make: Lexus Model: RX350 Style: Carry-All (SUV)

License Number: CSZ469 State: MN

Description: 2009 LEXUS RX 350

Qty Stolen: Value Stolen:

Qty Recovered: Value Recovered:

| PSN | Type | Name |
|---|---|---|
| 1 | CI | HOEL, ROBERT BROOKS |
| 1 | PS | HOEL, ROBERT BROOKS |
| 2 | D1 | CHHIT, UOKSOPHEA |

========== NARRATIVE ==========

Report# 1

St. Louis County Sheriff's Office
Duluth Office
Reported Date: 03/10/2022 Time: 22:01 Case No.: 22032259
Code: 609.50.1(1) Crime: GOVT-OBSTRUCT LEGAL PROCESS-NO FORCE-MISD

Location: 5678 Old Hwy 61 Duluth MN 55810
========================= NARRATIVE =========================

On 03/10/2022 at 2201 hours, I, Deputy Prouse with the St. Louis County Sheriff's Office, was on routine patrol in a fully marked squad car in the area of Old Highway 61 and Midway Road. I was driving east on Old Hwy 61 to the east of Midway Road when I observed a vehicle parked at the artesian well with its lights on. I was aware several thefts had occurred during the night hours in the area of Old Hwy 61, so I drove into the artesian well's lot to make contact with any occupants of the vehicle.

I pulled up behind the vehicle, a gray Lexus RX SUV, and observed it bore Minnesota license plates: CSZ469. There was a male outside of the vehicle appearing to fill some milk jugs with water from the well. I exited my squad to speak with the male, who advised me he was just filling up on water and would not be answering any other questions. I asked the male what his name was, but he advised me he would not be giving that information out.

Upon returning to my squad car, I observed 911 dispatchers had attached information from the query of the vehicle's license plate. I observed Minnesota license plates: CSZ469 was registered to a 'Jonathan Haapala,' and it showed a registration expiration of 05/2021. The physical license plate on the rear of the vehicle bore a 2022 registration sticker. Upon observing the 2022 registration sticker on the vehicle, I believed the vehicle may be displaying stolen registration stickers.

I approached the vehicle again and made contact with the male, who was just getting into the passenger seat of the vehicle. The male advised me he did not know anything about the registration of the vehicle, and he directed me to speak with the female driver. The female driver advised me the vehicle's registration should be current, and she did not know anything about it being expired. The female driver provided me with her driver's license, identifying herself as UOKSOPHEA CHHIT (DOB: 05/10/1982). While speaking with CHHIT, I observed a strong odor of marijuana emitting from inside of the vehicle. I asked CHHIT how much marijuana was inside of the vehicle, and she stated there shouldn't be any.

I returned to my squad car to run a query on CHHIT. I observed an active Domestic Abuse No Contact Order (DANCO) listing CHHIT as the respondent and a 'Richard Johnson' as the protected person. There was also an active Harassment Restraining Order (HRO) listing CHHIT as the respondent and a 'Adam Moran' as the protected person. Based on these active protection orders, I returned to the vehicle to identify the male passenger to ensure no court orders were currently being violated.

Proctor Police Department Officer Carter, who had arrived on scene to assist, joined me in making contact with the male passenger. I advised the male passenger of my intent to identify him due to me investigating a possible order violation. The male passenger advised me he did not wish to identify himself. I advised the male passenger to come with me back to my squad car area so we could speak further. The male passenger did step out of the vehicle, but he told me he did not understand why it was necessary for him to come back to my squad car. At one point the male passenger began sitting back in the vehicle while stating something to the effect of, "I'm not sure I want to go back to your squad."

I advised the male passenger I was going to detain him in handcuffs. The male passenger

complied, as he stepped out of the vehicle and turned around while putting his hands behind his back after I advised him to do so. As I began grabbing the male's arms to place him in handcuffs, the male quickly shoved his left hand in his front pants pocket while noticeably tensing his arm muscles. Using my hands, I pulled the male's left hand behind his back while applying pressure to the male's leg and upper back with my knee and shoulder to push the male up against the vehicle. I did this to prevent the male from accessing any items in his front pants pocket. I advised the male to stop resisting my efforts to handcuff him, and the male advised he was not resisting. I handcuffed the male, and I placed him in the rear of my squad car.

After the male was detained in the rear of my squad, I approached the vehicle again to speak with CHHIT. I asked CHHIT what the male's name was. CHHIT advised me the male's name was a 'Robert Hole' or ROBERT HOEL, and he was her ex-boyfriend. CHHIT also stated the vehicle she was driving was owned by her current boyfriend, Jonathan Haapala. I returned to my squad car and searched the name ROBERT HOEL in the Shield database. I was able to positively identify the male I had detained in my squad as ROBERT BROOKS HOEL (DOB: 09/29/1975) by viewing prior booking photos in Shield.

As I ran and attached HOEL's name to the call, I observed there was an active Gross Misdemeanor DWI warrant out of Wright County for HOEL's arrest. The warrant, however, was a Promise to Appear (PTA) Warrant and 911 dispatchers later verified Wright County would not extradite HOEL. As the warrant information was being aired over the radio, HOEL congratulated me from the rear of my squad on catching someone with a DWI warrant.

Through further investigation, the 2022 registration sticker on the Lexus was found to be owned by Jonathan Haapala, but it was supposed to be on one of his other vehicles. I explained the situation to CHHIT and the incorrect 2022 stickers were removed from the Lexus. A vehicle search was conducted based on the odor of marijuana. Marijuana, drug pipes, and grinders were seized from the vehicle.

HOEL was issued citation#: 690088206901 for Obstruction of Legal Process. I explained the citation to HOEL, and he advised he understood it. HOEL was released from my squad car and sent on his way along with CHHIT.

The seized marijuana and paraphernalia were disposed of.

End of report.

Deputy Prouse /#5368

AR 03/14/2022

Report# : 1 Officer: 05368 Date: 03/14/2022
Typed by: Date: 03/14/2022 Time: 08:10
Approved by: 1093 Date: 03/14/2022