UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Brooks Hoel,

Plaintiff,

v.

Deputy Alexander Prouse, ID #5368;
Officer Joseph Carter, ID #121;
Doe 1;
City of Proctor;
St. Louis County,

Defendants.

Case No. 25-CV-2342 ECT/LIB

---

**NOTICE OF WITHDRAWAL OF COUNSEL**

---

The undersigned attorneys hereby notify the Court and parties/counsel for the parties that Carlos Soto-Quezada shall no longer appear as counsel of record for Defendants City of Proctor and Officer Carter in this case.

Dated: April 30, 2026

s/Stephanie A. Angolkar

Stephanie A. Angolkar, #388336
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
stephanie@iversonlaw.com

*Attorneys for Defendants City of Proctor and Officer Carter*