**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel,
Plaintiff,

Case No. 0:25-cv-02342-ECT-LIB

v.

Alexander Prouse; Joseph Carter; Doe #1;
City of Proctor; and St. Louis County,
Defendants.

# PLAINTIFF'S NOTICE OF MOTION AND MOTION TO MODIFY PRETRIAL SCHEDULING ORDER

PLEASE TAKE NOTICE that on September 9, 2026, at 1:30 p.m., in Courtroom 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 West First Street, Duluth, Minnesota, or as soon thereafter as the matter may be heard, Plaintiff Robert Brooks Hoel will move before United States Magistrate Judge Leo I. Brisbois for a limited modification of the January 7, 2026 Pretrial Scheduling Order (ECF No. 44) under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16.3.

Plaintiff requests the following relief:

1. Extend the deadline to complete fact discovery from September 15, 2026 through October 30, 2026, without extending expert-discovery deadlines;
2. Reopen the expired deadline for motions seeking leave to amend the pleadings or add parties, with any such motion filed and the hearing thereon completed on or before November 20, 2026;
3. Extend the deadline by which nondispositive motions must be heard and completed through November 20, 2026;
4. Extend the dispositive-motion deadline through January 15, 2027; and
5. Permit Plaintiff to serve no more than ten additional interrogatories and ten additional requests for admission per defense group, limited to matters first disclosed or materially clarified through later supplementation, compelled production, or deposition testimony, with no additional allotment of requests for production.

Plaintiff requests that all other provisions of the Scheduling Order, including the December 3, 2026 settlement conference and the existing trial-readiness provision, remain unchanged.

The grounds for this motion are stated in Plaintiff's memorandum, declaration, meet-and-confer statement, and proposed order filed with the motion.

August 26, 2026
Respectfully submitted,
/s/ Robert Brooks Hoel

Robert Brooks Hoel
Plaintiff, In Propria Persona
General Delivery, Duluth, MN
bobhoel@gmail.com