**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel,
Plaintiff,

Case No. 0:25-cv-02342-ECT-LIB

v.

Alexander Prouse; Joseph Carter; Doe #1;
City of Proctor; and St. Louis County,
Defendants.

# PROPOSED ORDER

Based on the files, records, proceedings, and arguments of the parties, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Modify the Pretrial Scheduling Order is GRANTED.
2. The deadline to complete fact discovery is extended through October 30, 2026. This paragraph does not extend expert-discovery deadlines.
3. The deadline for motions seeking leave to amend the pleadings or add parties is reopened. Any such motion shall be filed and the hearing thereon completed on or before November 20, 2026.
4. The deadline by which nondispositive motions must be heard and completed is extended through November 20, 2026.
5. The deadline for filing dispositive motions is extended through January 15, 2027.
6. Plaintiff may serve no more than ten additional interrogatories and ten additional requests for admission per defense group, limited to matters first disclosed or materially clarified through supplemental or compelled production or deposition testimony after Plaintiff's earlier written discovery was served. Plaintiff is not granted an additional allotment of requests for production. Any additional interrogatories or requests for admission authorized by this paragraph must be served sufficiently in advance for responses to be due on or before October 30, 2026, unless the parties stipulate or the Court orders otherwise.
7. All other terms of the January 7, 2026 Pretrial Scheduling Order, including the December 3, 2026 settlement conference and the existing trial-readiness provision, remain unchanged.

Dated: ____________________, 2026

______________________________
Leo I. Brisbois
United States Magistrate Judge