# CERTIFICATE OF COMPLIANCE

I certify that this memorandum complies with the word-limit requirements of Local Rule 7.1(f) and the formatting requirements of Local Rule 7.1(h). The memorandum contains 1,147 words, excluding the caption, signature block, and this certificate as permitted by Local Rule 7.1(f)(1)(C). The word count was generated using LibreOffice Writer 25.2.3.2 and was applied to all countable text, including headings, quotations, and footnotes.

August 26, 2026

/s/ Robert Brooks Hoel
Robert Brooks Hoel
Plaintiff, In Propria Persona