**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel,
Plaintiff,

Case No. 0:25-cv-02342-ECT-LIB

v.

Alexander Prouse; Joseph Carter; Doe #1;
City of Proctor; and St. Louis County,
Defendants.

# PLAINTIFF'S MEET-AND-CONFER STATEMENT REGARDING MOTION TO MODIFY PRETRIAL SCHEDULING ORDER

Pursuant to Local Rule 7.1(a), Plaintiff certifies that he communicated with counsel for both defense groups concerning modification of the Scheduling Order, beginning with a written proposed modification served August 1, 2026 and continuing as discovery developed.
On August 26, Proctor counsel stated that she did not see good cause for a general extension but wrote, "If there is a scheduling conflict for depositions such as the other deputy, we can extend for that limited purpose," subject to County counsel's report regarding availability. County counsel then advised that Deputy Wyatt Phaneuf was generally available during the weeks of August 31 and September 7 and stated there was no need to modify the scheduling order "on account of his deposition."
Plaintiff explained that the requested modification is not based principally on Phaneuf's availability, but on the broader sequencing of unresolved May discovery, the September 9 discovery hearing, County written responses due September 14, late-developed recording and prosecution evidence, unresolved Proctor system discovery, and targeted nonparty discovery. The parties did not reach agreement.

August 26, 2026

Respectfully submitted,
/s/ Robert Brooks Hoel
Robert Brooks Hoel
Plaintiff, In Propria Persona
General Delivery, Duluth, MN
bobhoel@gmail.com