**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Robert Brooks Hoel,**
Plaintiff,

v.

Alexander Prouse; Joseph Carter; Doe #1;
St. Louis County; and City of Proctor,
Defendants.

**Case No. 0:25-cv-02342-ECT-LIB (ECT/LIB)**

**PLAINTIFF'S NOTICE OF HEARING ON MOTION TO COMPEL**

TO: Defendants St. Louis County and Alexander Prouse, through counsel Nick D. Campanario.

PLEASE TAKE NOTICE that on September 9, 2026, at 1:30 p.m., Plaintiff Robert Brooks Hoel will move the Court before the Honorable Leo I. Brisbois, United States Magistrate Judge, for an Order compelling Defendants St. Louis County and Alexander Prouse to complete their responses and production to Plaintiff's First Joint Requests for Production served May 21, 2026.

The Motion is brought under Federal Rules of Civil Procedure 26, 34, and 37 and D. Minn. LR 37.1. The disputed requests, County responses and objections, the full June 24 request-by-request deficiency notice, the parties' later supplementation and Rule 37 correspondence, and the evidentiary records supporting the remaining disputes are identified in the Declaration of Robert Brooks Hoel and Exhibits A-Q.

Plaintiff seeks completion of the following narrowed categories: (1) March 10, 2022 incident recordings, Fleet-system records, and County-hosted Carter/Proctor CAD/RMS/media records; (2) force, restraint, supervisory-review, actor, property, Sophea Chhit, and Jax records; (3) Wright County warrant-confirmation and Promise-to-Appear records; (4) the June 2024 St. Louis County warrant/Promise-to-Appear processing chain; (5) identity, citation, referral, reopening, routing, and dismissal records; and (6) narrowed training, Prouse complaint, comparator, source-incident, and related completion records.

Plaintiff does not seek spoliation sanctions, attorney's fees, or an authenticity determination through this motion. He seeks production of existing responsive material, reasonable searches of identified systems, and definite supplemental Rule 34 responses where records cannot be produced.

Dated: August 28, 2026

/s/ Robert Brooks Hoel
Robert Brooks Hoel
Plaintiff, In Propria Persona
General Delivery
Duluth, Minnesota
bobhoel@gmail.com