**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Robert Brooks Hoel,**<br>Plaintiff, | **Case No. 0:25-cv-02342-ECT-LIB (ECT/LIB)** |
| v. | **LR 7.1(F)(2) CERTIFICATE OF COMPLIANCE** |
| Alexander Prouse; Joseph Carter; Doe #1;<br>St. Louis County; and City of Proctor,<br>Defendants. | |

I certify that Plaintiff's Memorandum of Law in Support of Motion to Compel complies with the 12,000-word limit in D. Minn. LR 7.1(f) and the formatting requirement applicable to an unrepresented party under D. Minn. LR 7.1(h)(2). The memorandum contains 3,470 words, counting the document title, headings, quoted material, and all body text and excluding the caption designation and signature-block text as permitted by D. Minn. LR 7.1(f)(1)(C).

The count was generated from the final DOCX by the same word-processing workflow used to prepare the document and was applied to all countable text. The final document was rendered and verified with LibreOffice Writer; the software version is stated below.

Word-processing software/version: LibreOffice Writer 25.2.3.2 520(Build:2).

Dated: August 28, 2026

/s/ Robert Brooks Hoel
Robert Brooks Hoel
Plaintiff, In Propria Persona
General Delivery
Duluth, Minnesota
bobhoel@gmail.com