**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

# EXHIBIT INDEX
## Hoel v. Prouse et al., No. 0:25-cv-02342-ECT-LIB

Pursuant to D. Minn. LR 7.1(l), the following exhibits accompany Plaintiff's Declaration in support of the Motion to Compel. Exhibit C is the full 102-page June 24 deficiency document. The evidentiary exhibits below have been narrowed to the records necessary to support the disputes described in the filed declaration and memorandum.

**Exhibit A:** Plaintiff's First Joint Requests for Production to St. Louis County and Alexander Prouse, served May 21, 2026.

**Exhibit B:** County Defendants' Responses and Objections to Plaintiff's First Joint Requests for Production, June 22, 2026.

**Exhibit C:** Plaintiff's Identification of Discovery Deficiencies, sent June 24, 2026 - full 102 pages.

**Exhibit D:** August 7, 2026 County counsel email and Prouse/Phaneuf Axon Fleet audit trails, SLC 985-988.

**Exhibit E:** Focused Discovery Completion Request, August 9, 2026.

**Exhibit F:** August 12, 2026 County counsel response concerning retention/source-incident supplementation and standing on earlier responses.

**Exhibit G:** August 14, 2026 County counsel correspondence and principal Axon retention-category supplementation.

**Exhibit H:** Final Rule 37 Conference Regarding County RFP Deficiencies, August 23, 2026.

**Exhibit I:** August 24 and August 27, 2026 County counsel correspondence, including the County's final position after review of the August 23 letter.

**Exhibit J:** Plaintiff's Master RFP Coverage and Dispute Chart, accounting for RFP Nos. 1-33.

**Exhibit K:** Wright County Warrant No. 2 and selected March 10 County CAD/dispatch confirmation/PTA records.

**Exhibit L:** Selected County-produced and court-filed June 2024 St. Louis County warrant/Promise-to-Appear records: SLC 328-331, separate Sign and Release, and court-filed disputed PTA/Portal package.

**Exhibit M:** Selected citation/referral/reopening/dismissal records: Offender Tracking Form, July 2024 dismissal/reopening chain, ReferralTransferReport, August 9 prosecutor-to-Prouse email, and final dismissal.

**Exhibit N:** Selected March 10 CAD and incident records identifying Prouse/S219, Phaneuf and Gargano/S215, Carter/S483, later-scene activity, and Prouse narrative.

**Exhibit O:** March 2, 2022 same-well comparator report identifying Phaneuf/Gargano, property disposition, and uploaded squad-camera footage.

**Exhibit P:** Selected shared-system records: NEMESIS/DAMION SHIELD, County 911/CJDN arrangement, Proctor County-hosted RMS/media provisions, and S483 unit/system records.

**Exhibit Q:** Selected St. Louis County force-reporting and Proctor MVR activation/continuation/download/inspection/supervisory/record-handling policy excerpts.

Dated: August 28, 2026

/s/ Robert Brooks Hoel
Robert Brooks Hoel
Plaintiff, In Propria Persona
General Delivery
Duluth, Minnesota
bobhoel@gmail.com