# EXHIBIT D

August 7 Correspondence and Fleet Audit Trails

County counsel's August 7, 2026 email and the Prouse and Phaneuf Fleet camera audit trails supplied with it.

Hoel v. Prouse, No. 0:25-cv-02342-ECT-LIB

# August 7, 2026 County Counsel Correspondence

**From:** Nick Campanario

**To:** Bob Hoel

**Cc:** Stephanie Angolkar

**Date:** August 7, 2026, 4:24 p.m.

**Subject:** RE: Hoel v. Prouse -- Discovery Responses

Bob, I'm writing to reiterate some of what we discussed after your deposition and to provide some additional information.

• We produced all of the documents we have concerning the incident at issue and the resulting criminal case.

• We produced the documents as they are kept in the usual course of business, as permitted under Fed. R. Civ. P. 34(b)(2)(E)(i).

• We have no recordings of the incident from body-worn cameras because the sheriff's office did not start using body-worn cameras until several months after the incident occurred.

• There were recordings of the incident from squad-car cameras - one for Deputy Prouse and one for Deputy Phaneuf - but the recordings were deleted in March 2025. Documents reflecting the deletion are attached and will be uploaded to the SharePoint folder as well.

Best regards,

Nick D. Campanario

Assistant County Attorney - Civil Division Head

**Saint Louis County Sheriff's Office - MN**
**DULUTH, MN, US**

AXON

# EVIDENCE AUDIT TRAIL

## Evidence

**Evidence ID:**
**Categories:**
**Title:** 22032259
**Document Checksum:** SHA256-e79013521917a8c0e7967d60e8f9ea0b4d032c7ed51abf3198cbe453ed736d14
**Record Start:** 03/10/2022 22:15:57.000 -06:00
**Uploaded:** 03/25/2022 16:50:58.006 -05:00
**Uploader:** Prouse, Alexander (Badge ID: 5368)
**Unique ID:** 6C350FF8E74F484DAFC636A1B5E908C5
**Source Channel:** Other

## Report Generated by

**Name:** Andres, Crystal (Badge ID: 4321)
**Username:** CrystalA
**Local timezone:** America/Chicago (UTC -05:00)
**Generated on:** 08/04/2026 10:40:38.426 -05:00
**Audit data current as of:** 08/04/2026 10:40:36.000 -05:00
**Audit trail date range:** 01/01/1970 - 08/04/2026

## Usage

**Page Views:** 2
**File Downloads:**
**Video Playbacks:**
**Last Viewed Or Downloaded On:** 08/04/2026 10:40:38.522

## Source Device Information

**Device Type:** Fleet 2 IR Camera
**Device Name:** X55005780
**Serial Number:** X55005780

| # | Timestamp | Activity | Details |
|---|---|---|---|
| 1 | 08/04/2026 10:40:29.673 | Andres, Crystal \| Evidence Record Accessed | Badge ID: 4321<br>User ID: 8c84a892-3072-44d2-afc2-7df77d496f81<br>Username: CrystalA<br>IP address 207.171.103.126<br>Evidence Title: 22032259 |
| 2 | 08/04/2026 10:15:21.473 | Andres, Crystal \| Evidence Record Accessed | Badge ID: 4321<br>User ID: 8c84a892-3072-44d2-afc2-7df77d496f81<br>Username: CrystalA<br>IP address 207.171.103.126<br>Evidence Title: 22032259 |
| 3 | 03/16/2025 23:46:07.823 | System \| Evidence Deleted | Evidence Title: 22032259 |
| 4 | 03/09/2025 23:32:09.334 | System \| Queued for Deletion | Evidence Title: 22032259<br>Comment: "Delete trigger processed. Trigger Type: Delete_Trigger Condition: Datetime_Reached Value: 2025-03-10T04:15:57Z"<br>Deletion is now scheduled for 03/16/2025 23:32:09.239 -05:00 |
| 5 | 03/09/2025 23:32:09.294 | System \| Evidence Record Status Updated | Evidence Title: 22032259<br>Evidence ID: 6c350ff8-e74f-484d-afc6-36a1b5e908c5<br>Evidence Record Status Updated to Deleting from Archived |
| 6 | 10/23/2023 00:16:10.408 | System \| Evidence Record Status Updated | Evidence Title: 22032259<br>Evidence ID: 6c350ff8-e74f-484d-afc6-36a1b5e908c5<br>Evidence Record Status Updated to Archived from Open |
| 7 | 08/23/2022 10:19:01.116 | Evjen, Jesse \| Retention Level Updated | Badge ID: 5309<br>User ID: a1437dd0-0a92-41d6-b6dc-2eaeafe7d1e9<br>Username: 5309<br>Evidence Title: 22032259 |
| 8 | 08/17/2022 16:17:03.527 | Evjen, Jesse \| Retention Level Updated | Badge ID: 5309<br>User ID: a1437dd0-0a92-41d6-b6dc-2eaeafe7d1e9<br>Username: 5309<br>Evidence Title: 22032259 |
| 9 | 08/13/2022 16:06:07.606 | Evjen, Jesse \| Retention Level Updated | Badge ID: 5309<br>User ID: a1437dd0-0a92-41d6-b6dc-2eaeafe7d1e9<br>Username: 5309<br>Evidence Title: 22032259 |
| 10 | 08/13/2022 15:17:51.105 | Evjen, Jesse \| Retention Level Updated | Badge ID: 5309<br>User ID: a1437dd0-0a92-41d6-b6dc-2eaeafe7d1e9<br>Username: 5309<br>Evidence Title: 22032259 |
| 11 | 03/25/2022 16:52:57.879 | Prouse, Alexander \| Evidence automatically deleted from camera after successful upload using Axon View XL | Badge ID: 5368<br>User ID: 21352e3c-403a-4c2c-8f56-1bcd6bdc0a99<br>Username: 5368<br>Evidence Title: 22032259 |
| 12 | 03/25/2022 16:50:58.032 | System \| Custom metadata set | Evidence Title: 22032259<br>Evidence ID: 6c350ff8-e74f-484d-afc6-36a1b5e908c5<br>Custom metadata field axon.mountId set to 0c942b8a-d65c-4b41-bb36-36f2430e36f5 |
| 13 | 03/25/2022 16:50:58.032 | System \| Custom metadata set | Evidence Title: 22032259<br>Evidence ID: 6c350ff8-e74f-484d-afc6-36a1b5e908c5<br>Custom metadata field axon.vehicleId set to CE40E84D-C7FB -4F39-A132-8BB0C68A1301 |
| 14 | 03/25/2022 16:50:58.031 | System \| Custom metadata set | Evidence Title: 22032259<br>Evidence ID: 6c350ff8-e74f-484d-afc6-36a1b5e908c5<br>Custom metadata field axon.mountOrientation set to rear |
| 15 | 03/25/2022 16:50:58.025 | System \| Evidence Record Created | Evidence Title: 22032259 |
| 16 | 03/11/2022 01:48:38.243 | Prouse, Alexander \| Evidence title updated from default to '22032259' and added to video metadata using Axon View XL | Badge ID: 5368<br>User ID: 21352e3c-403a-4c2c-8f56-1bcd6bdc0a99<br>Username: 5368<br>Evidence Title: 22032259 |

SLC 985

Saint Louis County Sheriff's Office - MN
DULUTH, MN, US

# EVIDENCE AUDIT TRAIL

## Evidence

**Evidence ID:**
**Categories:**
**Title:** 22032259
**Document Checksum:** SHA256-e79013521917a8c0e7967d60e8f9ea0b4d032c7ed51abf3198cbe453ed736d14
**Record Start:** 03/10/2022 22:15:57.000 -06:00
**Uploaded:** 03/25/2022 16:50:58.006 -05:00
**Uploader:** Prouse, Alexander (Badge ID: 5368)
**Unique ID:** 6C350FF8E74F484DAFC636A1B5E908C5
**Source Channel:** Other

## Report Generated by

**Name:** Andres, Crystal (Badge ID: 4321)
**Username:** CrystalA
**Local timezone:** America/Chicago (UTC -05:00)
**Generated on:** 08/04/2026 10:40:38.426 -05:00
**Audit data current as of:** 08/04/2026 10:40:36.000 -05:00
**Audit trail date range:** 01/01/1970 - 08/04/2026

| # | Timestamp | Activity | Details |
|---|---|---|---|
| 17 | 03/10/2022 22:56:22.414 | Prouse, Alexander \| Recording stopped due to event button hold | Badge ID: 5368<br>User ID: 21352e3c-403a-4c2c-8f56-1bcd6bdc0a99<br>Username: 5368<br>Evidence Title: 22032259 |
| 18 | 03/10/2022 22:15:58.063 | Prouse, Alexander \| GPS added to video metadata using Axon View XL | Badge ID: 5368<br>User ID: 21352e3c-403a-4c2c-8f56-1bcd6bdc0a99<br>Username: 5368<br>Evidence Title: 22032259 |
| 19 | 03/10/2022 22:15:56.558 | Prouse, Alexander \| Recording started due to camera event button press | Badge ID: 5368<br>User ID: 21352e3c-403a-4c2c-8f56-1bcd6bdc0a99<br>Username: 5368<br>Evidence Title: 22032259 |

Saint Louis County Sheriff's Office - MN
DULUTH, MN, US

# EVIDENCE AUDIT TRAIL

## Evidence

**Evidence ID:**
**Categories:**
**Title:** Artesion Well Onview
**Document Checksum:** SHA256-0e97c0c030acd0c99c1f0162e32bdd8683d3e2ad82cfdbabe2e237bb4186212a
**Record Start:** 03/10/2022 22:27:47.000 -06:00
**Uploaded:** 03/18/2022 18:53:04.925 -05:00
**Uploader:** Phaneuf, Wyatt (Badge ID: 5400)
**Unique ID:** FA9D557E6F1E4E5ABFAD844E021250DF
**Source Channel:** Other

## Report Generated by

**Name:** Andres, Crystal (Badge ID: 4321)
**Username:** CrystalA
**Local timezone:** America/Chicago (UTC -05:00)
**Generated on:** 08/04/2026 10:19:06.693 -05:00
**Audit data current as of:** 08/04/2026 10:19:03.000 -05:00
**Audit trail date range:** 01/01/1970 - 08/04/2026

## Usage

**Page Views:** 1
**File Downloads:**
**Video Playbacks:**
**Last Viewed Or Downloaded On:** 08/04/2026 10:19:06.764

## Source Device Information

**Device Type:** Fleet 2 IR Camera
**Device Name:** X55005787
**Serial Number:** X55005787

| # | Timestamp | Activity | Details |
|---|---|---|---|
| 1 | 08/04/2026 10:18:25.308 | Andres, Crystal \| Evidence Record Accessed | Badge ID: 4321<br>User ID: 8c84a892-3072-44d2-afc2-7df77d496f81<br>Username: CrystalA<br>IP address 207.171.103.126<br>Evidence Title: Artesion Well Onview |
| 2 | 03/16/2025 23:59:36.846 | System \| Evidence Deleted | Evidence Title: Artesion Well Onview |
| 3 | 03/09/2025 23:32:09.352 | System \| Queued for Deletion | Evidence Title: Artesion Well Onview<br>Comment: "Delete trigger processed. Trigger Type: Delete_Trigger Condition: Datetime_Reached Value: 2025-03-10T04:27:47Z"<br>Deletion is now scheduled for 03/16/2025 23:32:09.242 -05:00 |
| 4 | 03/09/2025 23:32:09.305 | System \| Evidence Record Status Updated | Evidence Title: Artesion Well Onview<br>Evidence ID: fa9d557e-6f1e-4e5a-bfad-844e021250df<br>Evidence Record Status Updated to Deleting from Archived |
| 5 | 10/22/2023 23:59:30.352 | System \| Evidence Record Status Updated | Evidence Title: Artesion Well Onview<br>Evidence ID: fa9d557e-6f1e-4e5a-bfad-844e021250df<br>Evidence Record Status Updated to Archived from Open |
| 6 | 08/23/2022 10:24:01.872 | Evjen, Jesse \| Retention Level Updated | Badge ID: 5309<br>User ID: a1437dd0-0a92-41d6-b6dc-2eaeafe7d1e9<br>Username: 5309<br>Evidence Title: Artesion Well Onview |
| 7 | 08/17/2022 16:18:56.366 | Evjen, Jesse \| Retention Level Updated | Badge ID: 5309<br>User ID: a1437dd0-0a92-41d6-b6dc-2eaeafe7d1e9<br>Username: 5309<br>Evidence Title: Artesion Well Onview |
| 8 | 08/13/2022 16:12:41.336 | Evjen, Jesse \| Retention Level Updated | Badge ID: 5309<br>User ID: a1437dd0-0a92-41d6-b6dc-2eaeafe7d1e9<br>Username: 5309<br>Evidence Title: Artesion Well Onview |
| 9 | 08/13/2022 15:31:20.109 | Evjen, Jesse \| Retention Level Updated | Badge ID: 5309<br>User ID: a1437dd0-0a92-41d6-b6dc-2eaeafe7d1e9<br>Username: 5309<br>Evidence Title: Artesion Well Onview |
| 10 | 03/18/2022 18:53:04.972 | System \| Custom metadata set | Evidence Title: Artesion Well Onview<br>Evidence ID: fa9d557e-6f1e-4e5a-bfad-844e021250df<br>Custom metadata field axon.mountOrientation set to rear |
| 11 | 03/18/2022 18:53:04.972 | System \| Custom metadata set | Evidence Title: Artesion Well Onview<br>Evidence ID: fa9d557e-6f1e-4e5a-bfad-844e021250df<br>Custom metadata field axon.vehicleId set to 2C2C006A-516E -4E44-8B82-353550A14CF4 |
| 12 | 03/18/2022 18:53:04.971 | System \| Custom metadata set | Evidence Title: Artesion Well Onview<br>Evidence ID: fa9d557e-6f1e-4e5a-bfad-844e021250df<br>Custom metadata field axon.mountId set to b2b40da5-f317-499e-b7e6-154b24e3035b |
| 13 | 03/18/2022 18:53:04.965 | System \| Evidence Record Created | Evidence Title: Artesion Well Onview |
| 14 | 03/18/2022 18:53:01.485 | Phaneuf, Wyatt \| Evidence automatically deleted from camera after successful upload using Axon View XL | Badge ID: 5400<br>User ID: b566dc77-3f9f-4aa0-a56e-0449621c28ab<br>Username: 5400<br>Evidence Title: Artesion Well Onview |
| 15 | 03/16/2022 07:04:50.142 | Phaneuf, Wyatt \| Evidence title changed in video metadata from '219 Artesion' to 'Artesion Well Onview' using Axon View XL | Badge ID: 5400<br>User ID: b566dc77-3f9f-4aa0-a56e-0449621c28ab<br>Username: 5400<br>Evidence Title: Artesion Well Onview |
| 16 | 03/16/2022 07:04:32.427 | Phaneuf, Wyatt \| Evidence title updated from default to '219 Artesion' and added to video metadata using Axon View XL | Badge ID: 5400<br>User ID: b566dc77-3f9f-4aa0-a56e-0449621c28ab<br>Username: 5400<br>Evidence Title: Artesion Well Onview |

SLC 987

AXON

# EVIDENCE AUDIT TRAIL

## Evidence

**Evidence ID:**
**Categories:**
**Title:** Artesion Well Onview
**Document Checksum:** SHA256-0e97c0c030acd0c99c1f0162e32bdd8683d3e2ad82cfdbabe2e237bb4186212a
**Record Start:** 03/10/2022 22:27:47.000 -06:00
**Uploaded:** 03/18/2022 18:53:04.925 -05:00
**Uploader:** Phaneuf, Wyatt (Badge ID: 5400)
**Unique ID:** FA9D557E6F1E4E5ABFAD844E021250DF
**Source Channel:** Other

## Report Generated by

**Name:** Andres, Crystal (Badge ID: 4321)
**Username:** CrystalA
**Local timezone:** America/Chicago (UTC -05:00)
**Generated on:** 08/04/2026 10:19:06.693 -05:00
**Audit data current as of:** 08/04/2026 10:19:03.000 -05:00
**Audit trail date range:** 01/01/1970 - 08/04/2026

| # | Timestamp | Activity | Details |
|---|---|---|---|
| 17 | 03/10/2022 22:52:07.938 | Phaneuf, Wyatt \| Recording stopped using Axon View XL | Badge ID: 5400<br>User ID: b566dc77-3f9f-4aa0-a56e-0449621c28ab<br>Username: 5400<br>Evidence Title: Artesion Well Onview |
| 18 | 03/10/2022 22:27:48.102 | Phaneuf, Wyatt \| GPS added to video metadata using Axon View XL | Badge ID: 5400<br>User ID: b566dc77-3f9f-4aa0-a56e-0449621c28ab<br>Username: 5400<br>Evidence Title: Artesion Well Onview |
| 19 | 03/10/2022 22:27:47.380 | Phaneuf, Wyatt \| Recording started using Axon View XL | Badge ID: 5400<br>User ID: b566dc77-3f9f-4aa0-a56e-0449621c28ab<br>Username: 5400<br>Evidence Title: Artesion Well Onview |