# EXHIBIT F

August 12 County Response

County counsel's response concerning retention/source-incident supplementation and standing on prior responses and objections.

Hoel v. Prouse, No. 0:25-cv-02342-ECT-LIB

# August 12, 2026 County Counsel Correspondence

**From:** Nick Campanario

**To:** Bob Hoel

**Cc:** Stephanie Angolkar

**Date:** August 12, 2026, 9:29 a.m.

**Subject:** RE: Hoel v. Prouse -- Discovery Responses

Bob, with regard to documents, I'll look into whether we have (1) anything that specifically addresses retention of recordings from squad-car cameras and (2) police reports for the incidents on the list of other incidents (SLC 326). Aside from that, I'm standing by the responses and objections of June 22 and my e-mail of August 7.

With regard to depositions and the scheduling order, yes we should use the conference room at the courthouse. I've reached out to Alex Prouse to get his availability through September 15 and will share that with you as soon as possible. If we can set it up for September 11 or another date on or before September 15, I see no reason to modify the scheduling order. Stay tuned.

Best regards,

Nick D. Campanario

Assistant County Attorney - Civil Division Head