# EXHIBIT G

## August 14 County Supplementation

County counsel correspondence and principal Axon retention-category supplementation; the four source-incident reports are omitted as unnecessary duplication.

# August 14, 2026 County Counsel Correspondence

**From:** Nick Campanario

**To:** Bob Hoel

**Cc:** Stephanie Angolkar

**Date:** August 14, 2026, 2:42 p.m.

**Subject:** RE: Hoel v. Prouse -- Discovery Responses

Bob, attached are (1) a document addressing retention categories for recordings from squad-car cameras and (2) police reports for four incidents on the list of other incidents (there were no police reports for the remaining incidents). I will add these to SharePoint as well. For Alex Prouse's deposition, we're available August 28, August 31 afternoon only, September 8 if necessary, September 11 afternoon only, and September 14 morning only. Please advise.

Best regards,

Nick D. Campanario

Assistant County Attorney - Civil Division Head

| | | |
|---|---|---|
| Uncategorized | 3 years | |
| 1. Traffic Stop | Until manually deleted | Unrestricted |
| Academy | 1 year | Restricted |
| Arrest/Investigations | Until manually deleted | Unrestricted |
| Axon Retention Extension | Until manually deleted | Unrestricted |
| Citation | Until manually deleted | Unrestricted |
| Civil Process | 6 years | Unrestricted |
| Drug Task Force | Until manually deleted | Restricted |
| ICAC Related | Until manually deleted | Unrestricted |
| Interview | Until manually deleted | Unrestricted |
| Jail Security Information | Until manually deleted | Unrestricted |
| Marshals Office Task Force | Until manually deleted | Restricted |
| Officer Involved Shooting (OIS) | Until manually deleted | Confidential |
| Other/Misc | Until manually deleted | Unrestricted |
| Pending Review | Until manually deleted | Unrestricted |
| Taser Download | 10 years | Unrestricted |
| Test / Accidental | 90 days | Unrestricted |
| Training Demo | 90 days | Unrestricted |
| Transport Division | 6 years | Unrestricted |
| UAS - 7 Day Delete | 1 week | Unrestricted |
| UAS - Active Investigation | 3 years | Unrestricted |
| Use of Force | Until manually deleted | Unrestricted |

**Tara Shearman**