# EXHIBIT J

Master RFP Coverage and Dispute Chart

Plaintiff's master chart accounting for RFP Nos. 1 through 33 and the narrowed relief sought.

Hoel v. Prouse, No. 0:25-cv-02342-ECT-LIB

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Robert Brooks Hoel,**<br>Plaintiff,<br><br>v.<br><br>Alexander Prouse; Joseph Carter; Doe #1; St. Louis County; and City of Proctor,<br>Defendants. | **Case No. 0:25-cv-02342-ECT-LIB (ECT/LIB)**<br><br>**PLAINTIFF'S MASTER RFP COVERAGE AND DISPUTE CHART - EXHIBIT J** |

This chart accounts for every Request for Production No. 1 through 33. It is a summary only. Exhibit A contains the complete May 21 requests; Exhibit B contains the complete June 22 responses and objections; Exhibits C-I contain the deficiency and supplementation trail. Grouping overlapping RFPs in the motion and proposed order does not abandon the unresolved portion of any request listed here.

**RFP NO. 1**

Original target: All March 10 incident video/audio and associated metadata/audits/activation/deletion/upload/custody.

June 22 position: Partial objections; otherwise produce.

Later record / remaining issue: Aug. 7 disclosed separate Prouse and Phaneuf Fleet recordings later deleted; SLC 985-988 audits; Aug. 14 retention material.

Requested disposition: Complete channel/segment/system/audit/retention/recovery search; include County-hosted media/index records; produce or definite supplemental response.

**RFP NO. 2**

Original target: March 10 identity requests, queries, returns, and verification.

June 22 position: All responsive material promised.

Later record / remaining issue: Incident/case records produced; complete underlying query/access record not identified.

Requested disposition: Produce underlying query/access records or state none exist.

**RFP NO. 3**

Original target: Detention, search, handcuffing, force, extraction, restraint.

June 22 position: All responsive material promised.

Later record / remaining issue: Narrative produced; no separate force/review record identified.

Requested disposition: Produce force/report/review records or state none were created/maintained.

**RFP NO. 4**

Original target: Property/phones removed, inventoried, damaged, lost, returned/unreturned.

June 22 position: All responsive material promised.

Later record / remaining issue: Some incident/CAD records; incomplete property/evidence accounting.

Requested disposition: Produce inventory/custody/destruction/loss/return records or no-record response.

**RFP NO. 5**

Original target: Records concerning Sophea Chhit and Jax, including handling/placement/transport.

June 22 position: All responsive material promised.

Later record / remaining issue: CAD identifies Phaneuf contact with Sophea Chhit; complete handling/placement record for Chhit/Jax not identified.

Requested disposition: Produce Chhit/Jax handling/placement/transport records or no-record response.

**RFP NO. 6**

Original target: March 10 Wright warrant confirmation, PTA/sign-release, decisions, nonexecution.

June 22 position: Other-incident relevance objection; otherwise produce.

Later record / remaining issue: CAD/dispatch confirms PTA/form/new-court-date procedure.

Requested disposition: Produce County-side confirmation/PTA/form-transmission/court-date/decision/review records or no-record response.

**RFP NO. 7**

Original target: Citation/case drafts, revisions, metadata, approvals, filing/transmission.

June 22 position: Metadata called unclear; otherwise produce.

Later record / remaining issue: Citation/case materials produced; complete review/audit chain not identified.

Requested disposition: Produce remaining nonprivileged review/approval/transmission/audit records or no-record response.

**RFP NO. 8**

Original target: Offender Tracking Form preparation/review/fingerprint/identity use.

June 22 position: All responsive material promised.

Later record / remaining issue: Form produced; no fingerprints shown; underlying review/identity/fingerprint records incomplete.

Requested disposition: Produce responsive review/identity/fingerprint records or no-record response.

**RFP NO. 9**

Original target: Records identifying prosecutor/reviewer/approver/referring agency.

June 22 position: All responsive material promised.

Later record / remaining issue: Some prosecution/referral records produced; July 17 ReferralTransferReport developed routing issue.

Requested disposition: Produce records sufficient to identify original and July 2024 referral/assignment participants or state complete.

**RFP NO. 10**

Original target: Sheriff/prosecutor/court communications concerning initiation/prosecution.

June 22 position: All responsive material promised.

Later record / remaining issue: Some prosecution/court material produced.

Requested disposition: Produce remaining nonprivileged County factual/routing/status communications or no-record response.

**RFP NO. 11**

Original target: Address/contact/identity data used for notice, charging, warrant, hearings.

June 22 position: All responsive material promised.

Later record / remaining issue: Some case records produced; complete source/update/transmission record not identified.

Requested disposition: Produce responsive County-held source/update/transmission records or no-record response.

**RFP NO. 12**

Original target: Basis used to identify Plaintiff through citation/case/warrant/court dates, including June 2024.

June 22 position: All responsive material promised.

Later record / remaining issue: Some identity/warrant records produced.

Requested disposition: Produce underlying query/results/access records and June 2024 identity chain or no-record response.

**RFP NO. 13**

Original target: St. Louis warrant issuance, entry, transmission, confirmation, service, execution, clearance.

June 22 position: All responsive material promised.

Later record / remaining issue: SLC 328-331 and court records produced; complete lifecycle/audit still not identified.

Requested disposition: Produce warrant lifecycle/service/clearance audit and supporting records.

**RFP NO. 14**

Original target: Obstruction/ID/supervisory-review training and standards, 2020-2024.

June 22 position: Limited to incident-date manual; responsive material expressly withheld.

Later record / remaining issue: Policy manual produced.

Requested disposition: Produce narrowed actual operative training/guidance used for Prouse or state none beyond manual.

**RFP NO. 15**

Original target: Notice/hearing generation, filing, service, address, upload/transmission/audit.

June 22 position: Upload/filing/transmission/audit called unclear; rest promised.

Later record / remaining issue: Court/case records produced; complete County notice/audit chain not identified.

Requested disposition: Produce County-held notice/transmission/audit records or identify outside custodian.

**RFP NO. 16**

Original target: Hearing audio, minutes, clerk notes/logs for listed state hearings.

June 22 position: Responsive County-held material promised.

Later record / remaining issue: Some court records; County-held copies not clearly identified.

Requested disposition: Produce County-held responsive copies or state held only by court/other custodian.

**RFP NO. 17**

Original target: All versions/native/scans/uploads/exports/print logs of June 2024 PTA/sign-release documents.

June 22 position: Uploads/exports/print logs called unclear; otherwise produce.

Later record / remaining issue: SLC 330-331 and Index 6/7 produced.

Requested disposition: Produce source/native/version/transmission records or no-record response.

**RFP NO. 18**

Original target: Metadata/audits/logs/users/devices for RFP 17 documents.

June 22 position: Entire request called unclear; County stated it did not know whether material was withheld.

Later record / remaining issue: PortalXL/filing records show transaction endpoints.

Requested disposition: Produce County-held metadata/audit/user/routing records or definite no-record/outside-custodian response.

**RFP NO. 19**

Original target: St. Louis-Hennepin communications re PTA/release/contact/court dates.

June 22 position: Relevance/privilege objections; responsive material expressly withheld.

Later record / remaining issue: SLC 328-331 show communications but chain incomplete.

Requested disposition: Produce nonprivileged responsive communications; log actual privileged withholding.

**RFP NO. 20**

Original target: June 2024 warrant/PTA/release/intercounty policies.

June 22 position: Limited to incident-date sheriff manual; responsive material withheld.

Later record / remaining issue: Some policy/agreement material produced; operative PTA/release procedure not clearly identified.

Requested disposition: Produce operative June 2024 PTA/warrant-release procedures or state none.

**RFP NO. 21**

Original target: Authority/approval/decision allowing release without stated $1,000 bail.

June 22 position: All responsive material promised.

Later record / remaining issue: Warrant conditions produced; operational authorization/decision record not identified.

Requested disposition: Produce responsive authority/approval/decision records or no-record response.

**RFP NO. 22**

Original target: Dismissal, reopening, reassignment, prosecutorial routing/authority records.

June 22 position: All responsive material promised.

Later record / remaining issue: July 2024 dismissal/reopening chain, ReferralTransferReport, prosecutor email and dismissal produced; routing transaction incomplete.

Requested disposition: Produce remaining nonprivileged City-to-County handoff/referral user/system/destination/recipient/assignment and factual status records.

**RFP NO. 23**

Original target: Training/guidance on obstruction, ID, detention, force, property, cameras/evidence.

June 22 position: Limited to incident-date manual; responsive material expressly withheld.

Later record / remaining issue: Policy manual produced.

Requested disposition: Produce narrowed nonduplicative actual training/guidance or topic-by-topic no-record answer.

**RFP NO. 24**

Original target: Prouse complaints/IA/supervisory reviews/corrective action/discipline.

June 22 position: Objection, but County states responsive material not withheld on that basis.

Later record / remaining issue: No clear Bates identification or categorical no-record answer located.

Requested disposition: Identify responsive production or state none exists by category.

**RFP NO. 25**

Original target: Comparable complaints/investigations/lawsuits/claims/discipline.

June 22 position: County narrowed and expressly withheld responsive material.

Later record / remaining issue: No production identified resolving narrowed first-stage comparator-index request.

Requested disposition: Produce existing narrowed index/log/database/claim/lawsuit/complaint list capable of identifying comparators.

**RFP NO. 26**

Original target: MNCIS/case-management audits/upload/access/modification history.

June 22 position: Called unclear; County unsure if withholding.

Later record / remaining issue: Some court documents produced; County-held audit/routing activity relevant to referral/PTA chains not fully identified.

Requested disposition: Produce County-held audit/activity records relevant to referral/PTA chains or identify outside custodian.

**RFP NO. 27**

Original target: Retention/preservation/deletion/export/loss/audit of incident digital evidence.

June 22 position: All responsive material promised.

Later record / remaining issue: SLC 985-988 and retention supplement produced; County-hosted Proctor media/index questions remain.

Requested disposition: Complete audit/retention/deletion/export/recovery search and search for County-hosted copies/indexes.

**RFP NO. 28**

Original target: Policies/schedules/holds/directives governing digital-evidence preservation/deletion.

June 22 position: Limited to manual/retention schedule; responsive material withheld.

Later record / remaining issue: Policy/retention material produced.

Requested disposition: Produce remaining operative hold/directive/configuration material as narrowed or state none.

**RFP NO. 29**

Original target: Source incidents known to or relied on by Prouse before March 10 contact.

June 22 position: County did not recall specifics; promised incident list.

Later record / remaining issue: SLC 326 plus four reports; County says no reports for remaining listed incidents.

Requested disposition: For incidents actually known/reliied on, produce available CAD/call/unit source records or no-record response.

**RFP NO. 30**

Original target: Mutual aid/interagency agreements in effect 2020-2024.

June 22 position: Post-incident agreements objected to; otherwise produce.

Later record / remaining issue: Aug. 27 identifies SLC 81-128 as agreement production; documents support shared-system search.

Requested disposition: Credit SLC 81-128; state set is complete or produce any additional incident-date operative agreement.

**RFP NO. 31**

Original target: CAD/RMS/event/stop/call classifications of March 10 encounter.

June 22 position: All responsive material promised.

Later record / remaining issue: CAD/RMS material produced; Carter/S483 shared-system/unit identifiers reveal additional concrete repository/mapping questions.

Requested disposition: Produce remaining classification/coding and County-hosted Carter/S483 unit/system records or state complete.

**RFP NO. 32**

Original target: Supervisory/use-of-force/administrative/post-incident review.

June 22 position: All responsive material promised.

Later record / remaining issue: No separate force/supervisory review identified.

Requested disposition: Produce review/notification/approval/policy-compliance records or state none exist.

**RFP NO. 33**

Original target: Identify all personnel/reviewers/custodians; unit/CAD/MDT/AVL/assignments/reviews/warrants.

June 22 position: All responsive material promised.

Later record / remaining issue: Production reveals Phaneuf, Gargano/S215, Carter/S483 and multiple processors; full identification/mapping incomplete.

Requested disposition: Produce records sufficient to identify all responsive actors, supervisors, reviewers, processors, custodians, unit assignments, and County-hosted system records.

Dated: August 28, 2026

/s/ Robert Brooks Hoel
Robert Brooks Hoel
Plaintiff, In Propria Persona
General Delivery
Duluth, Minnesota
bobhoel@gmail.com