# EXHIBIT K

## Wright County Warrant / March 10 Confirmation Package

Warrant terms and selected County CAD/dispatch record concerning Wright confirmation and Promise-to-Appear/form instructions.

State of Minnesota
Wright County

District Court
Tenth Judicial District
Court File Number: **86-CR-16-4175**

**State of Minnesota**
vs.
**Robert Brooks Hoel** **SID#:** MN 94006065

## Warrant

Warrant #: **86-CR-16-4175 - 2**
**DOB:** 975

| | | | | |
|---|---|---|---|---|
| | Def Phone: | | Height: | Weight: |
| **1738 Warren Avenue**<br>**Duluth MN 55811** | **Home: 651-769-4999;**<br>**Home: 218-393-5255;**<br>**Home: 000-396-8744** | | **5 Ft. 11 In.** | **180 Lbs.** |
| DL: | Plate: | Gender: | Hair Color: | Eye Color: |
| **MN-A-671-053-539-914** | | **Male** | **Gray or Partially Gray** | **Brown** |
| | | | | |

| Date | # | Degree | Statute | Offense | Agency | Control # |
|---|---|---|---|---|---|---|
| 08/28/2016 | 2 | Gross Misdemeanor | 169A.20.1(1) | Traffic - DWI - Operate Motor Vehicle Under Influence of Alcohol | MNMHP0600 | 16603247 |

**TO THE SHERIFF OF WRIGHT COUNTY** or any other person authorized by law to execute this warrant.
WHEREAS:

X The complaint filed with this court establishes probable cause that the defendant committed the above.
X On **01/13/2021**, the defendant failed to obey the order/summons of the court to appear for **Probation Violation Hearing**.
__ The defendant has failed to comply with conditions of **.**
__ The court vacates and annuls the STAY OF EXECUTION/IMPOSITION OF SENTENCE.
__ Execute in Minnesota only.
__

In the name of the State of Minnesota you are to apprehend, arrest, and bring the defendant before this court without unnecessary delay and not later than 36 hours after arrest.

Bail is in the amount of: **Sign a Promise to Appear, Provide Updated Contact Information and Release with a New Court Date.**

Dated: ___________________________

Judge of District Court

You may execute this warrant at any time of the day or night and on Sundays.

Judge of District Court

| | | | | | |
|---|---|---|---|---|---|
| | | | | | NAM/HOEL, ROBERT BROOKS.DOB/1975 SEX/M. RAC/W.ETN/N.<br>HGT/600.WGT/200.EYE/BRO.HAI/GRY.POB/MN.SKN/MED.CTZ/US.<br>FBI/792233VA2. SOC 678.<br>MNU/PI-MN94006065. OFF/5404. OFL/GM DWI LIQUOR. BND/0.<br>OCA/2016603247. WNO/86CR1641752. DOW/20210113.<br>CTI/MN086015J. NOA/Y.DNA/N.<br>DRE/20210113. TRM/WCS134.DLU/20210113.<br>ADD/01. SNU/1738. SNA/WARREN AVE.<br>CTY/DULUTH. COU/ST LOUIS. STA/MN. ZIP/55811.<br>EXL/PICK UP MN ONLY FOR MORE DETAILS SEE MIS.<br>MIS/GM DWI BODY ONLY MN ONLY NOEX SIGN A PROMISE TO APPEAR AND PROVIDE UPD<br>ATED CONTACT INFORMATION AND RELEASE WITH A NEW COURT DATE.<br>OLN/A671053539914.OLS/MN.OLY/2021.<br>AKA/HOEL, BOB BROOKS.<br>AKA/HOEL, BOB.<br>AKA/BOB BROOKS HOEL, X.<br>AKA/HOEL, ROBERT.<br>AKA/BOB BROOKS HOEL, XX.<br>AKA/HOEL, ROBERT UNKNOWN.<br>DOB/1975<br>OLN/H400745098751.OLS/MN.OLY/2020.<br>ORI IS: WRIGHT CO SHERIFF |
| 3/10/2022 | 22:22:10 | 203 | Response | | [18] WRIGHT CO CONFIRMS - PTA AND HOEL NEEDS TO COMPLETE A FORM AND GET A COURT DATE |
| 3/10/2022 | 22:29:47 | 203 | Response | | [19] S215 VEH SEARCH |
| 3/10/2022 | 22:51:28 | S483 | Response | Yes | [20] CARTER, JOE - 1PR121 - S483 - 1prp0005 - Ast. SLCO w/ detain |
| 3/10/2022 | 23:01:24 | S215 | Response | Yes | [21] PHANEUF, WYATT - 5400 - S215 - 1sl00065 - SPOKE TO FEMALE DRIVER. 219 HAD MALE DETAINED. COMING FROM CITIES, HEADED TO LAKE VEMILLION. COULD SMELL MJ. ASSISTED 219 IN VEHICLE SEARCH. FOUND PARAPHENALIA AND A SMALL AMOUNT OF MJ. TAKEN FOR DESTRUCTION. |
| 3/10/2022 | 23:08:41 | S219 | Response | Yes | [22] PROUSE, ALEXANDER - 5368 - S219 - 1sl00067 - Observed vehicle parked at the well with a male filling up some water. While making conversation with the male he advised me he would not identify himself. I observed the vehicle's registration came back as expired on the query return, but there was a 22 sticker on the plate. Reapproached vehicle, made contact with the male (passenger) and female driver. Observed odor of MJ emitting from vehicle. ID'd female driver and observed an active order in place against several other parties. Male passenger still refused to ID himself and was extremely hesitant to go back to my squad. When I detained him in cuffs he tensed his arm and shoved his hand into front pants pocket. Male detained in squad until positively ID'd as ROBERT.<br><br>Vehicle search turned up MJ and para. ROBERT tagged for obstruction. Rpt |

## Address Changes

**No Address Changes**

## Priority Changes

**No Priority Changes**

## Transport Changes