# EXHIBIT L

## June 2024 St. Louis County Warrant / PTA Package

Selected County-produced and court-filed records: SLC 328-331, separate court-filed Sign and Release, and court-filed disputed Promise-to-Appear / Portal package.

Hoel v. Prouse, No. 0:25-cv-02342-ECT-LIB

```
  TO:      CJI-00033364 20240610 06:39:30 17D6008254
FROM:      CJB-00015249 20240607 18:53:08 0D7A003B91
YR.MN0690000.MN027013C,MN0690000.TXT
```

**** HIT CONFIRMATION RESPONSE ****

THE RECORD BELOW IS CONFIRMED.

OCA/2201419.

Wanted Person

NAM/HOEL,

NAME OF CONFIRMER: BLOM CONFIRMING AGENCY: ST LOUIS COUNTY JAIL
PHONE: 2187256234 EXT: 4741 FAX:2187256138

REMARKS:
SUBJECT HAS AN ACTIVE PROMISE TO APPEAR WARRANT. MISD OBSTRUCT LEGAL PROCESS. BAIL IS 1000 HOWEVER HE MAY BE RELEASED IF HE COMPLETES A PROMISE TO APPEAR FORM AND PROVIDES CURRENT CONTACT INFO. PLEASE PROVIDE FAX NUMBER OR EMAIL TO SEND FORM TO. THANK YOU.

OPR 663
AUTH SGT LURYE

```
  TO:      CJI-00033363 20240610 06:39:30 17D6008253
FROM:      HCJ-00039673 20240607 18:48:05 038A009AF9
YQ.MN027013C.MN0690000.TXT
```

**** HIT CONFIRMATION REQUEST FIRST NOTICE ****

**** RESPONSE PRIORITY: URGENT! RESPOND WITHIN 10 MINUTES ****

OCA/2201419.

Wanted Person

NAM/HOEL,

NAME OF REQUESTOR: TWBO001  REQUESTING AGENCY: HENNEPIN COUNTY JAIL

REMARKS:
WE HAVE THIS INDIVIDUAL IN OUR CUSTODY

PLEASE CONFIRM WARRANT, BAIL AND EXTRADITION

THANK YOU

STATE OF MINNESOTA

COUNTY OF ST. LOUIS

DISTRICT COURT

SIXTH JUDICIAL DISTRICT

STATE OF MINNESOTA

Plaintiff,

Vs.

ROBERT BROOKS HOEL Defendant.

CASE NO. 69DU-CR-22-695

## PROMISE TO APPEAR

I, (x) Robert Hoel, hereby acknowledge that I have been notified that my Court appearance date has been set for 7/16 at 0900 A.m.

**I understand that non-appearance will result in the re-issuance of a warrant for my arrest.** I will sign up for electronic notification of court hearings and I provided my current contact information below.

Signature

2737 Blaisdell Ave #102
Street Address

Mpls, MN. 55408
City, State, Zip Code

612-234-2169
Phone Number

Email Address

Subscribed and sworn to before me, this 8th day of June

#550

Deputy

**SIGN UP FOR ELECTRONIC NOTIFICATION HERE** - https://mnhearingremindersenroll.courts.state.mn.us

YOU ARE HEREBY NOTIFIED THAT IT IS A CRIMINAL OFFENSE TO NOT APPEAR IN COURT WHEN ORDERED TO DO SO BY THE COURT. IF YOU ARE CONVICTED FOR FAILING TO APPEAR, IN ADDITION TO THE IMPOSITION OF CRIMINAL PENALTIES, YOU MAY BE REQUIRED TO PAY WHATEVER COSTS ARE INCURRED BY THE PROSECUTING AUTHORITY OR OTHER GOVERNMENTAL AGENCY DUE TO YOUR FAILURE TO APPEAR.

TO: CJB-00040539 20240608 08:58:49 0D7A009E5B
FROM: HDN-00014555 20240608 08:58:49 12EE0038DB
AM.MN027013C.MN0690000.TXT
HENNEPIN COUNTY TO ST. LOUIS COUNTY
RE: HOEL, ROBERT BROOKS DOB: 1975

THE ABOVE HAS BEEN GIVEN THE COURT DATE OF 07/16/2024 AT 0900.
THE PROMISE TO AP
PEAR WILL BE SENT AS SOON AS IT IS SIGNED.

2737 BLAISDELL AVE
UNIT 102
MINNEAPOLIS, MN 55408
612-234-2169

OPER/ HODGES

Filed in District Court
State of Minnesota
6/9/2024 1:12 PM

# Sign and Release Warrant
## Court Date and Defendant Information Form

**Court Information for the Defendant**

**You missed a court date in** St. Louis **County for the case(s) described below:**

| Court File Number: | Offense: |
|---|---|
| 69 DUCR22695 | M/S. Obstruct Legal Process |
| | |

**You must appear at the next hearing on** July 16 (Date) **at** 0900 AM (Hearing Time).

**Failure to appear for the hearing may result in a warrant being issued for your arrest.** For more information about your case(s), **including court location**, contact the court (go to www.mncourts.gov/find-courts.aspx and select the county listed above) or search online using the Court File Number(s) at www.mncourts.gov/mcro.

**NOTE:** If no court date is listed above, court administration will send you a Hearing Notice that includes the new court date and hearing time at the address listed below.

**Defendant's Contact Information (Confirm current address with defendant)**

First Name: Robert Middle Name: Brooks

Last Name: Hoel Suffix (for example: Jr.): ______

Date of Birth: 1975

Mailing Address: 2737 Blaisdell Ave Apt/Unit # 102

City/State/Zip: MPLS, MN. 55408

**Additional Contact Information** (if available)

Primary Phone: 612-234-2169 Email Address: ______

Interpreter Needed? ☐ No / ☐ Yes (Language: ______)

X **Defendant's Signature:** ______

**Law Enforcement Information**

**Officer:** Complete entire form and present to Defendant for signature. Give Defendant a completed copy. Information will be used to update the court record. If Defendant has Sign and Release Warrants in more than one county, complete 1 form per county. e-File the completed form (PDF) using the filing code "Sign & Release Warrant Court Date & Def Info Form" into each listed case within 2 business days.

Law Enforcement Agency Making Contact: ______

Officer Name and Badge #: ______

Date and Time of Contact with Defendant: ______

If Defendant does not sign form, check reason: Defendant ☐ refused / ☐ unable to sign.

SLC 14

Filed in District Court
State of Minnesota
6/10/2024 7:04 AM

STATE OF MINNESOTA

COUNTY OF ST. LOUIS

DISTRICT COURT

SIXTH JUDICIAL DISTRICT

STATE OF MINNESOTA

CASE NO. 69DU-CR-22-695

Plaintiff,

Vs.

ROBERT BROOKS HOEL Defendant.

# PROMISE TO APPEAR

I, (x) Robert Hoel, hereby acknowledge that I have been notified that my Court appearance date has been set for 7/16 at 0900 A.m.

**I understand that non-appearance will result in the re-issuance of a warrant for my arrest.** I will sign up for electronic notification of court hearings and I provided my current contact information below.

[signature]
Signature

2737 Blaisdell Ave #102
Street Address

Mpls, MN. 55408
City, State, Zip Code

612-234-2169
Phone Number

Email Address

Subscribed and sworn to before me, this 8th day of June

[signature] #550
Deputy

**SIGN UP FOR ELECTRONIC NOTIFICATION HERE** - https://mnhearingremindersenroll.courts.state.mn.us

YOU ARE HEREBY NOTIFIED THAT IT IS A CRIMINAL OFFENSE TO NOT APPEAR IN COURT WHEN ORDERED TO DO SO BY THE COURT. IF YOU ARE CONVICTED FOR FAILING TO APPEAR, IN ADDITION TO THE IMPOSITION OF CRIMINAL PENALTIES, YOU MAY BE REQUIRED TO PAY WHATEVER COSTS ARE INCURRED BY THE PROSECUTING AUTHORITY OR OTHER GOVERNMENTAL AGENCY DUE TO YOUR FAILURE TO APPEAR.

Filed in District Court
State of Minnesota
6/10/2024 7:04 AM

TO: CJB-00040539 20240608 08:58:49 0D7A009E5B
FROM: HDN-00014555 20240608 08:58:49 12EE0038DB
AM.MN027013C.MN0690000.TXT
HENNEPIN COUNTY TO ST. LOUIS COUNTY
RE: HOEL, ROBERT BROOKS DOB: 1975

THE ABOVE HAS BEEN GIVEN THE COURT DATE OF 07/16/2024 AT 0900.
THE PROMISE TO AP
PEAR WILL BE SENT AS SOON AS IT IS SIGNED.

2737 BLAISDELL AVE
UNIT 102
MINNEAPOLIS, MN 55408
612-234-2169

OPER/ HODGES