# EXHIBIT M

## Citation, Referral, Reopening, and Dismissal Package

Selected County-produced citation/prosecutorial-routing records.

PS22050-03 (Rev. 10/03)

# Offender Tracking Form

Purpose: 1) Supply the prosecuting authority with the necessary data, when applying for an Adult Felony, Gross or Targeted Misdemeanor and Juvenile Felony and Gross Misdemeanor complaint/petition (you may also use this form to report Misdemeanor data); 2) Supply the BCA with disposition information if a formal complaint is NOT issued; 3) Allow the prosecutor to report diversion data; 4) Supply the court with charging information

| **Last Name** | **First Name** | **Middle Name (leave blank if NMN)** | **h** (MMDDYYYY) |
|---|---|---|---|
| HOEL | ROBERT | BROOKS | 1975 |

Were Fingerprints Submitted to BCA? ☐ Yes ☒ No **Prosecutor:** If this box is checked "No", please make a Rule 5.01 motion to have fingerprints taken. If fingerprints are not taken and submitted to the BCA there will be no criminal history record on this arrest.

**Date of Arrest** (MMDDYYYY) 03/10/2022

Does the subject hold a Minnesota permit to carry a pistol? (Run a QPC query) ☐ Yes, Valid Permit on File ☒ No Permit on File

## Law Enforcement Agency

Complete when applying for a criminal complaint or petition and submit with your case to the prosecuting attorney.

Complaint Type (Check One) ☒ Adult ☐ Juvenile

## Prosecutor

Check the Appropriate Box When a Felony or Gross Misdemeanor Complaint Will Not Be Issued

| Controlling Agency NCIC Identifier (CAG) | Controlling Agency Case Number (OCA) | MN State Statute | Charge Description | Complaint Denied | Refer to City Attorney | Misd. Tab Citation Issued | Prosecuted in Another Jurisdiction | Other |
|---|---|---|---|---|---|---|---|---|
| MN0690000 | 22032259 | 609.50.1(1) | GOVT-OBSTRUCT LEGAL PROCESS-NO FORCE-MISD | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**New Alias Names:** Law Enforcement or Prosecutor: Please report alias names **not** shown on the subject's criminal history record. Do not include alias names previously reported to the BCA.

| Last Name | First Name | Middle Name (leave blank if NMN) |
|---|---|---|
| | | |

## Prosecutor Contact Information

County/City Attorney Name

Atty. File Number Phone ( ) Fax ( )

Complaint Number Comment:

To Be Completed by Prosecutor When the Defendant is Placed on Pre-Trial or Pre-Petition Diversion

**Pursuant to (Check Appropriate Statute)** ☐ M.S.A. 4.01.065. Subd. 3a (Adult) ☐ M.S.A. 388.24, Subd. 4 (Juvenile)

☐ Begin Diversion (MMDDYYYY)

☐ Expected Completion Date (MMDDYYYY)

☐ Successfully Completed Date (MMDDYYYY)

☐ Removed From Program Date (MMDDYYYY)

Submitted to Prosecutor Date (MMDDYYYY)

**Distribution: Prosecutor Send White Copy to BCA CJIS Section Only if Subject is Not Prosecuted, Begins, Completes, or Fails to Complete Pre-Trial or Pre-Petition Diversion**

Canary - Prosecuting Attorney Blue - Controlling Agency Pink - Court Green - Other

Minnesota Department of Public Safety, Bureau of Criminal Apprehension - Criminal Justice Information System (CJIS) Section
1430 Maryland Avenue, St. Paul, MN 55106-2802 Phone (651) 793-2400 Fax (651) 793-2402

|  |  |
|---|---|
| **From:** | Rose Garza |
| **To:** | Tammera Bastie; 6thDuluthCriminal |
| **Cc:** | Paula Young; Annika Beck; Courtney Beck |
| **Subject:** | RE: [EXTERNAL] Incorrectly Dismissed File - 69DU-CR-22-695 - Robert Hoel |
| **Date:** | Monday, July 15, 2024 12:42:59 PM |
| **Attachments:** | Hoel - Motion to Reopen - CR-22-695.pdf |

**WARNING:** **External email. Please verify sender before opening attachments or clicking on links.**

The following motion will be filed shortly.

Rose Garza | Paralegal | City of Duluth - Attorney's Office | 411 West First Street, Rm 440, Duluth, MN 55802 | 218-730-5089 | rgarza@duluthmn.gov

The information contained in this e-mail and any attached files is intended for the use of the individual or entity named above, and constitutes an ATTORNEY-CLIENT COMMUNICATION which is privileged and exempt from disclosure under applicable law. If the reader of this-mail is not the intended recipient, you are requested to refrain from reading this e-mail or examining any attachments to the e-mail. Please notify the person sending the message of the mistaken delivery immediately.

---

**From:** Tammera Bastie <BastieT@StLouisCountyMN.gov>
**Sent:** Monday, July 15, 2024 12:26 PM
**To:** 6thDuluthCriminal <6thDuluthCriminal@courts.state.mn.us>; Rose Garza <rgarza@DuluthMN.gov>
**Cc:** Paula Young <pyoung@DuluthMN.gov>; Annika Beck <BeckA@StLouisCountyMN.gov>; Courtney Beck <BeckC@StLouisCountyMN.gov>
**Subject:** RE: [EXTERNAL] Incorrectly Dismissed File - 69DU-CR-22-695 - Robert Hoel

Adding Ms. Annika Beck and Ms. Courtney Beck to this string.

Thanks all!

Tammera

---

**From:** 6th Duluth Criminal
**Sent:** Monday, July 15, 2024 11:51 AM
**To:** rgarza <rgarza@duluthmn.gov>; Tammera Bastie <BastieT@StLouisCountyMN.gov>
**Cc:** Paula Young <pyoung@DuluthMN.gov>
**Subject:** RE: [EXTERNAL] Incorrectly Dismissed File - 69DU-CR-22-695 - Robert Hoel

**WARNING:** **External email. Please verify sender before opening attachments or clicking on links.**

The dismissal was already accepted into the file and the case was dismissed. We added it back to the calendar tomorrow because we will need an order from the Judge.

Thank you!

---

**From:** Rose Garza <rgarza@DuluthMN.gov>
**Sent:** Monday, July 15, 2024 11:19 AM
**To:** 6th Duluth Criminal <6thDuluthCriminal@courts.state.mn.us>; Tammera Bastie <BastieT@StLouisCountyMN.gov>
**Cc:** Paula Young <pyoung@DuluthMN.gov>
**Subject:** [EXTERNAL] Incorrectly Dismissed File - 69DU-CR-22-695 - Robert Hoel
**Importance:** High

I have just filed a dismissal on this case, but it's a county case. Can you please reject our filing.

Rose Garza | Paralegal | City of Duluth - Attorney's Office | 411 West First Street, Rm 440, Duluth, MN 55802 | 218-730-5089 | rgarza@duluthmn.gov

The information contained in this e-mail and any attached files is intended for the use of the individual or entity named above, and constitutes an ATTORNEY-CLIENT COMMUNICATION which is privileged and exempt from disclosure under applicable law. If the reader of this-mail is not the intended recipient, you are requested to refrain from reading this e-mail or examining any attachments to the e-mail. Please notify the person sending the message of the mistaken delivery immediately.

**CAUTION:** This email originated from outside the Minnesota Judicial Branch. Do not click links or open attachments unless you recognize the sender and know the content is safe. If this email appears suspicious, or is asking you to provide sensitive information, please do not forward the email; submit the email via the 'Phish Alert Report' button on your Outlook ribbon on your computer or contact the ITD Service Desk for further guidance.

**STATE OF MINNESOTA** **DISTRICT COURT**
**COUNTY OF ST. LOUIS** **SIXTH JUDICIAL DISTRICT**

STATE OF MINNESOTA

Plaintiff,

vs.

ROBERT BROOKS HOEL,

Defendant.

**MOTION TO REOPEN CASE**

District Court File No: 69DU-CR-22-695
Citation: 690088206901; ICR: 22032259

To: Presiding Judge, County Attorney and the above-named defendant

The undersigned attorney hereby recalls the dismissal for the Citation in the above-named case and motions this to be reopened for the following reasons: incorrectly dismissed a county case out of our jurisdiction.

Dated this July 15, 2024

/s/Paula B. Young

Paula B. Young (0401265)
Assistant City Attorney – Criminal Division
City of Duluth Attorney's Office
411 West 1st Street, Room 440
Duluth, MN 55802
(218) 730-5490
pyoung@duluthmn.gov

Cc:

BY THE COURT:

______________________________
Judge of District Court

# Referral Summary Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Report Number** | 22032259 | **SSN** | | | **License Number** | A671053539914 MN | |
| **Name** | HOEL, ROBERT BROOKS | **DOB** | 1975 | **Place of Birth** | | **Status** | |
| **Address** | 1738 WARREN AVE | **Race** | W | **Sex** | M | **Height** | 6'00" |
| | DULUTH MN 55811 | **Hair** | GRY | **Eyes** | BRO | **Weight** | 200 |
| **Referral Date** | 7/17/2024 11:14:27 AM | | | | | | |
| **Arrest Date** | 03/10/2022 10:51:00 PM | **ORI** | MN0690000 | | | **DSN Officer** | 05368 |
| **Booking #** | | **Local ID** | | **State ID** | | **OTN** | |

**Referred Charges**

| Count | Case# | Charge Code | Enh Code | Statute | Severity | Description | Date |
|---|---|---|---|---|---|---|---|
| 1 | | 39167 | | 609.50.1(1) | F | Obstruct Legal Process-Lawful Execution Legal Process | 03-10-2022 |
| 2 | | STL7648 | | N/A | G | | 03-10-2022 |

**Referral Documents**

| File Name | Comments |
|---|---|
| 03013188.doc | |
| 03013280.doc | |
| Citation-Number-690088206901-4381706.pdf | |
| Citation-Number-Notes-690088206901-4381707.pdf | |
| PoliceReport-22032259-20240717111149-4699833.pdf | |

**Notes:**

| | |
|---|---|
| **From:** | Annika Beck |
| **To:** | prouse@hermantownmn.com |
| **Subject:** | Update in 22032259 / 69DU-CR-22-695 |
| **Date:** | Friday, August 9, 2024 2:32:00 PM |
| **Attachments:** | image001.png |

Dear Officer Prouse,

I’m writing because I have an update on a case you handled when you were with the SLCO. After doing some research and consulting with colleagues, I’ve concluded that I have to dismiss the citation in the above-captioned case. While the defendant here was decidedly not cooperative, I don’t think a court would maintain a conviction under Minn. Stat. § 609.50, subd. 1(1) on these facts. That subdivision requires me to prove that he obstructed or interfered with *legal process*. Since you were not effecting an arrest, serving a summons/writ, or acting by order of the court in a pending case, I don’t think a court or jury would find you were engaged in legal process.

My first instinct was to amend the citation to another subdivision that is easier to prove. Minn. Stat. § 609.50, subd. 1(2) (“obstructs, resists, or interferes with a peace officer while the officer is engaged in the performance of official duties”). But even then I don’t think we have enough facts, since the Court of Appeals has said this subdivision “cannot be read so broadly as to include any act that merely reduces the ability of a police officer to successfully apprehend a suspect.” *State v. Morin*, 736 N.W.2d 691, 697 (Minn. Ct. App. 2007). Defendant here tensed his arms and put his hand in his pocket as the as you were handcuffing him, but you were able to safely restrain and detain him, so I don’t think a court or jury would be sympathetic to the argument that this was more than an inconvenience during the stop.

I know this can be frustrating, let me know if you want to talk about it more.

Annika

**ANNIKA T. BECK**
Assistant St. Louis County Attorney
100 N. Fifth Ave. W. #501
Duluth, MN 55802
(218) 726-2323

Filed in District Court
State of Minnesota
9/13/2024 1:19 PM

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT-CRIMINAL DIVISION |
| COUNTY OF ST LOUIS | SIXTH JUDICIAL DISTRICT |

***STATE OF MINNESOTA,***

PLAINTIFF,

v.

***ROBERT BROOKS HOEL,***

DEFENDANT.

**DISMISSAL OF COMPLAINT/CITATION PURSUANT TO RULE 30.01**

DISTRICT COURT FILE NO.
69DU-CR-22-695

The State of Minnesota, prosecuting authority herein, hereby dismisses the Complaint/citation in the above-entitled matter without prejudice in the interest of justice.

**The Defendant is not in custody.**

Dated at Duluth, Minnesota: September 13, 2024

Respectfully submitted,

ST. LOUIS COUNTY ATTORNEY

BY: ______________________________

Annika T. Beck (Reg. No. 0403488)
Assistant St. Louis County Attorney
100 N. 5th Ave. W., #501
Duluth, MN 55802
Telephone: (218) 726-2323

tb