# EXHIBIT O

March 2 Same-Well Comparator

March 2, 2022 same-location report documenting Phaneuf/Gargano involvement, property handling, and uploaded squad-camera footage.

Hoel v. Prouse, No. 0:25-cv-02342-ECT-LIB

# St. Louis County Sheriff's Office - Duluth Office

## POLICE REPORT



REPORTED DATE: 03/02/2022 REPORTED TIME: 23:37 **ICR#: 22028637**

Statute/Ordinance: N/A MOC: 9819 All Other (Warrant Arrest)
Occurence Start Date: 03/02/2022 Time: 23:37 Officer: GARGANO, JACOB 05360
Status: Offense Level: Not Apply

Address: 5678 OLD HWY 61, MN; ARTESIAN WELL Location:

Township: Midway Twp Patrol Area: Grid:
Assisting Agencies: Companion Cases:
SO St. Louis County Sheriff's Office

**========== PARTY INVOLVEMENT ==========**

**Arrested:** CULVER, NICHOLAS OWEN DOB 993 Race: W Sex: M

Address: 1202 3RD AVE, PROCTOR, MN, 55810-1232 Location:
Phone: PSN: 1 Adu/Juv A
POB: MN Hair: BRO Eye: BLU Hgt: 6 00 Wgt: 150 Bld:

| ISN | PT | Statute | Description | MOC | Description | Disposition | Citation # |
|---|---|---|---|---|---|---|---|
| 1 | AR | N/A | All Other (Warrant Arre | 9819 | All Other (Warrant Arre | | |
| 2 | D1 | N/A | Information on File | 9874 | Information on File | | |

**Driver #2:** CARLSON, BRIAN DAVID DOB 986 Race: W Sex: M

Address: 134 LARSON RD, ESKO, MN, 55733-9619 Location:
Phone: PSN: 2 Adu/Juv A
POB: Hair: BRO Eye: BRO Hgt: 5 09 Wgt: 240 Bld:

| ISN | PT | Statute | Description | MOC | Description | Disposition | Citation # |
|---|---|---|---|---|---|---|---|
| 2 | D2 | N/A | Information on File | 9874 | Information on File | | |

**Passenger:** SAMPSON, JESSICA ROSE DOB 992 Race: U Sex: F

Address: 180 RESERVATION RD, CLOQUET, MN, 55720-9742 Location:
Phone: PSN: 3 Adu/Juv A
POB: MN Hair: BRO Eye: BLU Hgt: 5 07 Wgt: 200 Bld: M

| ISN | PT | Statute | Description | MOC | Description | Disposition | Citation # |
|---|---|---|---|---|---|---|---|
| 2 | PS | N/A | Information on File | 9874 | Information on File | | |

**========== PROPERTY ==========**

Item Number: E1
Property Type: E Disp: Cat: WEAPON Article: KNIFE Brand: Model:
Serial:
Description: 4 MISC POCKET KNIVES
Qty Stolen: Value Stolen:
Qty Recovered: Value Recovered:

| PSN | Type | Name |
|---|---|---|

Item Number: E2
Property Type: E Disp: D Cat: DRUGEQ Article: DRUGPA Brand: Model:

UI

Serial:

Description: 1 Clean Hypordermic Needle

Qty Stolen: Value Stolen:

Qty Recovered: Value Recovered:

| PSN | Type | Name |
|---|---|---|

Item Number: E3

Property Type: E Disp: D Cat: DRUGEQUI Article: DRUGPA Brand: Model:

Serial:

Description: 1 Red "Bullet" Pipe

Qty Stolen: Value Stolen:

Qty Recovered: Value Recovered:

| PSN | Type | Name |
|---|---|---|

Item Number: E4

Property Type: E Disp: D Cat: DRUGS Article: MJ Brand: Model:

Serial:

Description: Partially Smoked DELTIVA BUBBA KUSH Hemp Pre Roll

Qty Stolen: Value Stolen:

Qty Recovered: Value Recovered:

| PSN | Type | Name |
|---|---|---|

Item Number: E5

Property Type: E Disp: D Cat: DRUGS Article: OTHDRUG Brand: Model:

Serial:

Description: Baclofen Pill U-S BAC 10

Qty Stolen: Value Stolen:

Qty Recovered: Value Recovered:

| PSN | Type | Name |
|---|---|---|

Item Number: E6

Property Type: E Disp: D Cat: DRUGS Article: OTHDRUG Brand: Model:

Serial:

Description: Gabapentin G 56

Qty Stolen: Value Stolen:

Value Recovered:

Qty Recovered:

| PSN | Type | Name |
|---|---|---|

Item Number: E7

Property Type: E Disp: D Cat: DRUGS Article: OTHDRUG Brand: Model:

Serial:

Description: Baclofen V 2266

Qty Stolen: Value Stolen:
Qty Recovered: Value Recovered:

| PSN | Type | Name |
|---|---|---|

Item Number: E8

Property Type: E Disp: D Cat: DRUGS Article: OTHDRUG Brand: Model:

Serial:

Description: Gabapentin G 31

Qty Stolen: Value Stolen:
Qty Recovered: Value Recovered:

| PSN | Type | Name |
|---|---|---|

Item Number: X1

Property Type: X Disp: X Cat: AUTO Article: AUTO Brand: Model:
VIN: 2GNFLFEK0H6141384
Year: 2017 Make: Chevrolet Model: Equinox Style: Carry-All (SUV)
License Number: GVP703 State: MN
Description: 2017 CHEVROLET EQUINOX

Qty Stolen: Value Stolen:
Qty Recovered: Value Recovered:

| PSN | Type | Name |
|---|---|---|
| 2 | D2 | CARLSON, BRIAN DAVID |
| 3 | PS | SAMPSON, JESSICA ROSE |

Item Number: X2

Property Type: X Disp: X Cat: AUTO Article: AUTO Brand: Model:
VIN: 1GCEK19T64E286500
Year: 2004 Make: Chevrolet Model: Silverado Style: Pickup
License Number: MDU721 State: MN
Description: 2004 CHEVROLET SILVERADO

Qty Stolen: Value Stolen:

| Qty Recovered: | | Value Recovered: |
|---|---|---|
| PSN | Type | Name |
| 1 | AR | CULVER, NICHOLAS OWEN |

========== NARRATIVE ==========

Report# 1

St. Louis County Sheriff's Office
Duluth Office
Reported Date: 03/02/2022 Time: 23:37 Case No.: 22028637
Code: Crime:
Location: 5678 Old Hwy 61 Midway Twp MN 55810
========================== NARRATIVE =========================

On 03/02/2022 at approximately 23:37 hours, I, Deputy Wyatt Phaneuf (#5400), along with FTO Deputy Jacob Gargano (#5360), were on routine patrol when I observed two vehicles parked at the Artesian Well, 5678 Old Highway 61, Midway Township.

I observed a white Chevrolet Equinox, bearing Minnesota license plates: GVP703, and a silver 2004 Chevrolet Silverado. The Silverado had a large water tank in the box and was backed up to the well building and appeared to be getting filled with water. I observed a male, BRIAN DAVID CARLSON (DOB: 1986), standing at the front of the Equinox facing the well building. I also observed a female, JESSICA ROSE SAMPSON (DOB: 1992), sitting in the passenger seat of the Silverado. CARLSON claimed he drove the Equinox there and he owned the Silverado.

I asked CARLSON what he was doing there at this time of night and he indicated he was filling up the water tank in the Silverado because the water at his house wasn't working. I attempted to read the plate on the Silverado, and I observed that it didn't have a front plate. CARLSON indicated it didn't have a back plate either and that the truck didn't have insurance as well. While I was doing this, I noticed a second male standing at the rear of the Silverado. Deputy Gargano and I ordered him to come out from behind the Silverado. He identified himself by name as NICHOLAS OWEN CULVER (DOB: 1993). I ran a QDP on CARLSON and CULVER. Deputy Prouse (#5368) arrived at approximately this time.

I went back to sit in my squad, while Deputy Prouse stayed out with the three parties. At approximately 23:43 hours, dispatch asked me if I was clear for warrant information regarding CULVER. Dispatch advised Culver had a no bail felony warrant out of Carlton County, MN. I exited my squad car and informed CULVER he was under arrest and to put his hands behind his back. CULVER was completely compliant, and I placed him under arrest at approximately 23:46 hours. Carlton County was contacted and confirmed they would take CULVER on his warrant.

I searched CULVER incident to arrest and found three knives, some miscellaneous pills in a plastic bag, a partially smoked roach, a suspected weed pipe, and other miscellaneous property. The pills were in the front right pocket of the Carhart overall bibs he was wearing. I placed CULVER in the rear seat of my squad. A short time later, Deputy Gargano informed me I needed to re-search CULVER, as he had seen a fourth knife and found a hypodermic needle in a zippered sweatshirt pocket. I re-searched CULVER and didn't find anything else other than two necklaces around his neck. I ran the VIN number for the

Silverado with dispatch and the registered owner did not come back to CARLSON but was not reported stolen.

At approximately 00:17 hours, CULVER was transferred over to a Carlton County Deputy Sheriff. I gave the Carlton County Deputy CULVER's personal items, excluding the knives and contraband. I advised CARLSON he would not be able to drive the Silverado and he would have to leave it there. When questioned on the ownership of the Silverado, CARLSON explained he bought the truck through a third party and that the title was never transferred. CARLSON stated the only reason he was driving the Silverado was because his other truck was broken down. Deputy Gargano asked CARLSON if he would consent to a vehicle search of the Silverado, which he declined. I advised CARLSON again he could not drive the Silverado and he stated he would tow it with a trailer as soon as he fixed his other truck.

I attempted to identify the pills and discovered that they were two different types of Baclofen and Gabapentin, as well as Tylenol. I submitted the pills, syringe, roach, and pipe into evidence for destruction. I submitted the knives for safekeeping.

Squad camera footage uploaded.

End of report.

Deputy Wyatt Phaneuf (#5400)

AR 03/04/2022

| | | | | |
|---|---|---|---|---|
| Report# : 1 | Officer: | 05400 | Date: 03/04/2022 | |
| | Typed by: | | Date: 03/04/2022 | Time: 08:15 |
| | Approved by: | 1093 | Date: 03/04/2022 | |