# EXHIBIT P

## Carter / Proctor Shared-System Package

Selected NEMESIS/DAMION SHIELD, County 911/CJDN, County-hosted RMS/media, and S483 unit/system records used only to identify repositories and searches.

This Agreement is entered into by and between the County of St. Louis, through its Sheriff, 100 North 5th Avenue West, Room 103, Duluth, MN 55802, a body corporate and politic existing under the laws of the State of Minnesota, hereinafter referred to as "Host," and the following participating law enforcement agencies: Duluth Police Department, 104 City Hall, 411 West First Street, Duluth, MN 55802; Hermantown Police Department, 5111 Maple Grove Road, Hermantown, MN 55811; Proctor Police Department, 100 South Pionk Drive, Proctor, MN 55810; and the University of Minnesota Duluth Campus Police, 10 University Drive, Duluth, MN 55812, hereinafter referred to as "Charter Subscribers."

**WITNESSETH:**

WHEREAS, St. Louis County has been awarded a CriMNet criminal justice grant to implement a new shared integrated criminal justice information system and integrate criminal justice applications as the lead agency for the region; and

WHEREAS, St. Louis County, as Host, plans to develop and implement such a system in the Arrowhead Region with the active assistance of the above Charter Subscribers; and

WHEREAS, it is necessary to receive both financial and in-kind support from the agencies in order to implement the system; and

WHEREAS, all of the parties have assisted in the design of such a system in conjunction with the consulting services of Constellation Justice Systems, Inc.; and

WHEREAS, a means of financing both anticipated startup costs and anticipated annual maintenance costs has been identified in the proposed funding formula, attached as Attachment A, pursuant to the terms and conditions set forth in this Agreement; and

NOW, THEREFORE, in consideration of the mutual covenants and promises between the parties set forth herein, it is hereby agreed that:

## I. DEFINITIONS

<u>**Annual Maintenance Costs**</u>

These costs are the annual costs necessary for maintenance of NEMESIS which includes DAMION SHIELD support, Oracle support, Oracle internet server application support, server maintenance, a reserve for server replacement, and a contingent fund for miscellaneous other costs, as set forth in Attachment A,

**DAMION SHIELD**

The term DAMION SHIELD shall mean the law enforcement records management system software entitled DAMION SHIELD developed and owned by Constellation Justice Systems, Inc. Host is entitled to this software in the Arrowhead Region for unlimited use and sale of the software and its subsequent product updates and upgrades.

**Interface**

A programing interface consisting of the set of statements, functions, options, and other ways of expressing program instructions and data provided by a program or language for a programer to use.

**NEMESIS**

The term NEMESIS consists of the DAMION SHIELD application software defined herein and the associated links and interfaces to other criminal justice systems, including CriMNet.

**Participating User**

For purposes of this Agreement, the term "participating user" shall consist of a projected estimate of each actual seat or user who accesses the system.

**Product Updates**

The term "product update" shall mean those improvements and/or modifications to the software that Constellation Justice Systems, Inc., generally makes available as part of the annual maintenance program.

**Product Upgrades**

The term "product upgrades" means any product releases, including added functionality or major enhancement of the software, that Constellation Justice Systems, Inc., markets and licenses for additional fees separately from updates. The

known sources. Startup costs specifically do not include planning grant funds, the CriMNet project grant, or funds received from the RMS replacement fund. These startup costs are estimated to be approximately $265,000 plus interest at 4 percent per annum; total $292,878. See Attachment A, Section I.

## II. DESIGNATED REPRESENTATIVES

The St. Louis County Sheriff, Rick Wahlberg, at telephone number (218) 726-2337, is the representative of St. Louis County and will administer this Agreement for and on behalf of the Host. Representatives of Charter Subscribers are as follows:

Duluth Police Department--Chief Scott Lyons at telephone number (218) 723-3224;

Hermantown Police Department--Chief Terrance G. Ulshafer, at telephone number (218) 729-1200;

Proctor Police Department--Chief Walter Wobig, at telephone number (218) 624-7788;

University of Minnesota Duluth, Campus Police--Lt. John Kiheri, at telephone number (218) 726-8090.

Changes in designated representatives shall be made only after advanced written notice to the other party.

To assist the parties in the day-to-day performance of this Agreement and to develop service, ensure compliance, and provide ongoing consultation, a liaison shall be designated by Host and the Charter Subscriber. The parties shall keep each other continually informed, in writing, of any change in the designated liaison.

## III. NOTICES

All notices and demands pursuant to this Agreement shall be directed in writing to:

savings will be shared by Host and Charter Subscribers in proportion to their participation pursuant to Attachment A.

## VI. ANNUAL SUPPORT

The annual maintenance costs paid by the Host and Charter Subscribers provide the following support functions:

### A. License

Host has a limited, non-exclusive, perpetual license to future revisions of the software and interfaces, including all future upgrades and updates, contingent upon continuance of maintenance services by contract with Constellation Justice Systems, Inc. Continued payment of annual maintenance extends licensing to Charter Subscribers.

### B. Title

Host owns title to DAMION SHIELD and interfaces for use and subscription in the Arrowhead Region as defined therein, including rights that extend to product updates and upgrades as defined herein. Continued payment of annual maintenance extends these rights to Charter Subscribers. Charter Subscribers are entitled to perpetual use of DAMION SHIELD and interfaces including rights that extend to product updates and upgrades.

### C. DAMION SHIELD Warranty

Constellation Justice Systems, Inc., warrants the software for a period of one (1) year after acceptance. No SHIELD maintenance fees will be charged by Constellation Justice Systems, Inc., during the one-year warranty period.

### D. Gold Level Software Maintenance Services

For reference purposes, the following Gold Service Level of software maintenance services are covered by the maintenance fees provided by Host and Charter Subscribers to Constellation Justice Systems, Inc:

St. Louis County Management Information Systems will be responsible for support of all servers established for NEMESIS and all service requests to Constellation Justice Systems, Inc.

## VII. INITIAL TRAINING

Host and Charter Subscribers are entitled to initial "Train the Trainer" training provided by Constellation Justice Systems, Inc., in the amount finally determined between Host and Constellation Justice Systems, Inc., pursuant to the development agreement and subject to the change order procedures contained therein.

## VIII. CONVERSION OF DATA

It is understood by the Host and Charter Subscribers that this Charter Agreement entitles all the parties thereto to the conversion of its data from its present law enforcement Record Management Systems (RMS and ENFORS) to the new SHIELD application.

## IX. DURATION

The term of this Agreement shall commence upon execution by all of the parties and continue in effect thereafter for a minimum period of five (5) years from the date hereof with respect to obligations pertaining to payment of startup costs. The parties agree to be obligated for a period of five (5) years for maintenance costs from the time of final acceptance and "go live" of the SHIELD software and contracted interfaces. The Agreement shall be automatically renewed on a year-to-year basis under the same terms and conditions by all the parties unless written notice of termination is provided by a Charter Subscriber pursuant to the terms of this Agreement.

## X. NOTICE OF TERMINATION

Written notice of termination shall be made by certified mail or personal delivery. Notices to be deemed effective upon delivery to the Host's authorized representative. Written notice is required 90 days prior to renewal to be effective for the following year.

## XI. EFFECT OF TERMINATION

Termination of this Agreement shall not discharge any liability, responsibility, or right of any party which arises from the performance or failure to adequately perform the terms of this Agreement prior to the effective date of termination, nor shall termination discharge any

the United States Department of Justice (DOJ) Criminal Intelligence System's operating policies, 28 CFR, Part 23, where applicable. These policies are incorporated by reference and hereby made a part of this Agreement. It is understood that the parties to this Agreement shall establish policies and guidelines for the implementation and operation of those facets of DAMION SHIELD and NEMESIS that pertain to multi-jurisdiction criminal intelligence.

## XIX. DATA PRACTICES

Pursuant to Minnesota Statutes Chapter 13, Host and Charter Subscribers agree that they will continue to be responsible authorities for data created by their agency. Nothing in this Agreement shall result in any change in responsibilities for data practices requests, data access procedures, and compliance responsibilities of the individual agencies. Host and Charter Subscribers agree that the originator of the data continues to own the data and responsibilities attendant to creation and maintenance of such data. All requests will be forwarded to the originating agency.

## XX. SEVERABILITY

If any one or more of the provisions contained herein shall for any reason be held to be invalid, illegal, or unenforceable in any respect, then such provision or provisions shall be deemed severable from the remaining provisions hereof, and such invalidity, illegality, or unenforceability shall not affect any other provision hereof, and this Agreement shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

## XXI. ENTIRE AGREEMENT AND REMEDY

In conjunction with the matters considered herein, this Agreement contains the entire understanding and agreement of the parties and there have been no promises, representations, agreements, warranties, or undertakings by any of the parties, either oral or written, of any character or nature hereafter binding except as set forth herein. This Agreement may be altered, amended or modified only by an instrument in writing executed by the parties to this Agreement and by no other means. Each party waives their future right to claim, contest or assert that this Agreement was modified, canceled, superseded, or changed by any oral agreements, course of conduct, waiver or estoppel.

This Agreement made and entered into between the ST. LOUIS COUNTY COMMUNICATIONS DEPARTMENT, 2030 N Arlington Av., Duluth, Minnesota 55811, hereinafter referred to as "9-1-1", and Proctor Police Department,100 Pionk Drive, Proctor, MN 55810, hereinafter referred to as "Law Enforcement Agency"

W I T N E S S E T H:

WHEREAS, 9-1-1 provides initiated emergency communication services throughout St. Louis County, and;

WHEREAS, 9-1-1 is staffed with emergency communication dispatchers on a 24-hour daily basis, and;

WHEREAS, the 9-1-1 dispatch centers have access to certain Criminal Justice Data Network (CJDN) databases, and;

WHEREAS, certain law enforcement agency telecommunication services will be conducted by 9-1-1 communication dispatchers, and;

WHEREAS, it is in the public interest for the 9-1-1 dispatch centers to perform certain categories of CJDN telecommunication messages, and;

WHEREAS, since 9-1-1 is not a criminal justice agency, it is hereby required by National Crime Information Center (NCIC) rules and regulations to enter into the following Agreement setting forth the responsibilities and rights assumed by the parties to this Agreement.

2. 9-1-1 agrees to update and/or cancel the records described in section number one above pursuant to the authority of the originating law enforcement agency.

3. 9-1-1 will enter the data described in sections one and two of this Agreement pursuant to the originating law enforcement agency's Originating Agency Identifier (ORI) number.

4. 9-1-1's responsibility will be limited only to the timely and accurate transmission of the records described in sections one and two of this Agreement and 9-1-1 will not be responsible for the transmission of data to 9-1-1 or subsequent communications made by, or as a result of, law enforcement agency activities.

5. 9-1-1 agrees to comply with the rules, policies, and procedures of NCIC which are duly approved and adopted by NCIC and timely communicated to the attention of the 9-1-1 Communication Center Assistant Supervisor, 2030 N Arlington Av., Duluth, Minnesota 55811. 9-1-1 personnel are subject to the requirements of the Minnesota Government Data Practices Act (Minn. Stat. ch. 13) and audit requirements of the Minnesota Bureau of Criminal Apprehension and the State Auditor. Notwithstanding this agreement, no information shall be disclosed in violation of any statute, regulation or rule governing such exchanges of information. The law enforcement agency and St. Louis County agree to hold each other harmless for any acts or omissions by their respective employees or contractors occurring in the exercise of duties described in this agreement. Nothing in this memorandum

justice communications not specified in sections one and two this Agreement.

7. The law enforcement agency will verify the accuracy and completeness of all information supplied to 9-1-1, perform second-party checks, confirm and validate all "hot files" entered under the law enforcement agency's ORI number, and maintain all original law enforcement records as required by NCIC regulations, and applicable data practices statutes, rules, and regulations.

8. The entire Agreement of the parties is contained herein and shall only be modified by subsequent written agreement, signed by both parties.

9. The term of this Agreement is from the date of the last signature hereto and shall continue until terminated as provided herein.

10. This Agreement may be terminated by either party at any time, with or without cause, upon sixty (60) days written notice delivered to the address of the parties specified above.

BY: [signature]
Chief
Proctor PD Department

Dated: 12/10/13

BY: [signature]
ROSS LITMAN
Sheriff

Dated: 020314

APPROVED AS TO FORM AND EXECUTION:

BY: Leslie Beirs
LESLIE BEIRS
Assistant County Attorney

Dated: 2/4/14

Damion 2014-008505



SLC 116

PASSWORDS:

Passwords shall:

1. Be a minimum of eight (8) characters on all systems.
2. Not be a dictionary word or proper name.
3. Not be the same as the User ID.
4. Expire within a maximum of 90 calendar days.
5. Not be identical to the previous ten (10) passwords.
6. Not be transmitted outside the secure location.
7. Not be displayed when entered.

AUTHENTICATION MANAGEMENT:

1. Authenticators are to be responsibly and securely safeguarded at all times. Users are to maintain possession of their individual authenticators at all times.
2. Authenticators are never to be shared or loaned to others.
3. Authenticators with a default setting are to be immediately reset upon installation by the new User.
4. Some authenticators, such as passwords, require periodic changes. All passwords should be resent at least every 90 days.
5. Lost, damaged or compromised authenticators shall be reported immediately to the appropriate department official.
6. Lost, damaged or compromised authenticators shall be immediately revoked.
7. Authenticators shall be revoked in the event of, or suspicion of, User negligence or misuse.
8. Authenticators shall be immediately revoked upon employee termination.

**76.2B Media Protection**

This policy shall be implemented to ensure that access to digital and physical media in all forms is restricted to authorized individuals.

MEDIA STORAGE AND ACCESS

The majority of the Proctor Police Department's digital media is stored in accordance with St. Louis County Management of Information Services policies, on their secure servers, due to the fact that our Criminal Justice Data is carried into and out of our office on the St. Louis County network.

When necessary, Criminal Justice Information is scanned as secure PDF documents for transmission to Prosecutors, Court Systems or other Criminal Justice Agency use. Those scans are then stored on the individual workstations within the secure Police Department offices.

Only authorized personnel have access to the Police Department offices.

All work stations are password protected. Authorized Users' access to sign into certain state and federal data bases is directly tied to specific workstations with static IP addresses, and using assigned passwords

MEDIA TRANSPORT

Media transport, both digital and physical, to authorized requestors, such as prosecutors, is handled and directly delivered only by authorized agency personnel, utilizing department vehicles. Personnel maintain physical control of media up to delivery. Property Reports are used to document the transfer.

DIGITAL MEDIA DISPOSAL / PHYSICAL MEDIA DISPOSAL

Digital media that has been transferred into the department's Records Management System is stored on St. Louis County's system and servers.

Digital media that has been scanned is stored on individual work stations of the User. That media remains on the workstations until they are replaced.

At such time, the hard drives are removed by the agency's authorized IT Manager and placed into secure storage in the department's property room. Hard drives are maintained in storage for a period of years, as determined by the Chief of Police and City Administrator. They are subsequently destroyed by crushing, performed by or witnessed by authorized agency personnel.

Physical media such as paper printouts of cases and/or CJI information, as well as disks, flash drives, memory sticks, etc. are also destroyed when no longer needed, and per state retention guidelines, by a licensed shredding/data destruction company which is witnessed by authorized agency personnel. It is the policy of the Proctor Police Department at this time to NOT sanitize or overwrite media items.

**76.2C.1 Remote Access**

This Agency contracts with Superior Computer Products of Duluth, a BCA vetted IT management company, for system management, security and maintenance. Remote access is allowed and automated mechanisms are in place to facilitate the monitoring and control of remote access methods. The Proctor Police Department permits remote access for privileged functions only for compelling operational needs and documents the technical and administrative process for enabling remote access for privileged functions in the security plan for the information system.

Virtual escorting of privileged functions is permitted with the following conditions.

1. The session shall be monitored at all times by an authorized escort.
2. The escort shall be familiar with the system/area in which the work is being performed.
3. The escort shall have the ability to end the session at any time.
4. The remote administrative personnel connection shall be via an encrypted (FIPS 140-2 certified) path.
5. The remote administrative personnel shall be identified prior to access and authenticated prior to or during the session, The authentication may be accomplished prior ro the session via an Advanced Authentication solution or during the session via active teleconference with the escort through the session.

**76.2.C.2 Patch Management:**

**Purpose**

The purpose of this policy is to enforce patch requirements for all City of Proctor Police Department IT assets

CAD Browser Enterprise

User Links  Queues  Search  Tools  Messaging  Reports  Admin  Log Off

**Unit Activity**

Search  Include AVL Data  Activity Date From: 03/10/2022  Unit: S483

Data Source: Report Server  To: 03/11/2022  Incident #:

* If incident # is specified, the activity date range will be ignored.
Use * as wildcard for Incident number.

**Unit Activity Log**

Unit: S483

1 2 3

| Date/Time | Activity | Location | Comment | Dispatcher |
|---|---|---|---|---|
| 03/10/2022 23:19:57 | CLEAR | S Boundary Ave / Kirkus St | Unit Cleared From Incident PRPD220300152 | S483 |
| 03/10/2022 23:16:51 | CODE 4 | S Boundary Ave\Kirkus St | | 203 |
| 03/10/2022 23:14:58 | Record Check: Person Check | S Boundary Ave\Kirkus St | S483 IncidentId: 2406281 doPER-true doSupplement-true OLNx-k252436792420 OLSx-FL NCICPUR-C BCAPUR-TI BCARSN-Traffic Stop CANRSN-T CANPPS-Y OLN-k252436792420 OLS-FL OLN1-k252436792420 OLS1-FL includeImages1-N OLN12-k252436792420 OLS12-FL | S483 |
| 03/10/2022 23:14:58 | Person Check Supplemental info | S Boundary Ave\Kirkus St | Added Person Check supplemental information | S483 |
| 03/10/2022 23:11:37 | Automatic Case Number | S Boundary Ave / Kirkus St | Automatic Case Number(s) issued for Incident #[PRPD220300152], Jurisdiction: PROCTOR PD. Case Number(s): 22032280. | 203 |
| 03/10/2022 23:11:37 | ON SCENE | S Boundary Ave / Kirkus St | | 203 |
| 03/10/2022 23:11:37 | [Query] | | [Query] Inform BOLO: MN,HUG124 | 203 |
| 03/10/2022 23:11:37 | [Query] | | [Query] Inform SI Vehicle Check: MN,HUG124 | 203 |
| 03/10/2022 23:11:37 | [Query] | | [Query] Registration (QMW/RQ/QMO): MN,HUG124,2022,PC | 203 |
| 03/10/2022 22:51:43 | Sector Change | Old Hwy 61\E Maple Hill Rd | From Sector L1 to Home Sector L1 by Unit Clearing Incident. | S483 |
| 03/10/2022 22:51:33 | CLEAR | 5678 Old Hwy 61 [ARTESIAN WELL] | Unit Cleared From Incident SLCSO220300759 | S483 |
| 03/10/2022 22:07:12 | Current ETA is updated after unit Dispat | Old Hwy 61\Midway Rd | Updated Value of Current ETA is null | 203 |
| 03/10/2022 22:07:12 | ON SCENE | 5678 Old Hwy 61 [ARTESIAN WELL] | | 203 |
| 03/10/2022 22:07:12 | ENROUTE | 5678 Old Hwy 61 [ARTESIAN WELL] | Status bypassed by user due to allowable status change | 203 |
| 03/10/2022 22:07:12 | ENROUTE | 5678 Old Hwy 61 [ARTESIAN WELL] | Responding From = Old Hwy 61\Midway Rd. | 203 |
| 03/10/2022 22:07:08 | Current ETA is updated after unit Dispat | Old Hwy 61\Midway Rd | Updated Value of Current ETA is 00:00:01 | 203 |
| 03/10/2022 22:07:08 | Case Number | Old Hwy 61\Midway Rd | Case number not created because One Case Number per incident is enabled. | 203 |
| 03/10/2022 22:07:08 | DISPATCHED | 5678 Old Hwy 61 [ARTESIAN WELL] | | 203 |
| 03/10/2022 21:36:33 | Record Check: HYPLINK | S Boundary Ave\Grove St | S483 QUERYCODE-SUPINC INCID-2388261 | S483 |
| 03/10/2022 21:36:28 | Record Check: HYPLINK | S Boundary Ave\Grove St | S483 QUERYCODE-SUPINC INCID-2333594 | S483 |
| 03/10/2022 21:36:22 | Record Check: Vehicle Check | S Boundary Ave\Grove St | S483 doVEH-true doSupplement-true LICx-mzf433 LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-mzf433 LIS-MN LIC1-mzf433 LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-mzf433 LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/10/2022 21:33:25 | Record Check: Vehicle Check | S Boundary Ave\Grove St | S483 doVEH-true doSupplement-true LICx-4403ad LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-4403ad LIS-MN LIC1-4403ad LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-4403ad LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/10/2022 21:24:56 | AVL Restart | Pionk Dr\1st St | Unit AVL is connected | S483 |
| 03/10/2022 18:49:35 | AVL Failure | Pionk Dr\1st St | Unit AVL is disconnected | S483 |
| 03/10/2022 18:45:14 | AVL Restart | Pionk Dr\1st St | Unit AVL is connected | S483 |
| 03/10/2022 17:52:34 | Start Shift | Pionk Dr\1st St | CARTER, JOE | 203 |
| 03/10/2022 05:57:23 | End Shift | Pionk Dr\1st St | CARTER, JOE | S483 |
| 03/10/2022 02:02:56 | AVL Failure | Pionk Dr\1st St | Unit AVL is disconnected | S483 |
| 03/10/2022 00:23:26 | Record Check: Vehicle Check | I 35\RAMP I-35 SB TO BOUNDARY AVE S | S483 doVEH-true doSupplement-true LICx-esp788 LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-esp788 LIS-MN LIC1-esp788 LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-esp788 LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/10/2022 00:08:18 | Record Check: Vehicle Check | I 35\RAMP I-35 SB TO BOUNDARY AVE S | S483 doVEH-true doSupplement-true LICx-bhc396 LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-bhc396 LIS-MN LIC1-bhc396 LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-bhc396 LIS8-MN LIT8-PC LIY8-2023 | S483 |

1 2 3

Inform Browser 21.102.255.12 Copyright © 2003-2020 TriTech Software Systems

**Unit Activity** Search ☐ **Include AVL Data** Activity Date From: 03/10/2022 Unit: S483

Data Source Report Server To: 03/11/2022 Incident #:

* If incident # is specified, the activity date range will be ignored.

Use * as wildcard for Incident number.

**Unit Activity Log**

Unit: S483

1 2 3

| Date/Time | Activity | Location | Comment | Dispatcher |
|---|---|---|---|---|
| 03/11/2022 02:30:10 | Person Check Supplemental info | Hwy 2\S Boundary Ave | Added Person Check supplemental information | S483 |
| 03/11/2022 02:26:55 | [Query] | | [Query] Inform BOLO: MN,DZS908 | 206 |
| 03/11/2022 02:26:55 | [Query] | | [Query] Inform SI Vehicle Check: MN,DZS908 | 206 |
| 03/11/2022 02:26:55 | [Query] | | [Query] Registration (QMW/RQ/QMO): MN,DZS908,2022,PC | 206 |
| 03/11/2022 02:26:54 | Automatic Case Number | 200 S Boundary Ave [HOLIDAY STATION BOUNDARY] | Automatic Case Number(s) issued for Incident #[DPD220302717], Jurisdiction: PROCTOR PD. Case Number(s): 22032322. | 206 |
| 03/11/2022 02:26:54 | ON SCENE | 200 S Boundary Ave [HOLIDAY STATION BOUNDARY] | | 206 |
| 03/11/2022 02:21:40 | Record Check: Vehicle Check | Park Pl\Grove St | S483 doVEH-true doSupplement-true LICx-dzs908 LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-dzs908 LIS-MN LIC1-dzs908 LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-dzs908 LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/11/2022 02:20:55 | Record Check: Vehicle Check | S Boundary Ave\Alice St | S483 doVEH-true doSupplement-true LICx-dzs902 LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-dzs902 LIS-MN LIC1-dzs902 LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-dzs902 LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/11/2022 02:20:31 | Record Check: Vehicle Check | S Boundary Ave\Kirkus St | S483 doVEH-true doSupplement-true LICx-025908 LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-025908 LIS-MN LIC1-025908 LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-025908 LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/11/2022 02:14:08 | Record Check: Vehicle Check | W Skyline Pkwy\Mountain Dr | S483 doVEH-true doSupplement-true LICx-470wkh LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-470wkh LIS-MN LIC1-470wkh LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-470wkh LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/11/2022 02:02:27 | Response Closed | N 2nd Ave / 13th St | Response Disposition: REP-WARNED OR REPRIMANDED | S483 |
| 03/11/2022 02:02:21 | Current ETA is updated after unit Dispat | 7th St\N 3rd Ave | Updated Value of Current ETA is 00:00:58 | S483 |
| 03/11/2022 02:02:17 | Disposition | N 2nd Ave / 13th St | REP-WARNED OR REPRIMANDED | S483 |
| 03/11/2022 02:02:17 | CLEAR | N 2nd Ave / 13th St | Unit Cleared From Incident CHPD220300135 | S483 |
| 03/11/2022 02:02:11 | Incident Stacking | N 2nd Ave / 13th St | Stacked Incident Assigned | S483 |
| 03/11/2022 02:02:11 | Case Number | 7th St\N 3rd Ave | Case number not created because One Case Number per incident is enabled. | S483 |
| 03/11/2022 02:02:11 | DISPATCHED | N 2nd Ave / 13th St | | S483 |
| 03/11/2022 02:02:11 | ENROUTE | N 2nd Ave / 13th St | Responding From = 7th St\N 3rd Ave. | S483 |
| 03/11/2022 01:57:59 | Incident Stacking | N 2nd Ave / 13th St | Incident stacked to unit. | 85 |
| 03/11/2022 01:57:33 | Reassign Vehicle | N 2nd Ave\Saint Louis River Rd | ReAssign Reason: REASSIGN | 85 |
| 03/11/2022 01:57:33 | Reassign Response | N 2nd Ave\Saint Louis River Rd | ReAssign Reason: REASSIGN | 85 |
| 03/11/2022 01:57:33 | Reassign Response | N 2nd Ave\Saint Louis River Rd | Clearing Primary Vehicle Flag | 85 |
| 03/11/2022 01:57:33 | Disposition | N 2nd Ave / 13th St | REASSIGN | 85 |
| 03/11/2022 01:57:33 | CLEAR | N 2nd Ave / 13th St | Unit Cleared From Incident CHPD220300135 | 85 |
| 03/11/2022 01:40:37 | Record Check: Person Check | N 2nd Ave\13th St | S483 IncidentId: 2406349 doPER-true doSupplement-true OLNx-t020267659702 OLSx-MN NCICPUR-C BCAPUR-TI BCARSN-Traffic Stop CANRSN-T CANPPS-Y OLN-t020267659702 OLS-MN OLN1-t020267659702 OLS1-MN includeImages1-N OLN12-t020267659702 OLS12-MN | S483 |
| 03/11/2022 01:40:37 | Person Check Supplemental info | N 2nd Ave\13th St | Added Person Check supplemental information | S483 |
| 03/11/2022 01:39:53 | CODE 4 | N 2nd Ave\13th St | | S483 |
| 03/11/2022 01:38:22 | [Query] | | [Query] Inform BOLO: MN,FBV922 | 14 |
| 03/11/2022 01:38:22 | [Query] | | [Query] Inform SI Vehicle Check: MN,FBV922 | 14 |
| 03/11/2022 01:38:22 | [Query] | | [Query] Registration (QMW/RQ/QMO): MN,FBV922,2022,PC | 14 |
| 03/11/2022 01:38:21 | Automatic Case Number | 2nd Ave Nw / 11th St Nw | Automatic Case Number(s) issued for Incident #[CHPD220300135], Jurisdiction: PROCTOR PD. Case Number(s): 22032317. | 14 |
| 03/11/2022 01:38:21 | ON SCENE | 2nd Ave Nw / 11th St Nw | | 14 |
| 03/11/2022 01:37:47 | Record Check: Vehicle Check | N 1st Ave\Bass Blvd | S483 doVEH-true doSupplement-true LICx-fby922 LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-fby922 LIS-MN LIC1-fby922 LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-fby922 LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/11/2022 01:23:55 | Record Check: Vehicle Check | 4th St\N 2nd Ave | S483 doVEH-true doSupplement-true LICx-hca136 LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-hca136 LIS-MN LIC1-hca136 LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-hca136 LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/11/2022 01:15:06 | AVL Restart | Pionk Dr\1st St | Unit AVL is connected | S483 |
| 03/11/2022 00:00:07 | AVL Failure | Pionk Dr\1st St | Unit AVL is disconnected | S483 |
| 03/10/2022 23:57:44 | Sector Change | Anchor St\Cypress Dr | From Sector L3 to Home Sector L1 by Unit Clearing Incident. | S483 |
| 03/10/2022 23:57:34 | CLEAR | 204 Anchor St | Unit Cleared From Incident DPD220302702 | S483 |
| 03/10/2022 23:51:41 | CODE 4 | Anchor St\Cypress Dr | | 85 |
| 03/10/2022 23:41:58 | Current ETA is updated after unit Dispat | Anchor St\Cypress Dr | Updated Value of Current ETA is null | 203 |
| 03/10/2022 23:41:58 | Current ETA is updated after unit Dispat | Anchor St\Cypress Dr | Updated Value of Current ETA is 00:00:04 | 203 |
| 03/10/2022 23:41:58 | ON SCENE | 204 Anchor St | | 203 |
| 03/10/2022 23:41:58 | ENROUTE | 204 Anchor St | Responding From = Anchor St\Cypress Dr. | 203 |
| 03/10/2022 23:41:58 | Case Number | Anchor St\Cypress Dr | Case number not created because One Case Number per incident is enabled. | 203 |
| 03/10/2022 23:41:58 | DISPATCHED | 204 Anchor St | | 203 |
| 03/10/2022 23:41:58 | Update Sector | 204 Anchor St | From Sector L1 to L3 | 203 |
| 03/10/2022 23:39:32 | AVL Restart | Pionk Dr\1st St | Unit AVL is connected | S483 |
| 03/10/2022 23:22:59 | AVL Failure | Pionk Dr\1st St | Unit AVL is disconnected | S483 |
| 03/10/2022 23:20:07 | Response Closed | S Boundary Ave / Kirkus St | Response Disposition: REP-WARNED OR REPRIMANDED | S483 |
| 03/10/2022 23:19:57 | Disposition | S Boundary Ave / Kirkus St | REP-WARNED OR REPRIMANDED | S483 |

1 2 3

Inform Browser 21.102.255.12 Copyright © 2003-2020. TriTech Software Systems.

## Unit Activity

Search ☐ **Include AVL Data** Activity Date From: 03/10/2022 Unit: S483

Data Source: Report Server To: 03/11/2022 Incident #:

* If incident # is specified, the activity date range will be ignored.

Use * as wildcard for Incident number.

**Unit Activity Log**

**Unit: S483**

1 2 3

| Date/Time | Activity | Location | Comment | Dispatcher |
|---|---|---|---|---|
| 03/11/2022 22:53:23 | Hot Hit – Records Check | S Boundary Ave\Alice St | Query: VehicleCheck - true,true,true,796xhr,MN,2023,PC,T,Y,796xhr,MN,796xhr,MN,PC,2023,N,796xhr,MN,PC,2023 | S483 |
| 03/11/2022 22:53:22 | Record Check: Vehicle Check | S Boundary Ave\Alice St | S483 doVEH-true doSupplement-true LICx-bbk800 LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-bbk800 LIS-MN LIC1-bbk800 LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-bbk800 LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/11/2022 22:53:17 | Record Check: Vehicle Check | S Boundary Ave\Alice St | S483 doVEH-true doSupplement-true LICx-796xhr LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-796xhr LIS-MN LIC1-796xhr LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-796xhr LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/11/2022 21:42:56 | Response Closed | AMERICINN MOTEL | Response Disposition: ADV-ADVISED | S483 |
| 03/11/2022 21:42:56 | Disposition | AMERICINN MOTEL | ADV-ADVISED | S483 |
| 03/11/2022 21:42:56 | CLEAR | 185 Hwy 2 [AMERICINN MOTEL] | Unit Cleared From Incident PRPD220300167 | S483 |
| 03/11/2022 21:40:16 | CODE 4 | Hwy 2\S 1st Ave | | S483 |
| 03/11/2022 21:32:49 | User Timer set for 600 seconds | Hwy 2\S 1st Ave | [Next Late Check Time] 3/11/2022 21:42:49 [Comment] | 210 |
| 03/11/2022 21:32:30 | Current ETA is updated after unit Dispat | Hwy 2\S 1st Ave | Updated Value of Current ETA is null | S483 |
| 03/11/2022 21:32:30 | ON SCENE | 185 Hwy 2 [AMERICINN MOTEL] | | S483 |
| 03/11/2022 21:32:30 | ENROUTE | 185 Hwy 2 [AMERICINN MOTEL] | Status bypassed by user due to allowable status change | S483 |
| 03/11/2022 21:32:30 | ENROUTE | 185 Hwy 2 [AMERICINN MOTEL] | Responding From = Hwy 2\S 1st Ave. | S483 |
| 03/11/2022 21:30:14 | Current ETA is updated after unit Dispat | Hwy 2\Al Shoberg Dr | Updated Value of Current ETA is 00:00:59 | 210 |
| 03/11/2022 21:30:14 | Automatic Case Number | Hwy 2\Al Shoberg Dr | Automatic Case Number(s) issued for Incident #[PRPD220300167], Jurisdiction: PROCTOR PD. Case Number(s): 22032728. | 210 |
| 03/11/2022 21:30:14 | DISPATCHED | 185 Hwy 2 [AMERICINN MOTEL] | | 210 |
| 03/11/2022 20:23:17 | Sector Change | Saint Louis River Rd\Mattson Rd | From Sector L1 to Home Sector L1 by Unit Clearing Incident. | 210 |
| 03/11/2022 20:23:17 | Response Closed | ARTESIAN WELL | Response Disposition: | 210 |
| 03/11/2022 20:23:17 | CLEAR | 5678 Old Hwy 61 [ARTESIAN WELL] | Unit Cleared From Incident SLCSO220300827 | 210 |
| 03/11/2022 20:18:28 | Current ETA is updated after unit Dispat | Saint Louis River Rd\Mattson Rd | Updated Value of Current ETA is 00:04:36 | 210 |
| 03/11/2022 20:18:27 | ENROUTE | 5678 Old Hwy 61 [ARTESIAN WELL] | Responding From = Saint Louis River Rd\Mattson Rd. | 210 |
| 03/11/2022 20:18:27 | Case Number | Saint Louis River Rd\Mattson Rd | Case number not created because One Case Number per incident is enabled. | 210 |
| 03/11/2022 20:18:27 | DISPATCHED | 5678 Old Hwy 61 [ARTESIAN WELL] | | 210 |
| 03/11/2022 19:08:05 | Record Check: Vehicle Check | Morris Thomas Rd\Lavaque Rd | S483 doVEH-true doSupplement-true LICx-awv806 LISx-MN LIYx-2023 LITx-PC CANRSN-T CANPPS-Y LIC-awv806 LIS-MN LIC1-awv806 LIS1-MN LIT1-PC LIY1-2023 includeImages1-N LIC8-awv806 LIS8-MN LIT8-PC LIY8-2023 | S483 |
| 03/11/2022 19:07:28 | Response Closed | Morris Thomas Rd / Stebner Rd | Response Disposition: UTL-UNABLE TO LOCATE | 210 |
| 03/11/2022 19:07:28 | Sector Change | Morris Thomas Rd\Lavaque Rd | From Sector L1 to Home Sector L1 by Unit Clearing Incident. | 210 |
| 03/11/2022 19:07:28 | Disposition | Morris Thomas Rd / Stebner Rd | UTL-UNABLE TO LOCATE | 210 |
| 03/11/2022 19:07:28 | CLEAR | Morris Thomas Rd / Stebner Rd | Unit Cleared From Incident HEPD220300282 | 210 |
| 03/11/2022 18:58:03 | Current ETA is updated after unit Dispat | Morris Thomas Rd\Lavaque Rd | Updated Value of Current ETA is 00:01:27 | 210 |
| 03/11/2022 18:58:03 | Case Number | Morris Thomas Rd\Lavaque Rd | Case number not created because One Case Number per incident is enabled. | 210 |
| 03/11/2022 18:58:03 | DISPATCHED | Morris Thomas Rd / Stebner Rd | | 210 |
| 03/11/2022 18:58:03 | Sector Change | Morris Thomas Rd\Lavaque Rd | From Sector L1 to Home Sector L1 by Unit Clearing Incident. | 210 |
| 03/11/2022 18:58:03 | Reassign Vehicle | Morris Thomas Rd\Lavaque Rd | Incident HEPD220300281 Reassigned | 210 |
| 03/11/2022 18:58:03 | Reassign Response | Morris Thomas Rd\Lavaque Rd | Incident HEPD220300281 Reassigned | 210 |
| 03/11/2022 18:58:03 | Reassign Response | Morris Thomas Rd\Lavaque Rd | Clearing Primary Vehicle Flag | 210 |
| 03/11/2022 18:58:03 | CLEAR | 4740 Loberg Ave [WALMART HE] | Unit Cleared From Incident HEPD220300281 | 210 |
| 03/11/2022 18:51:18 | Route Deviation | 1st St\Hwy 2 | Unit S483 deviated from original driving directions route | S483 |
| 03/11/2022 18:50:56 | AVL Restart | Pionk Dr\1st St | Unit AVL is connected | S483 |
| 03/11/2022 18:48:40 | Current ETA is updated after unit Dispat | Pionk Dr\1st St | Updated Value of Current ETA is 00:07:06 | 210 |
| 03/11/2022 18:48:40 | Automatic Case Number | Pionk Dr\1st St | Automatic Case Number(s) issued for Incident #[HEPD220300281], Jurisdiction: PROCTOR PD. Case Number(s): 22032680. | 210 |
| 03/11/2022 18:48:40 | DISPATCHED | 4740 Loberg Ave [WALMART HE] | | 210 |
| 03/11/2022 17:46:32 | Start Shift | Pionk Dr\1st St | CARTER, JOE | S483 |
| 03/11/2022 05:44:43 | End Shift | Pionk Dr\1st St | CARTER, JOE | S483 |
| 03/11/2022 03:56:22 | AVL Failure | Pionk Dr\1st St | Unit AVL is disconnected | S483 |
| 03/11/2022 02:42:29 | Response Closed | Hwy 2 / S Boundary Ave | Response Disposition: REP-WARNED OR REPRIMANDED | S483 |
| 03/11/2022 02:42:29 | Sector Change | Alice St\S Boundary Ave | From Sector L1 to Home Sector L1 by Unit Clearing Incident. | S483 |
| 03/11/2022 02:42:20 | Disposition | Hwy 2 / S Boundary Ave | REP-WARNED OR REPRIMANDED | S483 |
| 03/11/2022 02:42:20 | CLEAR | Hwy 2 / S Boundary Ave | Unit Cleared From Incident DPD220302717 | S483 |
| 03/11/2022 02:35:56 | CODE 4 | Hwy 2\S Boundary Ave | | 206 |
| 03/11/2022 02:30:26 | Record Check: HYPLINK | Hwy 2\S Boundary Ave | S483 QUERYCODE-SUPINC INCID-2323701 | S483 |
| 03/11/2022 02:30:10 | Record Check: Person Check | Hwy 2\S Boundary Ave | S483 IncidentId: 2406355 doPER-true doSupplement-true OLNx-c703084864410 OLSx-MN NCICPUR-C BCAPUR-TI BCARSN-Traffic Stop CANRSN-T CANPPS-Y OLN-c703084864410 OLS-MN OLN1-c703084864410 OLS1-MN includeImages1-N OLN12-c703084864410 OLS12-MN | S483 |

1 2 3

Inform Browser 21.102.255.12, Copyright © 2003-2020 TriTech Software Systems