**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel,
Plaintiff,

v.

Alexander Prouse; Joseph Carter; Doe #1;
City of Proctor; and St. Louis County,
Defendants.

Case No. 0:25-cv-02342-ECT-LIB

## PLAINTIFF'S NOTICE OF HEARING ON MOTION TO MODIFY PRETRIAL SCHEDULING ORDER

PLEASE TAKE NOTICE that Plaintiff Robert Brooks Hoel's Motion to Modify Pretrial Scheduling Order (ECF No. 47) will be heard on September 9, 2026, at 1:30 p.m., in Courtroom 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 West First Street, Duluth, Minnesota, before the Honorable Leo I. Brisbois, United States Magistrate Judge, or as soon thereafter as the matter may be heard.

The motion seeks a limited modification of the January 7, 2026 Pretrial Scheduling Order (ECF No. 44). The grounds and requested relief are set forth in the Motion (ECF No. 47), Memorandum in Support (ECF No. 48), Declaration of Robert Brooks Hoel (ECF No. 49), Exhibits (ECF No. 50), Meet-and-Confer Statement (ECF No. 51), and Proposed Order (ECF No. 52).

Dated: August 28, 2026

Respectfully submitted,
/s/ Robert Brooks Hoel
Robert Brooks Hoel
Plaintiff, In Propria Persona
General Delivery, Duluth, MN
bobhoel@gmail.com