UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Deputy Alexander Prouse, Officer Joseph Carter, Doe #1, the City of Proctor, and St. Louis County,<br><br>Defendants. | Case No.: 0:25-cv-02342 (ECT/LIB) |

---

**DECLARATION OF STEPHANIE ANGOLKAR**

---

I, **STEPHANIE ANGOLKAR**, do hereby depose and state as follows:

1. I am a licensed attorney in Minnesota and am an attorney representing the City of Proctor and former Proctor Officer Joseph Carter in this matter.

2. Hoel served his Initial Disclosures on December 29, 2025, listing John Doe #1 as a witness. A true and correct copy of Hoel's Initial Disclosures is attached and incorporated herein as Exhibit 1.

3. St. Louis County Defendants served their Initial Disclosures on December 31, 2025.

4. The Proctor Defendants served their Initial Disclosures on January 2, 2026.

5. The Proctor Defendants served Hoel with discovery requests on January 13, 2026.

6. Hoel did not serve written discovery requests until May 22, 2026, serving his first set of Requests for Production of Documents.

7. On June 2, 2026, Proctor Defendants served Hoel with a Notice of Deposition for June 22, 2026.

8. Proctor served written discovery responses and documents on June 11, 2026.

9. Hoel promptly corresponded within two days regarding alleged discovery deficiencies, with a 13-page letter.

10. After Hoel notified the parties of a scheduling conflict, on June 16, 2026, the Proctor Defendants served an Amended Notice of Deposition for July 22, 2026.

11. On July 8, 2026, the Proctor Defendants responded to Hoel's discovery letter and supplemented production.

12. Hoel's deposition proceeded on July 22, 2026.

13. On July 27, 2026, Hoel served Proctor Defendants with Requests for Admissions, Interrogatories to both former Officer Carter and the City of Proctor, and a second set of Requests for Production of Documents.

14. He also provided a discovery reconciliation regarding the first set of Requests for Production of Documents.

15. He also raised the question of extending deadlines.

16. He e-mailed on July 31, 2026 regarding the first Set of Requests for Production of Documents.

17. Proctor Defendants supplemented production on July 31, August 5, and August 15.

18. On August 26, 2026, the Proctor Defendants served Responses to Requests for Admission, Answers to Interrogatories, and Responses to the Second Set of Requests for Production of Documents.

19. In response to Hoel's inquiry about scheduling depositions, on August 24, 2026, counsel confirmed former Officer Carter was available for a deposition on September 11, 2026.

20. Then on August 28, 2026, Hoel inquired about scheduling a Rule 30(b)(6) deposition of the City of Proctor on September 11.

21. To date, despite repeated requests for confirmation of scheduling with a qualified court reporter, Hoel has not provided contact information or served deposition notices.

22. After Hoel filed his motion, on August 31, 2026, the undersigned learned counsel for St. Louis County is out of the office indefinitely on an extended leave and new counsel has not yet been assigned.

23. Proctor counsel reached out to Plaintiff to request the September 9 hearing be rescheduled and briefing be extended for Defendants, in light of the absence of counsel for the County. A true and correct copy of my August 31, 2026 e-mail is attached hereto and incorporated herein as Exhibit 2.

24. In response, Hoel refused to reschedule the September 9 hearing (including his Motion to Compel Discovery against St. Louis County) and confirmed he still intended to proceed with his motion to amend the deadline to amend the pleadings. A true and correct copy of his response is attached hereto and incorporated herein as Exhibit 3.

25. On September 1, 2026, Deputy St. Louis County Attorney Jon Holets also reached out via e-mail to confirm the County is in the process of reassigning the file to a different attorney and sought to continue the motion hearing. A true and correct copy of the e-mail is attached hereto and incorporated herein as Exhibit 4.

26. A true and correct copy of St. Louis County's June 22, 2026 e-mail and portion of a record identifying Deputy Phaneuf is attached hereto and incorporated herein as Exhibit 5.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 2, 2026

s/ Stephanie A. Angolkar
Stephanie A. Angolkar