## Stephanie Angolkar

**From:** Stephanie Angolkar
**Sent:** Monday, August 31, 2026 4:37 PM
**To:** 'bobhoel@gmail.com'; 'holetsj@stlouiscountymn.gov'
**Subject:** Hoel v. Prouse

Mr. Hoel,
I have learned that Mr. Campanario needs to take an extended leave and the County Attorney's Office is going to be restaffing the case in the coming weeks. In light of this development, I am asking that we reschedule the September 9 motion hearing on Plaintiff's Motion to Amend the Scheduling Order and Plaintiff's Motion to Compel Discovery regarding St. Louis County, as well as Defendants' deadlines to respond to these motions.

In light of good cause arising to extend some of the deadlines due to a change of counsel, I think we can reach agreement that can be addressed with a Stipulation to extend the discovery to Oct. 30, non-dispositive to Nov. 20, and dispositive motion deadlines to Jan. 15. However, the City of Proctor cannot agree to extend the deadline to amend the pleadings. If everyone is on board with that, I can draft a stipulation to share regarding the deadlines and briefing extension.

Additionally, because of the change in staffing, we also would like to reschedule the depositions you anticipated noticing at St. Louis County Courthouse on September 11.

**Stephanie Angolkar**
Board Certified Civil Trial Law Advocate by the National Board of Trial Advocacy
MSBA Certified Civil Trial Law Specialist
Rule 114 Qualified Neutral
IVERSON REUVERS
9321 Ensign Ave. S., Bloomington, MN 55438
Direct: 952.548.7216
stephanie@iversonlaw.com | www.iversonlaw.com

This communication may contain confidential or privileged information. If you are not the intended recipient, you may not disseminate, distribute or copy this information. If you have received this communication in error, please notify me by telephone immediately and destroy this information. Thank you.

Exhibit 2