## Stephanie Angolkar

**From:** Bob Hoel <bobhoel@gmail.com>
**Sent:** Monday, August 31, 2026 7:06 PM
**To:** Stephanie Angolkar
**Cc:** holetsj@stlouiscountymn.gov
**Subject:** Re: Hoel v. Prouse

**Categories:** Filed to ND

Stephanie,

Thank you for the update. I agree to the following scheduling extensions:

Fact discovery: October 30, 2026
Nondispositive motions: November 20, 2026 Dispositive motions: January 15, 2027

I am happy to review and sign a stipulation or proposed order you prepare reflecting those agreed dates.

I do not agree to withdraw or alter my request to extend the deadline to amend the pleadings. That issue remains disputed and can remain before the Court.

I also agree to reschedule the depositions that had been anticipated for September 11. My agreement on that point is based on the expected extension of the fact-discovery deadline. If the Court does not extend the current September 15 fact-discovery deadline, then the parties should cooperate on an expedited basis so that any necessary depositions can be scheduled and completed on or before September 15, without ordinary notice or service timing being used to prevent completion within the existing deadline.

As to the September 9 hearing, I am not withdrawing the remaining matters from the calendar at this time. The amendment-deadline issue remains disputed, and the St. Louis County/Prouse motion to compel remains pending. Once County counsel is identified and has had an opportunity to address the pending County issues, I am willing to consider any specific proposal promptly.

Thank you,

Robert Brooks Hoel

Exhibit 3