**Stephanie Angolkar**

| | |
|---|---|
| **From:** | Jonathan Holets <HoletsJ@StLouisCountyMN.gov> |
| **Sent:** | Tuesday, September 1, 2026 8:20 AM |
| **To:** | Stephanie Angolkar; bobhoel |
| **Subject:** | RE: Hoel v. Prouse |

Mr. Hoel and Counsel,
I can confirm that the County is in the process of reassigning this file to a different attorney.
I will provide more information in the coming days regarding the assignment. Given this development, we likewise will be seeking to continue the motion hearing.
Thanks,
Jon

Jon Holets
Pronouns: he/him/his
Deputy St. Louis County Attorney
100 N. Fifth Ave. W. #501
Duluth, MN 55802
Office:(218) 726-2323
HoletsJ@stlouiscountymn.gov

-----Original Message-----
From: Stephanie Angolkar <stephanie@iversonlaw.com>
Sent: Tuesday, September 1, 2026 7:58 AM
To: bobhoel <bobhoel@gmail.com>
Cc: Jonathan Holets <HoletsJ@StLouisCountyMN.gov>
Subject: RE: Hoel v. Prouse

WARNING: External email. Please verify sender before opening attachments or clicking on links.

Mr. Hoel,
In light of your response, instead of a stipulation, I'll set forth the City's position in our memo response, to make clear that extending discovery is only for the limited purpose of completion of these depositions, as a courtesy to the County.

Stephanie Angolkar
Board Certified Civil Trial Law Advocate by the National Board of Trial Advocacy MSBA Certified Civil Trial Law Specialist Rule 114 Qualified Neutral IVERSON REUVERS
9321 Ensign Ave. S., Bloomington, MN 55438
Direct: 952.548.7216
stephanie@iversonlaw.com | https://linkprotect.cudasvc.com/url?a=https%3a%2f%2fwww.iversonlaw.com&c=E,1,xJxV-PrwFkc92hbWH_jQCGUE6zqHNrfzdx5EYMJ-GQG6iHp17v_ra31jS0hw8wK_rkaCVq4l97cNlHyWfU3StJ_USNGCnACNAod0mzCRRQ,,&typo=1



Exhibit 4

This communication may contain confidential or privileged information. If you are not the intended recipient, you may not disseminate, distribute or copy this information. If you have received this communication in error, please notify me by telephone immediately and destroy this information. Thank you.

-----Original Message-----
From: Bob Hoel <bobhoel@gmail.com>
Sent: Monday, August 31, 2026 7:06 PM
To: Stephanie Angolkar <stephanie@iversonlaw.com>
Cc: holetsj@stlouiscountymn.gov
Subject: Re: Hoel v. Prouse

Stephanie,

Thank you for the update. I agree to the following scheduling extensions:

Fact discovery: October 30, 2026
Nondispositive motions: November 20, 2026 Dispositive motions: January 15, 2027

I am happy to review and sign a stipulation or proposed order you prepare reflecting those agreed dates.

I do not agree to withdraw or alter my request to extend the deadline to amend the pleadings. That issue remains disputed and can remain before the Court.

I also agree to reschedule the depositions that had been anticipated for September 11. My agreement on that point is based on the expected extension of the fact-discovery deadline. If the Court does not extend the current September 15 fact-discovery deadline, then the parties should cooperate on an expedited basis so that any necessary depositions can be scheduled and completed on or before September 15, without ordinary notice or service timing being used to prevent completion within the existing deadline.

As to the September 9 hearing, I am not withdrawing the remaining matters from the calendar at this time. The amendment-deadline issue remains disputed, and the St. Louis County/Prouse motion to compel remains pending. Once County counsel is identified and has had an opportunity to address the pending County issues, I am willing to consider any specific proposal promptly.

Thank you,

Robert Brooks Hoel