## Stephanie Angolkar

**From:** Nick Campanario <CampanarioN@StLouisCountyMN.gov>
**Sent:** Monday, June 22, 2026 3:03 PM
**To:** bobhoel@gmail.com
**Cc:** Stephanie Angolkar; Becky Eitreim
**Subject:** Hoel v. Prouse -- Discovery Responses
**Attachments:** SLC Responses & Objections to Hoel Requests for Production, 06-22-26.pdf

**Categories:** Filed to ND

Robert, please see the attached responses and objections to your requests for production. If you would like a hard copy, please let me know where I should send it. Also, I have just under 1000 pages to produce – too much to attach to an e-mail. I can make the materials available to you via SharePoint, put them on a thumb drive and mail them somewhere, or have you pick them up here. Let me know how you would like to handle that please.

Best regards,

**Nick D. Campanario**
Assistant County Attorney – Civil Division Head
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802-1298
(218) 726-2323
campanarion@stlouiscountymn.gov

St. Louis County
ATTORNEY'S
OFFICE



Exhibit 5

## Stephanie Angolkar

**From:** Nick Campanario <CampanarioN@StLouisCountyMN.gov>
**Sent:** Tuesday, June 23, 2026 1:11 PM
**To:** Stephanie Angolkar
**Subject:** Nick Campanario shared the folder "Hoel v. Prouse" with you

# Nick Campanario shared a folder with you

Link to County Defendants' production in Hoel v. Prouse

Hoel v. Prouse

This link only works for the direct recipients of this message.

Open

This email is generated through St Louis County's use of Microsoft 365 and may contain content that is controlled by St Louis County.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | NAM/HOEL, ROBERT BROOKS.DOB/[redacted] SEX/M. RAC/W.ETN/N.<br>HGT/600.WGT/200.EYE/BRO.HAI/GRY.POB/MN.SKN/MED.CTZ/US.<br>FBI/[redacted] SOC/[redacted]<br>MNU/PI-MN94006065. OFF/5404. OFL/GM DWI LIQUOR. BND/0.<br>OCA/2016603247. WNO/86CR1641752. DOW/20210113.<br>CTI/MN086015J. NOA/Y.DNA/N.<br>DRE/20210113. TRM/WCS134.DLU/20210113.<br>ADD/01. SNU/1738. SNA/WARREN AVE.<br>CTY/DULUTH. COU/ST LOUIS. STA/MN. ZIP/55811.<br>EXL/PICK UP MN ONLY FOR MORE DETAILS SEE MIS.<br>MIS/GM DWI BODY ONLY MN ONLY NOEX SIGN A PROMISE TO APPEAR AND PROVIDE UPD<br>ATED CONTACT INFORMATION AND RELEASE WITH A NEW COURT DATE.<br>OLN/A671053539914.OLS/MN.OLY/2021.<br>AKA/HOEL, BOB BROOKS.<br>AKA/HOEL, BOB.<br>AKA/BOB BROOKS HOEL, X.<br>AKA/HOEL, ROBERT.<br>AKA/BOB BROOKS HOEL, XX.<br>AKA/HOEL, ROBERT UNKNOWN.<br>DOB/[redacted]<br>OLN/H400745098751.OLS/MN.OLY/2020.<br>ORI IS: WRIGHT CO SHERIFF |
| 3/10/2022 | 22:22:10 | 203 | Response | | [18] WRIGHT CO CONFIRMS - PTA AND HOEL NEEDS TO COMPLETE A FORM AND GET A COURT DATE |
| 3/10/2022 | 22:29:47 | 203 | Response | | [19] S215 VEH SEARCH |
| 3/10/2022 | 22:51:28 | S483 | Response | Yes | [20] CARTER, JOE - 1PR121 - S483 - 1prp0005 - Ast. SLCO w/ detain |
| 3/10/2022 | 23:01:24 | S215 | Response | Yes | [21] PHANEUF, WYATT - 5400 - S215 - 1sl00065 - SPOKE TO FEMALE DRIVER. 219 HAD MALE DETAINED. COMING FROM CITIES, HEADED TO LAKE VEMILLION. COULD SMELL MJ. ASSISTED 219 IN VEHICLE SEARCH. FOUND PARAPHENALIA AND A SMALL AMOUNT OF MJ. TAKEN FOR DESTRUCTION. |
| 3/10/2022 | 23:08:41 | S219 | Response | Yes | [22] PROUSE, ALEXANDER - 5368 - S219 - 1sl00067 - Observed vehicle parked at the well with a male filling up some water. While making conversation with the male he advised me he would not identify himself. I observed the vehicle's registration came back as expired on the query return, but there was a 22 sticker on the plate. Reapproached vehicle, made contact with the male (passenger) and female driver. Observed odor of MJ emitting from vehicle. ID'd female driver and observed an active order in place against several other parties. Male passenger still refused to ID himself and was extremely hesitant to go back to my squad. When I detained him in cuffs he tensed his arm and shoved his hand into front pants pocket. Male detained in squad until positively ID'd as ROBERT.<br><br>Vehicle search turned up MJ and para. ROBERT tagged for obstruction.<br>Rpt |

## Address Changes

**No Address Changes**

## Priority Changes

**No Priority Changes**

## Transport Changes