**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**EMERGENCY MOTION OF DEFENDANTS ST. LOUIS COUNTY AND ALEXANDER PROUSE TO CONTINUE SCHEDULED HEARING AND EXTEND BRIEFING DEADLINE**

St. Louis County and Alexander Prouse, in his official and individual capacities (the "county defendants"), move the Court for an emergency order continuing the hearing scheduled for September 9, 2026, and extending the county defendants briefing deadline to a future date to be determined by the Court and parties.

This motion is based on the following facts and all files, records, and proceedings herein.

1) On Friday, August 28, 2026, the undersigned learned that earlier in the day, counsel of record for St. Louis County and Alexander Prouse sought medical treatment which resulted in an admission to the

emergency room. The undersigned spoke with counsel of record for county defendants in the late afternoon of Friday, August 28, 2026, following his release from the emergency room. His return to work on Monday, August 31, 2026, was doubtful, due to ongoing, unexpected medical concerns.

2) On Monday, August 31, 2026, the undersigned again spoke with counsel of record for county defendants. Given his unexpected medical concerns, the undersigned learned that counsel of record for county defendants would require extended medical leave, for a duration yet to be determined. Counsel of record alerted the undersigned to several pending cases that would require urgent attention, including the above captioned case.

3) The undersigned began reviewing counsel of record for county defendants pending litigation cases, including the above captioned case and became aware of the pending deadlines in this case.

4) The St. Louis County Attorney's Office is organized in divisions, with lawyers assigned to handle cases within specialized practice areas; Civil, Criminal, and Public Health and Human Services. These lawyers are overseen by the undersigned and the St. Louis County Attorney. This case is assigned to our Civil Division. Within the Civil Division, counsel of record handles almost all civil litigation.

5) Given the confluence of a few events (the unexpected nature of counsel of record for county defendants leave, and the leave of other members of the office) another attorney cannot assume this case to handle the scheduled hearing or meet the briefing deadline without a continuance.
6) In addition, the prior counsel of record in this case, Nathan LaCoursiere, has also left our Civil Division. No other attorney can assume this case to handle the scheduled hearing or meet the briefing deadline without a continuance to prepare.
7) The undersigned will reassign this case to a different lawyer in anticipation of the continued hearing and briefing schedule, albeit with the hope that counsel of record will be able to reassume his role prior to the next hearing.
8) The undersigned is requesting a continuance of up to 90 days.

For the foregoing reasons, the county defendants move the Court for an emergency order continuing the hearing scheduled for September 9, 2026, and extending the briefing deadline to a future date to be determined by the Court and parties.

Dated: September 2, 2026

Respectfully submitted,
KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Jonathan D. Holets

Jonathan D. Holets (#0389414)
Deputy County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802-1298
Telephone: (218) 726-2323
Fax: (218) 726-2332
holetsj@stlouiscountymn.gov

Attorneys for Defendants St. Louis County and Alexander Prouse, in his individual and official capacities