**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

# PROPOSED ORDER

On September 2, 2026, counsel for defendants St. Louis County and Alexander Prouse, in his official and individual capacities moved the undersigned United States Magistrate Judge for an Emergency Order continuing the scheduled hearing and extending the briefing deadline. The Court, reviewing the motion, being fully advised on the premises, and upon the pleadings, motions, and memoranda filed herein, makes the following Order:

IT IS HEREBY ORDERED that the Emergency Motion to Continue the Scheduled hearing and Extend the Briefing Deadline filed by Defendants St. Louis County and Alexander Prouse, in his individual and official capacities (ECF No. __ ), is hereby granted. A subsequent scheduling order will be issued by the Court.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: ______________ BY THE COURT:

______________________________
The Hon. Leo I. Brisbois