UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Brooks Hoel,

Plaintiff,

v.

Alexander Prouse; Joseph Carter;
Doe #1; The City of Proctor;
St. Louis County;

Defendants.

Civil File No: 25-cv-2342 (ECT/LIB)

**ORDER**

On August 28, 2025, the Plaintiff filed a Motion Under Fed. R. Civ. P. 6(b)(1)(B) to Accept Late-Filed Motion Papers [Docket No. 61]. The Plaintiff requests that his motion papers [Docket Nos. 47 – 60], filed between one (1) and two (2) days be accepted as timely due to a date calculation error. The Defendants do not oppose the extension. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Defendant's Motion Under Fed. R. Civ. P. 6(b)(1)(B) to Accept Late-Filed Motion Papers [Docket No. 61] is **GRANTED**; and

2. The Plaintiff's documents [Docket Nos. 47 - 60] are **ACCEPTED** as timely.

DATED: September 2, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE