**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel,

Plaintiff,

v.

Alexander Prouse, et al.,

Defendants.

Case No. 25-cv-2342 (ECT/LIB)

**ORDER**

On September 2, 2026, counsel for Defendants St. Louis County and Alexander Prouse filed an Emergency Motion of Defendants to Continue Scheduled Hearing and Extend Briefing Deadline [Docket No. 64]. The Defendants advise that their counsel of record is unexpectedly on medical leave for an undetermined period of time. The Defendants request that the current dates and deadlines be continued for at least a ninety (90) day while the case is reassigned and new counsel can prepare. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The Defendants' Emergency Motion of Defendants St. Louis County and Alexander Prouse to Continue Scheduled Hearing and Extend Briefing Deadline [Docket No. 64] is **GRANTED**;

2. The hearing on the Plaintiff's Motion to Modify Scheduling Order [Docket No. 47], and Motion to Compel [Docket No. 53], currently scheduled for Wednesday, September 9, 2026, at 1:30 p.m. is **CONTINUED sine die** and will be rescheduled in consultation with the parties; and

3. A Briefing Order on the Plaintiff's pending motions, as well as an Amended Pretrial Scheduling Order, will be issued by the Court.

DATED: September 2, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE