**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**NOTICE OF APPEARANCE**

The undersigned attorney hereby notifies the Court and counsel that Nick Anderson shall appear as counsel of record in this case for Defendants St. Louis County and Alexander Prouse, former Deputy of the St. Louis County Sheriff's Office, in his individual and official capacities.

Dated: October 9, 2026

Respectfully submitted,

KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nick Anderson

Nick Anderson (#0398274)
Assistant County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802-1298
(218) 726-2323
andersonn4@stlouiscountymn.gov

Attorney for Defendants St. Louis County and Alexander Prouse in his individual and official capacities