**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**MEET-AND-CONFER STATEMENT OF**
**DEFENDANTS ST. LOUIS COUNTY AND ALEXANDER PROUSE**

I, Nicholas W. Anderson, representing St. Louis County and Alexander Prouse (the "County Defendants"), hereby certify that I and the Deputy County Attorney have made several attempts, beginning on September 21, 2026, to reach an agreement with Plaintiff Robert Hoel regarding a stipulated request to stay these proceedings and amend the Court's Pretrial Scheduling Order. While Plaintiff has previously indicated he is "willing to provide reasonable preparation time" to the undersigned, he ultimately refused to agree to a stipulated request or to waive any objections relating to the timeliness of any pending discovery requests.

On October 22, 2026, I notified Plaintiff that I intended to file this Motion, asking once more if he would be willing to agree to a stipulated request. Plaintiff refused and the parties have not agreed on a resolution of any part of this Motion.

Dated: October 23, 2026

Respectfully submitted,
KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nicholas W. Anderson

Nicholas W. Anderson (#0398274)
Assistant St. Louis County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802
(218) 726-2548
Andersonn4@stlouiscountymn.gov

Attorney for Defendants St. Louis County and Alexander Prouse