**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**CERTIFICATE OF COMPLIANCE UNDER D. MINN. 7.1(f)(2)**

I, Nicholas W. Anderson, affirm that Defendants' Memorandum of Law in Support of Their Motion for Temporary Stay and Amended Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.3 complies with the word-count limits in D. Minn. LR 7.1(f) and the type-size limits in D. Minn. LR 7.1(h). The memorandum contains 1,147 words. In calculating the number of words in the memorandum, I relied on the word-count function of my word-processing software, Microsoft Word 2025. I certify that the function was applied specifically to include all text, including headings, footnotes, and quotations.

Dated: October 23, 2026

Respectfully submitted,
KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nicholas W. Anderson

Nicholas W. Anderson (#0398274)
Assistant St. Louis County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802
(218) 726-2548
Andersonn4@stlouiscountymn.gov

Attorney for Defendants St. Louis County and Alexander Prouse