**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**DEFENDANT ST. LOUIS COUNTY'S AND ALEXANDER PROUSE'S MOTION FOR TEMPORARY STAY AND AMENDED SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.3, Defendant St. Louis County and Alexander Prouse hereby move the Court for (1) a temporary 30-day stay of all proceedings and pending discovery (2) and an amended pretrial scheduling order. The motion is based on St. Louis County's Memorandum of Law in Support of Its Motion for Temporary Stay and Amended Scheduling Order, along with all files, records, and proceedings herein.

Dated: October 26, 2026

Respectfully submitted,
KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nicholas W. Anderson

Nicholas W. Anderson (#0398274)
Assistant St. Louis County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802
(218) 726-2548
Andersonn4@stlouiscountymn.gov

Attorney for Defendants St. Louis County and Alexander Prouse