**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br><br>Plaintiff,<br><br>v.<br><br>Alexander Prouse, et al.,<br><br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**NOTICE OF HEARING ON MOTION FOR TEMPORARY STAY AND AMENDED SCHEDULING ORDER**

Please take notice that, pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.3, Defendants St. Louis County and Alexander Prouse move for a temporary 30-day stay of all proceedings and pending discovery and an amended pretrial scheduling order at a **December 3, 10:30 a.m., hearing** before the Honorable Leo I. Brisbois, United States Magistrate Judge, in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 West First Street, Duluth, Minnesota.

Said motion shall be made upon the briefing and arguments of counsel and all files, records, and proceedings herein.

Dated: October 26, 2026

Respectfully submitted,
KIMBERLY J. MAKI
ST. LOUIS COUNTY ATTORNEY

s/ Nicholas W. Anderson

Nicholas W. Anderson (#0398274)
Assistant St. Louis County Attorney
St. Louis County Attorney's Office
St. Louis County Courthouse
100 North Fifth Avenue West, Room 501
Duluth, Minnesota 55802
(218) 726-2548
Andersonn4@stlouiscountymn.gov

Attorney for Defendants St. Louis County and Alexander Prouse