**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Robert Brooks Hoel,<br>Plaintiff,<br>v.<br>Alexander Prouse, et al.,<br>Defendants. | Case No. 25-cv-02342 (ECT/LIB) |

**PROPOSED ORDER**

On December 3, 2026, the above-entitled matter came before the undersigned United States Magistrate Judge. The Court, having heard the arguments of counsel, being fully advised on the premises, and upon the pleadings, motions, and memoranda filed herein, makes the following Order:

IT IS HEREBY ORDERED that:

1. The Motion for Temporary Stay and Amended Scheduling Order pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16.3 filed by Defendants St. Louis County and Alexander Prouse (the "County Defendants") (ECF No. 76) is hereby granted.

2. All further proceedings and pending discovery in this matter shall be stayed for a period of 30 days from the date of this Order (the "Temporary Stay").

3. Within 30 days of the date the Temporary Stay is lifted, the County Defendants shall serve responses to Plaintiff's First Joint Interrogatories and Requests for Admission to the County Defendants, and Plaintiff shall complete any depositions relevant to Plaintiff's claims against the County Defendants that Plaintiff—absent counsel of record's above-referenced medical leave—would have otherwise been entitled to take prior to the close of the original discovery period established under this Court's Pretrial Scheduling Order.
4. Except for non-dispositive Motions that seek to amend the pleadings or add parties, which this Court's Pretrial Scheduling Order required to be completed on or before March 15, 2026, all non-dispositive Motions shall be completed within 60 days of the date the Temporary Stay is lifted.
5. All dispositive motions must be filed and served by the moving party within 90 days of the date the Temporary Stay is lifted.
6. A mandatory Settlement Conference pursuant to Local Rule 16.5(b) in the above-entitled matter will be set before Magistrate Judge Leo I. Brisbois, **for some time within 90 days of the date the Temporary Stay is lifted** in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 West First Street, Duluth,

Minnesota. A separate Notice of this Settlement Conference shall be issued outlining the parties' obligations for preparation and for appearance of the Conference.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: _______________

BY THE COURT:

______________________________
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE