UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Brooks Hoel,

Plaintiff,

v.

Deputy Alexander Prouse, Officer Joseph Carter, Doe #1, the City of Proctor, and St. Louis County,

Defendants.

Case No.: 0:25-cv-02342 (ECT/LIB)

---

**PROCTOR DEFENDANTS' MEMORANDUM IN RESPONSE TO ST. LOUIS COUNTY'S MOTION FOR STAY AND TO AMEND PRETRIAL SCHEDULING ORDER**

---

Defendants City of Proctor and former Officer Carter submit this response to confirm their agreement with St. Louis County's Motion as submitted in its Proposed Order. (*Doc. 78*)

Dated: October 27, 2026

s/Stephanie A. Angolkar
Stephanie A. Angolkar #388336
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
stephanie@iversonlaw.com
*Attorney for the City of Proctor and Officer Joseph Carter*