UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Brooks Hoel,
Plaintiff,

Case No. 0:25-cv-02342 (ECT/LIB)

v.

Alexander Prouse; Joseph Carter;
Doe #1; City of Proctor; and
St. Louis County,
Defendants.

**CERTIFICATE OF COMPLIANCE UNDER LOCAL RULE 7.1(f)**

I, Robert Brooks Hoel, appearing in propria persona, certify that Plaintiff's Memorandum in Response and Limited Opposition to County Defendants' Motion for Temporary Stay and Amended Scheduling Order (ECF No. 76) complies with the word limit under D. Minn. LR 7.1(f) and the applicable formatting requirements under D. Minn. LR 7.1(h).

The memorandum contains 1,043 words, calculated using the word-count function of LibreOffice Writer, version 25.2.3.2. The function was applied to the entire memorandum, including its headings, quotations, caption, and signature block. This is a conservative whole-document count.

Dated: October 28, 2026

/s/ Robert Brooks Hoel
Robert Brooks Hoel
Plaintiff, In Propria Persona
General Delivery
Duluth, Minnesota
bobhoel@gmail.com