**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Brooks Hoel,

Plaintiff,

v.

Alexander Prouse et. al,

Defendants.

Case No. 25-cv-2342 (ECT/LIB)

**ORDER**

This matter comes before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. § 636 and Local Rule 72.1, upon Plaintiff's Motion to Modify Scheduling Order, [Docket No. 47]; Plaintiff's Motion to Compel, [Docket No. 53]; and Defendants' Motion for Temporary Stay and Amended Scheduling Order, [Docket No. 76].

On September 3, 2026, this Court issued an Order, [Docket No. 63], granting Defendants' Emergency Motion to Continue Scheduled Hearing and Extend Briefing Deadline, [Docket No. 64], continuing sine die the previously scheduled September 9, 2026, Motions Hearing on Plaintiff's Motion to Modify Scheduling Order, [Docket No. 47], and Plaintiff's Motion to Compel, [Docket No. 53]. The Court additionally noted that a briefing order on the Plaintiff's pending motions, as well as an Amended Pretrial Scheduling Order, would be issued by this Court. Defendants have not yet responded to Plaintiff's Motion to Compel, [Docket No. 53].

Therefore, the Court establishes the following briefing schedule, and **IT IS HEREBY ORDERED THAT**:

1. The hearing on Plaintiff's Motion to Modify Scheduling Order, [Docket No. 47]; Plaintiff's Motion to Compel, [Docket No. 53]; and Defendants' Motion for Temporary Stay and Amended Scheduling Order, [Docket No. 76], currently scheduled for Thursday, December 3, 2026, is **CANCELLED**;

2. As soon as practicable and in any event by no later than **Monday, December 7, 2026**, Defendants shall file and serve their response to Plaintiff's Motion to Compel, [Docket No. 53];

3. The Court will take Plaintiff's Motion to Modify Scheduling Order, [Docket No. 47]; Plaintiff's Motion to Compel, [Docket No. 53]; and Defendants' Motion for Temporary Stay and Amended Scheduling Order, [Docket No. 76], under advisement upon the parties' written submissions as of **Monday, December 8, 2026**; and

4. If necessary, this Court will issue an Amended Pretrial Scheduling Order along with its Order on Plaintiff's Motion to Modify Scheduling Order, [Docket No. 47]; Plaintiff's Motion to Compel, [Docket No. 53]; and Defendants' Motion for Temporary Stay and Amended Scheduling Order, [Docket No. 76].

Dated: November 24, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE